## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEURALMAGIC, INC. | ) | |
| *Plaintiff*, | ) | |
| v. | ) | **Civil Action No. 20-10444** |
| FACEBOOK, INC. AND ALEKSANDAR ZLATESKI | ) | |
| *Defendants*. | ) | **Jury Trial Demanded** |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the undersigned, counsel of record for Neural Magic, Inc., hereby discloses and certifies as follows:

Neural Magic, Inc. is a non-government corporate party and there is no corporate parent of Neural Magic, Inc. Further, there are no publicly held corporations that own 10 percent or more of Neural Magic, Inc.'s stock.

Respectfully submitted,

Date: March 5, 2020

/s/ *Steven Cherny*

Steven Cherny (BBO# 706132)
(*application to this Court pending*)
Patrick D. Curran (BBO# 568701)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com

*Attorneys for Plaintiff Neural Magic, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on March 5, 2020.

/s/ *Steven Cherny*
Steven Cherny
