UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURALMAGIC, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC. AND ALEKSANDAR ZLATESKI<br><br>*Defendants*. | Civil Action No. 20-CV-10444 |

## PLAINTIFF NEURALMAGIC'S ASSENTED TO MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Neural Magic respectfully seeks leave of Court to file a memorandum in support of its Motion for Preliminary Injunction of no more than thirty (30) pages, in excess of the twenty (20) page limitation set forth in Local Rule 7.1(b)(4). Pursuant to Local Rule 7.1(a)(2), Counsel for Plaintiff Neural Magic conferred with counsel for Defendants, who assented to the motion, provided that Defendants likewise receive ten (10) additional pages for briefing.

Good cause exists for this Motion. Neural Magic's motion relates to complex technology and confidential trade secrets. In order to explain this technology, and the evidence of trade secret misappropriation at issue in Neural Magic's suit, Neural Magic must provide the court with a comprehensive factual overview and detailed legal analysis. Specifically, Neural Magic's motion for preliminary injunction will address (1) the factual background surrounding Neural Magic and

its confidential algorithms, including technical background on the fields of machine learning, neural networks, and sparse matrix multiplication; and (2) the details surrounding Defendants' misappropriation of trade secrets and publication of source code embodying those trade secrets. Given the nature of the technology, and the need to discuss both source code and assembly code, Neural Magic respectfully submits that its request for an additional ten (10) pages of briefing is supported by good cause and will assist in facilitating the speedy resolution of this dispute. Neural Magic thus respectfully requests that the Court GRANT this motion for leave to file excess pages, and permit Neural Magic to file a memorandum in support of its Motion for Preliminary Injunction of up to thirty (30) pages.

Respectfully submitted,

Dated: April 9, 2020

/s/ *Steven Cherny*
Steven Cherny (BBO# 706132) (*application to this Court pending*)
Patrick D. Curran (BBO# 568701)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of April, 2020.

/s/ *Patrick D. Curran*
Patrick D. Curran

## **LOCAL RULE 7.1(a)(2) CERTIFICATION OF COMPLIANCE**

I hereby certify that counsel for Neural Magic conferred with counsel for Facebook and Zlateski on April 2, 2020, and they agreed not to oppose this motion.

/s/ *Patrick D. Curran*
Patrick D. Curran