**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEURALMAGIC, INC.<br><br>     *Plaintiff,*<br><br>v.<br><br>FACEBOOK, INC. AND ALEKSANDAR<br>ZLATESKI<br><br>     *Defendants.* | **Civil Action No. 20-CV-10444** |

## NEURALMAGIC, INC.'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff NeuralMagic, Inc. ("Neural Magic") respectfully moves the Court for an order preliminarily enjoining Defendants Facebook, Inc. ("Facebook") and Aleksandar Zlateski (together, "Defendants"), from:

- Any further internal use of Neural Magic's trade secrets, including Neural Magic's confidential algorithms for sparse matrix execution;

- Any further public disclosure of Neural Magic's trade secrets;

- Any further work by Zlateski involving Facebook business units connected to machine learning in any fashion, or other business units that would implicate Neural Magic's trade secrets;

- Any further breach of Zlateski's contractual obligations to Neural Magic.

Neural Magic also requests an order requiring cooperation from Facebook in identifying and contacting GitHub users that accessed Neural Magic's trade secrets, and in removing any remaining remnants of Facebook's GitHub publications containing embodiments of Neural Magic trade secrets, as well as immediate return of any and all Neural Magic confidential information and documents in Defendants' possession.

This motion is supported by Neural Magic's Memorandum of Law in Support of its Motion for Preliminary Injunction and the declarations and exhibits attached thereto.

Dated: April 9, 2020

/s/ *Steven Cherny*
Steven Cherny (BBO# 706132) (*application to this Court pending*)
Patrick D. Curran (BBO# 568701)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of April, 2020.

/s/ *Patrick D. Curran*
Patrick D. Curran

## **LOCAL RULE 7.1(a)(2) CERTIFICATION OF COMPLIANCE**

I hereby certify that counsel for Neural Magic conferred extensively with counsel for Facebook and Zlateski regarding its motion for a preliminary injunction throughout March and April of 2020 through meet and confers and the letter practice appended to the Declaration of Patrick Curran filed in support of this motion.  The parties were unable to reach resolution on the issues presented in this motion.

/s/ *Patrick D. Curran*
Patrick D. Curran