# EXHIBIT A
# To Henry Declaration

**PEARL COHEN**      **Pearl Cohen Zedek Latzer Baratz LLP**
Guy Yonay, Partner | GYonay@PearlCohen.com | 646-878-0808

January 22, 2020

Via Overnight Courier

Aleksandar Zlateski
195 Binney Street, Apt. 4112
Cambridge, MA 02142

    Re:    Breach of Confidentiality Obligations / Misappropriation of Trade Secrets

Dear Mr. Zlateski:

    As litigation counsel to Neural Magic, Inc., I am writing to you about a matter of critical importance to my client.  Neural Magic has discovered in the past few days that in late 2019, just a few months after your departure from the company, you disclosed to Facebook essential Neural Magic trade secrets, adding code based on these secrets into Facebook's code base, and publicly disseminating those trade secrets and code as open source software.  As this disclosure is causing irreparable harm and indeed threatens Neural Magic's very existence, we demand that you **_cease immediately_** the use of Neural Magic's proprietary information, and provide assurances that you will not engage in further breaches of your obligations to Neural Magic.

    As you know, as a technology director at Neural Magic from March 2018 until August 2019, your principal focus was implementing Neural Magic's core-sparse general matrix-matrix multiplication (GEMM) and convolution technology, the algorithm that comprises the company's core trade secret.  You were intimately involved in writing the code for this algorithm, and were a named inventor of pending (unpublished) patent applications.

    As a valued employee in a highly technical field, your executed agreements with Neural Magic require you to protect the Company's trade secrets and other confidential information, even after termination of your employment (for any reason).  In particular, Exhibit B to your employment letter of March 14, 2018 is the "Employee Undertaking", which provides:

> I will not at any time, whether during or after the termination of my engagement by the Company, reveal to any person or entity any of the trade secrets or confidential, proprietary, or other non-public information… including but not limited to information related to Company inventions, research… designs, methods, know-how… software programs and/or code… or other materials or any nature containing such trade secrets or confidential information (the "Confidential Information"). (Section 1).

    Neural Magic discovered in the past few days that in October 2019, just two months after your departure, Facebook published implementation code for this technology as open

New York 1500 Broadway, New York, New York 10036 USA | Phone: 646-878-0800 | Fax: 646-878-0801
Boston 50 Congress Street Boston, MA 02109 USA | Phone: 617-228-5720 | Fax: 617-228-5721

**PEARL COHEN**  Pearl Cohen Zedek Latzer Baratz LLP

Mr. Aleksandar Zlateski
January 22, 2020
Page 2

source software.  In its release notes on version 1.3, Facebook wrote specifically regarding "New Feature Additions":

> **Sparse Operations**: Inference can be further optimized by sparse operations (sparse GEMMs and convolutions). Recently we added sparse GEMMs and convolutions to the FBGEMM library. These kernels in FBGEMM support AVX2, AVX512, and VNNI. They support INT8 and FP32 data types. **These kernels fully inline non-zero values and positions of the sparse matrix allowing register blocking and much higher instruction-level parallelism**. Depending on the structure (unstructured or block) and levels of sparsity, we can achieve speedups with specialized sparse kernels. We observe 2x-4x speedups with 90% sparsity…

The notes specifically ascribe these new features (and improved performance) to your contributions: "FBGEMM team would like to acknowledge and greatly appreciates the contributions of @zlateski to sparse kernels and unified code cache…"  The technology identified in this post corresponds strongly with Neural Magic's trade secrets and confidential information that you were (and remain) obliged to protect against disclosure and use by others.

The open source software published by Facebook (specifically, pull request #151 in FBGEMM github repo, which introduces the Sparse GEMM JIT) has been analyzed, revealing that critical portions of the code are rewritten versions of Neural Magic's Sparse Weight Embedding GEMM.  *__These code segments implement the identical novel weight in-lining/embedding algorithm that is the reason for the impressive speedups that Facebook now sees in its neural network execution.__*

The harm done to Neural Magic due to this disclosure is immense, and the company is studying all legal options.  We have written separately to Facebook about this matter, but in the meantime, in order to avoid further irreparable harm to Neural Magic, *__please immediately confirm receipt of this letter, preserve all electronic communications concerning the matter, and affirm in writing that you will cease all use and disclosure of any Neural Magic proprietary information__*.  Further, and given the urgency of this matter, please provide a substantive response to the above no later than the close of business on Friday, January 24, 2020.  We look forward to your prompt response.

Sincerely,

Guy Yonay

New York 1500 Broadway, New York, New York 10036 USA | Phone: 646-878-0800 | Fax: 646-878-0801
Boston 50 Congress Street Boston, MA 02109 USA | Phone: 617-228-5720 | Fax: 617-228-5721