**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NEURAL MAGIC, INC.,

     Plaintiff,

         v.

FACEBOOK, INC. and ALEKSANDAR ZLATESKI,

     Defendants.

Civil Action No. 1:20-cv-10444-DJC

**DECLARATION OF DR. DAVID KAELI IN SUPPORT OF**
**DEFENDANTS' OPPOSITION TO NMI'S MOTION FOR PRELIMINARY INJUNCTION**

# TABLE OF CONTENTS

I.    INTRODUCTION ...................................................................................................4

    A.    Table of Exhibits .......................................................................................4

    B.    Summary of Qualifications ........................................................................7

    C.    Summary of Opinions ................................................................................9

II.   UNDERSTANDING OF THE GOVERNING LAW.......................................10

III.  TECHNICAL BACKGROUND......................................................................12

    A.    Neural Networks .....................................................................................12

    B.    Matrix Multiplication .............................................................................15

    C.    Matrix Density and Sparsity ...................................................................16

    D.    Compilers and Assemblers .....................................................................17

    E.    Instructions, Clock Cycles, and Pipelining .............................................19

    F.    Floating Point Arithmetic .......................................................................20

    G.    Fused Multiply-Add (FMA) ...................................................................21

    H.    Memory Hierarchy and Cache ................................................................22

    I.    Loop Unrolling.......................................................................................24

    J.    CPUs and GPUs .....................................................................................26

IV.   SPARSE MATRIX MULTIPLICATION APPROACHES WERE NOT
      PLAGUED BY THE ALLEGED PROBLEMS DR. SCOTT POSITS ...........................27

    A.    The Liu Paper.........................................................................................28

    B.    The Industry Knew That Loop Unrolling Computations On CPUs Were
          Workable................................................................................................36

    C.    The Industry Knew That Loop Unrolling Techniques For GPUs Could Be
          Applied To CPUs ...................................................................................40

    D.    The Industry Did Not Prefer Compress Sparse Row Encoding Over Other
          Sparse Processes, And Even If It Did, That Is Irrelevant .......................41

V.    NMI FAILS TO DEMONSTRATE THAT THE INFORMATION AT ISSUE
      CONSTITUTES TRADE SECRETS ................................................................42

    ■    ████████████████████████████t .......................................42

    ■    ████████████████████████.................................................51

    ■    "████████████████████..................................................54

D. ███████████████████████████
   ███████████████████ .................................................57

VI.    NMI AND DR. SCOTT FAIL TO SHOW MISAPPROPRIATION ...............................58

       A.    The Accused Code Does Not Show An "Unexpected Shift" In Approach
             For FBGEMM ..............................................................................................58

       B.    Dr. Scott's Flawed Analysis Of NMI's and Facebook's Assembly Code
             Does Not Show Misappropriation ...........................................................60

       C.    Dr. Scott's Flawed Source Code Inspection Does Not Show
             Misappropriation .......................................................................................62

       D.    One Typo In The FBGEMM_LOG_CODE Does Not Demonstrate
             Misappropriation .......................................................................................65

VII.   DR. SCOTT FAILS TO SHOW THAT THE ALLEGED TRADE SECRETS
       WERE NOT GENERALLY KNOWN ...........................................................................66

VIII.  NMI AND DR. SCOTT FAIL TO SHOW THAT NMI'S ALLEGED TRADE
       SECRETS PROVIDE A COMPETITIVE ADVANTAGE OVER
       INFORMATION KNOWN IN THE INDUSTRY ...........................................................69

## I.   INTRODUCTION

1.      My name is David Kaeli.  I have been retained as an expert by Facebook, Inc. ("Facebook") in connection with the above-captioned lawsuit, to provide my analysis and conclusions on certain technical aspects of this dispute.  If called upon to testify, I would do so consistent with the statements and opinions contained in this declaration.

### A.  Table of Exhibits

2.      The documents I discuss in this declaration are identified in the "Table of Exhibits" below.  True and correct copies of these documents are attached to this declaration, as the exhibits noted.  Where applicable, links to documents are provided.

| TABLE OF EXHIBITS | |
| --- | --- |
| Ex. | Description |
| A. | Dong & David, *Dnnmark: A deep neural network benchmark suite for gpus*, Proceedings of the General Purpose GPUs 63 (2017) |
| B. | Dong, et al., *Characterizing the microarchitectural implications of a convolutional neural network (cnn) execution on gpus*, Proceedings of the 2018 ACM/SPEC International Conference on Performance Engineering (2018) |
| C. | Mojumder, et al., *Profiling DNN Workloads on a Volta-based DGX-1 System*, 2018 IEEE International Symposium on Workload Characterization (IISWC) (2018) |
| D. | Tavana, et al., *Exploiting adaptive data compression to improve performance and energy-efficiency of compute workloads in multi-GPU systems*, 2019 IEEE International Parallel and Distributed Processing Symposium (IPDPS) (2019) |
| E. | Rivera & Kaeli, *Characterizing the relationship between sparse matrix preconditioners and the storage hierarchy* (2006) |
| F. | David R. Kaeli, Ph.D. *Curriculum Vitae* |
| G. | U.S. Patent App. Pub. No. 2019/0156214 |
| H. | Dickson, *The limits and challenges of deep learning*, BDTechTalks.com (Feb. 27, 2018) |
| I. | U.S. Patent App. Pub. No. 2017/0316312 |
| J. | WO Patent App. Pub. No. 2020/046859 |
| K. | U.S. Patent App Pub. No. 2018/0046900 |

| \multicolumn{2}{c}{**TABLE OF EXHIBITS**} | |
|---|---|
| **Ex.** | **Description** |
| L. | Deshpande, *Beginner's Guide to Understanding CNNs* (July 20, 2016)<br>Available at: https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/ |
| M. | Kågström, et al., *High performance GEMM-based level-3 BLAS: Sample routines for double precision real data*, University of Umeå (1991)<br>Available at: http://www.cs.cornell.edu/cv/ResearchPDF/High.Perf.GEMM.Based.Level3.BLAS.pdf |
| N. | Read, *A method of computing the fast Fourier transform* (1968)<br>Available at:<br>https://scholarship.rice.edu/bitstream/handle/1911/89715/RICE0746.pdf?sequence=1 |
| O. | Cook & Gilbert, *Parallel neural network simulation using sparse matrix techniques*, 24.1-5 Microprocessing and Microprogramming 621 (1988) |
| P. | Patterson & Hennessy, Computer Organization and Design, 5th Ed., 13-15 (2014) ("Patterson Hennessy"). |
| Q. | Linzer & Feig, *Modified FFTs for fused multiply-add architectures*, 60.201 Mathematics of Computation 347 (1993)<br>Available at: https://www.ams.org/journals/mcom/1993-60-201/S0025-5718-1993-1159169-0/S0025-5718-1993-1159169-0.pdf |
| R. | U.S. Pat. App. Pub. No. 2016/0239706 |
| S. | Alwani, et al., *Fused-layer CNN accelerators*, 2016 49th Annual IEEE/ACM International Symposium on Microarchitecture, IEEE (2016)<br>Available at: https://pdfs.semanticscholar.org/5682/8bb7ad555eed8d43e6d3eba4ee39e862defe.pdf |
| T. | Liu et al., *Sparse Convolutional Neural Networks*, IEEE Conference on Computer Vision and Pattern Recognition (CVPR) (2015)<br>Zlateski Ex. L |
| U. | FbgemmSpMM.cc (March 1, 2020) at lines 667-683 |
| V. | "util.h" source code file |
| W. | Park et al., *High-Performance Algebraic Multigrid Solver Optimized for Multi-Core Based Distributed Parallel Systems*, Supercomputing (2015) |
| X. | Park, *Deep Learning Inference in Facebook Data Centers: Characterization, Performance Optimizations and Hardware Implications*, arXiv (Nov. 2018) |
| Y. | Herruzo, *Applying Loop Tiling and Unrolling to a Sparse Kernel Code*, ICCS (2004) |
| Z. | Williams et al., *Optimization of Sparse Matrix-Vector Multiplication on Emerging Multicore Platforms*, Supercomputing (2007) |

| TABLE OF EXHIBITS | |
|---|---|
| **Ex.** | **Description** |
| AA. | Bartosz D. Wozniak, et al., *GiMMiK–Generating bespoke matrix multiplication kernels for accelerators: Application to high-order Computational Fluid Dynamics*, Computer Communications 202 (2016) |
| BB. | Elsen, et al., *Fast Sparse Convnets*, arXiv (2019) |
| CC. | Navarro et al., *Block algorithms for sparse matrix computations on high performance workstations*, International Conference on Supercomputing (1996) |
| DD. | Mendlson, *Compile Time Instruction Cache Optimizations* (1994)<br>Available at: https://link.springer.com/content/pdf/10.1007/3-540-57877-3_27.pdf |
| EE. | Hennessy & Patterson, Computer Architecture: A Quantitative Approach, 5th Ed. (2012) |
| FF. | Mueller, *Compiler Support for Software-Based Cache Partitioning*, ACM SIGPLAN Notices (1995) |
| GG. | Whaley, *Automatically Tuned Linear Algebra Software*, Supercomputing (1998) |
| HH. | Guo, *Applications of the streamed storage format for sparse matrix operations*, International Journal of High Performance Computing Applications (2014) |
| II. | Lam, *Software Pipelining: An Effective Scheduling Technique for VLIW Machines*, SIGPLAN (1988) |
| JJ. | Lam, *The Cache Performance and Optimization of Blocked Algorithms*, ASPLOS 1991, 1-2 |
| KK. | Jia, Bit Bucket repository Winograd&FFT Conv<br>Available at: https://bitbucket.org/jiazhentim/winograd-fft-conv/src/master/code/include/znn/jit/gemm/avx512.hpp |
| LL. | Mark Buxton, *Haswell New Instruction Descriptions Now Available!*, Intel.com (Jun. 13, 2011)<br>Available at: https://software.intel.com/en-us/blogs/2011/06/13/haswell-new-instruction-descriptions-now-available |
| MM. | Facebook Blogpost (May 2, 2018)<br>Available at: https://caffe2.ai/blog/ |
| NN. | *Caffe2 Merges With PyTorch* (Apr 2, 2018)<br>Available at: https://medium.com/@Synced/caffe2-merges-with-pytorch-a89c70ad9eb7 |

### B. Summary of Qualifications

3.      I am currently the Director of Northeastern University's Computer Architecture Research Laboratory and a Distinguished Professor of Electrical and Computer Engineering.  I have been a faculty member at Northeastern since September 1993, in the Electrical and Computer Engineering Department.

4.      For over thirty years, I have pursued research across a broad range of computer architectures and technologies, including memory systems, storage systems, memory bus design, and secure computing systems.  I have published over 350 refereed journal and conference papers in the areas of computer architecture and computer security.  I also have supervised forty Ph.D. theses in these areas.

5.      I am a Fellow of the Institute of Electrical and Electronic Engineers (IEEE) and a member of the Computer Society.  I am a Distinguished Scientist in the Association of Computing Machinery (ACM).  I presently serve as an elected member on the Executive Committee of the IEEE Technical Committee on Computer Architecture, and I have served as elected chair for in the past for two terms.  I presently serve as an Associate Editor for IEEE Transactions on Parallel and Distributed Systems, ACM Transactions on Architecture and Code Optimization, and Elsevier's Journal on Parallel and Distributed Computing.  On May 1, 2020 I will assume the position of Editor-in-Chief of the ACM Transactions on Architecture and Code Optimization.

6.      From 2011 to the present, I have served as Chief Science Advisor of Apposable Software.  From 2007-2011, I served as Chief Technology Officer of NUIC Technologies, where I worked on secure computing platforms.  From 2005-2011, I also consulted for Akorri Networks. In 2000, I served as a consultant for InCert Corporation.

7.      Before I joined Northeastern's faculty in 1993, I spent twelve years working for IBM.  From 1981-1986, I worked on the design and delivery of the IBM System/370 3090 mainframe system.  From 1986-1993, I worked at the IBM T.J. Watson Research Center, designing and analyzing IBM Personal Systems 2 computers and associated software.  During that time, I also worked on the design of a new Application System/400 multi-processor system.

8.      I am an active educator and researcher in the broader field of Computer Architecture.  I was a contributing author (chapter 6 on parallel processing) of the Patterson and Hennessy text, *Computer Organization and Design*, 4th and 5th editions.  I have conducted academic research and published papers related to matrix multiplication algorithms.  For example, in 2017, I co-authored an article describing a set of techniques for benchmarking neural network performance, including neural networks utilizing general matrix multiplication (GEMM) algorithms.  *See* Ex. A, Dong & Kaeli, *Dnnmark: A deep neural network benchmark suite for gpus*, Proceedings of the General Purpose GPUs 63 (2017).  As another example, in 2018, I co-authored an article describing GEMM as a technique for performing 2-dimensional convolution in neural networks.  *See* Ex. B, Dong, et al., *Characterizing the microarchitectural implications of a convolutional neural network (cnn) execution on gpus*, Proceedings of the 2018 ACM/SPEC International Conference on Performance Engineering (2018).  As another example, in 2018, I co-authored a paper discussing effective parallelization approaches for both dense and sparse matrices for five different neural network models.  *See* Ex. C, Mojumder, et al., *Profiling DNN Workloads on a Volta-based DGX-1 System*, 2018 IEEE International Symposium on Workload Characterization (IISWC) (2018) (describing the scalability of deep neural networks on a high performance system).

9.      I also have conducted academic research and published papers related to sparse matrices in neural networks.  For example, I co-authored a paper discussing algorithms for sparse matrices in neural networks.  *See* Ex. D, Tavana, et al., *Exploiting adaptive data compression to improve performance and energy-efficiency of compute workloads in multi-GPU systems*, 2019 IEEE International Parallel and Distributed Processing Symposium (IPDPS) (2019) (describing "algorithms" that "exploit sparse data and sparse data structures," and noting "that for typical data sets, 50-70% of the output data values after activation layers are changed to zero.").  And in 2006, I co-authored an article discussing sparse matrix algorithms and memory, including cache.  *See* Ex. E, Rivera & Kaeli, *Characterizing the relationship between sparse matrix preconditioners and the storage hierarchy* (2006).

10.     I obtained a Bachelor of Science degree in Electrical Engineering from Rutgers University, a Master of Science degree in Computer Engineering from Syracuse University, and a Ph.D. in Electrical Engineering from Rutgers University.

11.     A copy of my CV is attached to this declaration as Exhibit F.

**C.  Summary of Opinions**

12.     I was asked to evaluate the evidence presented to date in this case and render my opinions regarding whether Plaintiff Neural Magic, Inc. ("NMI") has demonstrated that Dr. Zlateski and Facebook misappropriated any NMI trade secrets.

13.     Specifically, I was asked to evaluate whether NMI and its declarants, including Dr. Michael Scott, had demonstrated that (1) the information NMI claims as proprietary comprises trade secrets, (2) Facebook and Dr. Zlateski misappropriated that information; and (3) the information NMI claims as proprietary could offer a competitive advantage over information

already known to engineers and other persons of skill with knowledge of machine learning, artificial intelligence, matrix multiplication, and related optimization techniques.

14.     As explained below, I have reached the conclusion that NMI has not demonstrated that Dr. Zlateski and Facebook misappropriated any NMI trade secrets because:

   A.  The information that NMI claims comprises trade secrets includes only information that was well-known publicly before Dr. Zlateski left NMI in July 2019;

   B.  NMI and Dr. Scott fail to show that Facebook is using what NMI claims is a trade secret; and

   C.  NMI and Dr. Scott do not provide any evidence that the alleged trade secrets provided NMI a competitive advantage over information already known to engineers and other persons of skill with knowledge of machine learning, artificial intelligence, matrix multiplication, and related optimization techniques.

## II.    UNDERSTANDING OF THE GOVERNING LAW

15.     I understand that NMI has asserted a number of claims against Facebook and Dr. Aleksandar Zlateski, including claims for violations of the Defend Trade Secrets Act ("DTSA") and the Massachusetts Uniform Trade Secrets Act ("MUTSA"), and a claim for breach of contract against Dr. Zlateski.

16.     I understand that the DTSA defines the term "trade secret" as

   all forms and types of financial, business, scientific, technical, economic, or engineering information, including patterns, plans, compilations, program procedures, programs, or codes, whether tangible or intangible, and whether or how stored, compiled, or memorialized physically, electronically, graphically, photographically, or in writing if—(A) the owner thereof has taken reasonable measures to keep such information secret; and (B) the information derives independent economic value, actual or potential, from not being generally  known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

18 U.S.C. § 1839(3).

17.     I understand that the DTSA defines the term "misappropriation" as the " acquisition of a trade secret of another by a person who knows or has reason to know that the trade secret was acquired by improper means," or the "disclosure or use of a trade secret of another without express or implied consent by a person who—(i) used improper means to acquire knowledge of the trade secret; (ii) at the time of disclosure or use, knew or had reason to know that the knowledge of the trade secret was—(I) derived from or through a person who had used improper means to acquire the trade secret; (II) acquired under circumstances giving rise to a duty to maintain the secrecy of the trade secret or limit the use of the trade secret; or (III) derived from or through a person who owed a duty to the person seeking relief to maintain the secrecy of the trade secret or limit the use of the trade secret; or (iii) before a material change of the position of the person, knew or had reason to know that—(I) the trade secret was a trade secret; and (II) knowledge of the trade secret had been acquired by accident or mistake."  18 U.S.C. § 1839(5).

18.     I understand that the DTSA provides that "improper means" "(A) includes theft, bribery, misrepresentation, breach or inducement of a breach of a duty to maintain secrecy,  or espionage through electronic or other means; and (B) does not include reverse engineering, independent derivation, or any other lawful means of acquisition."  18 U.S.C. § 1839(6).

19.     I understand that the requirements applicable to NMI's claims under the MUTSA are substantially similar to the requirements under the DTSA.

20.     I understand that to prevail on its claim of misappropriation, NMI must establish that (1) the information at issue constitutes trade secrets, (2) NMI took reasonable measures to secure the confidentiality of that information, and (3) Facebook and Dr. Zlateski obtained the trade secrets through improper means.

21.     I further understand that to be trade secret information, the allegedly misappropriated information cannot be public knowledge or information generally known in the industry, and it must derive independent economic value (DTSA) and/or provide an economic advantage (MUTSA) from not being generally known, e.g., the alleged trade secrets must provide some competitive advantage over information already known in the industry.

22.     I understand that to obtain a preliminary injunction, NMI must show, among other things, that it is likely to succeed on the merits of its claims.

## III.     TECHNICAL BACKGROUND

23.     An overview of topics that are relevant to NMI's claims are presented in the following subsections.

### A.     Neural Networks

24.     Deep learning is a technique for classifying information using layered neural networks that imitate the human brain.  "Neural networks (NN) . . . are computing systems inspired by biological computing systems, but operating using manufactured digital computing technology."  *See* Ex. G, U.S. Patent App. Pub. No. 2019/0156214 at ¶ 3.  They try to emulate the way a human brain learns, e.g., they analyze inputs, build patterns from those inputs, which can be labeled, and then use those labeled patterns to, for example, recognize objects when new inputs are received.   *See, e.g.*, Ex. H, Dickson, *The limits and challenges of deep learning*, BDTechTalks.com (Feb. 27, 2018) ("Neural networks have a set of input units, where raw data is fed.  This data can be, for example, pictures, sound samples, or written text.  The inputs are then mapped to the output nodes, which determine the category to which the input information belongs. For instance, a neural network can determine that the fed picture contains a cat, or that the small

sound sample was the word 'Hello.'"), https://bdtechtalks.com/2018/02/27/limits-challenges-deep-learning-gary-marcus/.

25.   In a mathematical model, a "neural network" includes a plurality of layers, including an input layer, an output layer, and multiple "hidden" layers between the input layer and output layer. *See* Ex. I, U.S. Patent App. Pub. No. 2017/0316312 at ¶ 22. Each layer has a plurality of neurons connected to neurons in neighboring layers, with weights on the connections (i.e., edges) that govern the flow of information in the neural network.   Information is processed progressing from one layer to the next in a sequence, as depicted below:



$$Y_j = \text{ActFunc}\left(\sum(X_i * W_{ij}) + B_j\right)$$

FIG. 2

Ex. I, Fig. 2.  As shown in Figure 2, there are three stages for each layer in the neural network: multiplication of neuron inputs Xi of a layer with weights Wij, addition of multiplication results and bias vector Bj, and application of an activation function to produce an output Yj to the next layer in the pipeline, according to the equation shown in Figure 2.  Ex. I, Fig. 2.

26.    "[A] convolutional neural network (CNN) is a deep, feed-forward [neural] network," Ex. G, U.S. Patent App. Pub. No. 2019/0156214 at ¶ 5, which is "particularly useful for visual and speech applications," Ex. J, WO Patent App. Pub. No. 2020/046859 at ¶ 5.  For example, a CNN "may learn to identify images that contain cats by analyzing example images that have been manually labeled as 'cat' or 'not a cat' and using the results to identify cats in other images." Ex. J at ¶ 8.

27.    A convolutional neural network may have three types of layers:  (1) one or more convolutional layers, each of which applies one or more filters and/or a non-linear activation function data from the input layer; (2) one or more pooling (i.e., sub-sampling) layers, each of which aggregates information or data among a set of neighbors of a neuron of the current layer; and (3) one or more classification layers, each of which performs a linear or multi-layer perceptron operation on the neural network and applies a non-linear activation function to the output from the neuron.  Ex. I, U.S. Patent App. Pub. No. 2017/0316312 at ¶ 23.

28.    These layers are the "core of the CNN computation and are characterized by a set of filters."  Ex. K, U.S. Pat. App Pub. No. 2018/0046900 at ¶ 51.

29.    During a "training phase," "[t]he values of these filters are the weights that are trained using a training set" of data for the neural network.  Ex. K at ¶ 51.  Then, during a "classification" phase, "a new image (in the case of image recognition) is presented to the neural network, which classifies images into the training categories by computing in succession each of the layers in the neural network."  Ex. K at ¶ 51.  The system is trained to recognize images of a cat.  Then the system is presented new images, and it determines, based on its training, if the images contain a cat.

30.     Neural networks grew to prominence at least as early as 2012, and ever since then, a host of companies, including Facebook, have been using machine learning and artificial intelligence applications based on CNNs in their services.  *See* Ex. L, Deshpande, *Beginner's Guide to Understanding CNNs* (July 20, 2016), available at https://adeshpande3.github.io/A-Beginner%27s-Guide-To-Understanding-Convolutional-Neural-Networks/.

### B.     Matrix Multiplication

31.     A neural network, such as a convolutional neural network, is modelled as an abstract mathematical object.  The "neurons" of the system are not physical neurons but are instead data that can be executed on a computer processor.  Ex. J, WO Patent App. Pub. No. 2020/046859 at ¶ 6.

32.     A neural network "may be translated physically to a CPU (e.g. a traditional[] architecture computer, such as a PC) or graphics processing units (GPUs, specialized processors)."  Ex. J at ¶ 6.  In either case, the processor models/simulates the neural network by performing "a sequence of matrix operations where entries in the matrix represent neurons and/or links (e.g., artificial neurons connected by edges or links) or other NN [neural network] parameters and matrix functions represent functions of the NN."  Ex. J at ¶ 6.  "Thus, developing fast matrix multiplication algorithms is key to the performance of NNs."  Ex. J at ¶ 7.

33.     Fundamentally, a matrix is a two-dimensional rectangular array of numbers arranged in rows and columns.  When multiplying two matrices, the number of columns in the first matrix should be equal to the number of rows in the second matrix.  The resulting matrix, the product matrix, is calculated by taking the dot product of each row in the first matrix with a corresponding column of the second matrix.  In other words, the element in the $i$th row and $j$th column of the product matrix is the dot product of the $i$th row of the first matrix and the $j$th column

of the second matrix.  For example, the figure below shows that the C matrix element at the ith

row and the jth column is calculated by taking a dot product of the ith row of the A maxtrix and

the jth column of the B matrix.



34.     Algorithms for matrix multiplication have been studied for decades.  For instance,

the "GEMM," or "General Matrix Multiply algorithm," has been used in linear algebra, machine

learning, and countless other fields since the early 1990s.  *See, e.g.,* Ex. M, Kågström, Charles F.

Van Loan, and Per Ling, *High performance GEMM-based level-3 BLAS: Sample routines for

double precision real data*, University of Umeå (1991), available at

http://www.cs.cornell.edu/cv/ResearchPDF/High.Perf.GEMM.Based.Level3.BLAS.pdf.

### C.     Matrix Density and Sparsity

35.     A matrix can be characterized as dense or sparse.  A sparse matrix has most of its

elements as zero, whereas a dense matrix has most of its elements as nonzero.  Ex. I, U.S. Pat.

App. Pub. No. 2017/0316312 at ¶ 26.  "Sparsity" is just the fraction of zeros in a layer's weight

and input activation matrices.  Ex. K, U.S. Pat. App. Pub. No. 2018/0046900 at ¶ 52.

36.     Sparse matrix multiplication is broadly used in mathematics and computer science,

to multiply two matrices together (matrix multiplication), while reducing the number of operations

required by accounting for, and ignoring, zeros in those matrices (*sparse* matrix multiplication).

37.     Sparse matrix multiplication has been used in computing since the 1960s.  *See, e.g.,*

Ex. N, Read, *A method of computing the fast Fourier transform* (1968), available at

https://scholarship.rice.edu/bitstream/handle/1911/89715/RICE0746.pdf?sequence=1 (describing applications of sparse matrices to accelerate fast Fourier transforms).

38.     Sparse matrix multiplication has been applied to neural networks in particular since the late 1980s.  *See, e.g.*, Ex. O, Cook & Gilbert, *Parallel neural network simulation using sparse matrix techniques*, 24.1-5 Microprocessing and Microprogramming 621 (1988).

**D.     Compilers and Assemblers**

39.     Hardware in a computer can only execute simple low-level instructions.  In terms of a computer program, the highest level of abstraction is pseudocode, which is a human-readable description of what an algorithm or program does expressed in English as opposed to a programming language.   Below pseudocode is source code, which is a human-readable programming language such as C, Java, or Python.  At the lowest level, binary machine code in the form of 1s and 0s actually causes the machine to carry out the pseudocode operations.

40.     To go from a complex computer program source code, such as a deep learning application that simulates a neural network, to instructions that can execute on hardware, one needs software called a compiler that interprets or translates high-level operations from programming languages such as C, Java, or Python into simple computer instructions represented in assembly language.  *See* Ex. P, Patterson and Hennessy, *Computer Organization and Design*, 5th Ed., 13-15 (2014) ("Patterson Hennessy").

41.     A compiler enables a programmer to write a high-level language expression in source code, such as:

A = A + B.

The compiler compiles "A + B" by parsing the high-level language and producing an intermediate representation in the form of graphs.  Optimizations will be performed on the intermediate code,

and the assembly code will be generated.  For example, for the high-level language statement "A = A + B," the resulting assembly language could look like this:

add A, B.

"Unlike programs in high-level languages, the operands of arithmetic instructions are restricted; they must be from a limited number of special locations built directly in hardware called registers." Ex. P, Patterson Hennessy at 66.

42.      A further program called an "Assembler" converts the assembly language into binary machine language, which is a relatively straightforward process.  Ex. P, Patterson Hennessy at 66.  Some compilers even "cut out the middleman" and produce binary machine language directly without the need of a separate assembler program.  Ex. P, Patterson Hennessy at 66.

43.      The "instruction set architecture" of a computer is the interface between the hardware (e.g., the CPU) and the software.  Ex. P, Patterson Hennessy at 22.  "The instruction set architecture includes anything programmers need to know to make a binary machine language program work correctly, including instructions, I/O devices, and so on."  Ex. P, Patterson Hennessy at 22.

44.      Compilers also utilize code libraries.  Code libraries include routines that are common to multiple programs.  They allow programmers to reuse code without needing to rewrite it for each program.  Ex. P, Patterson Hennessy at 123-124.

45.      Just-in-time compilers (JIT compilers) wait to generate portions of needed machine code until just before the code needs to be executed, unlike traditional compilers, which compile an entire program before that program is run.  JIT compilers have been known and used for decades.

### E.    Instructions, Clock Cycles, and Pipelining

46.    Virtually all modern computers use a clock to determine when events take place. Ex. P, Patterson Hennessy at 33.  The discrete time intervals when these events take place are called "clock cycles," and the length of time for a clock cycle to complete is referred to as the "clock period."  In a modern CPU running at speeds of 1-4 GHz, the clock period is typically on the order of <1 nanosecond.  Ex. P, Patterson Hennessy at 33.

47.    "Pipelining" is a "technique in which multiple instructions are overlapped in execution." Ex. P, Patterson Hennessy at 272.  Pipelining "exploits parallelism among instructions in a sequential instruction stream."  Ex. P, Patterson Hennessy at 285.  "Pipelining improves performance by increasing instruction throughput, as opposed to decreasing the execution time of an individual instruction."  Ex. P, Patterson Hennessy at 277.  Pipelining "is nearly universal" in modern processors.  Ex. P, Patterson Hennessy at 272.

48.    A classic pipelining technique includes the following five steps:

1. Fetch instructions from memory.

2. Read registers while decoding the instructions.  Reading and decoding may occur simultaneously.

3. Execute the operation or calculate an address.

4. Access an operand in data memory.

5. Write the result into a register.

Ex. P, Patterson Hennessy at 274.[1]  In ideal conditions, a pipelining technique can result in up to a five-fold increase in performance.  Ex. P, Patterson Hennessy at 274.

---

[1] A "register" is a small storage location in which instructions or other data are held for processing.

49.     A modern processor, such as an Intel Core i7 920 processor, can include at least 14-stages in the pipeline, with "up to six micro-operations per clock cycle." Ex. P, Patterson Hennessy at 346; *see also* Ex. P, Patterson Hennessy at 347-349 (describing the eight steps for an Intel "x86" instruction execution).

## F.     Floating Point Arithmetic

50.     Performing arithmetic with real numbers on computers, i.e., arithmetic using numbers with fractions, such as pi, *e,* or 3.15576 x $10^9$, requires the use of "floating point" numbers. Ex. P, Patterson Hennessy at 196.

51.     In a floating point number, the binary point is not fixed, as it is for integers. Ex. P, Patterson Hennessy at 197. "Just as in scientific notation," floating point "numbers are represented as a single nonzero digit to the left of the binary point." Ex. P, Patterson Hennessy at 197. Floating point numbers are represented with two components: an exponent and a fraction. Ex. P, Patterson Hennessy at 197. In a 32-bit data word, for instance, some portion (e.g., 8 bits) stores the exponent, and a second portion (e.g., 23 bits) stores the fraction. Ex. P, Patterson Hennessy at 197. "[I]ncreasing the size of the fraction enhances the precision of the fraction, while increasing the size of the exponent increases the range of numbers that can be represented." Ex. P, Patterson Hennessy at 197.

52.     Improving the performance of arithmetic operations with floating point numbers is key to speeding up many applications on CPUs. Thus, many modern CPUs are designed to support special instruction sets for performing these operations efficiently, such as the "Advanced Vector Extensions" ("AVX") instruction set. Ex. P, Patterson Hennessy at 510. "AVX supports the simultaneous execution of four 64-bit floating point numbers." Ex. P, Patterson Hennessy at 510.

AVX developed into AVX2, which has been supported since the "Haswell" generation of x86 microprocessors from Intel, released in 2013.[2]

### G.    Fused Multiply-Add (FMA)

53.    "A floating-point instruction that performs both a multiply and an add, but rounds only once after the add," is referred to as a fused multiply add instruction.  Ex. P, Patterson Hennessy at 220.

54.    "[I]nstead of performing two rounds – after the multiply and then after the add – which would happen with separate instructions, the multiply add instruction can perform a single rounding after the add."  Ex. P, Patterson Hennessy at 220.  "A single rounding step increases the precision of multiply add."  Ex. P, Patterson Hennessy at 220.

55.    FMA instructions are defined in the IEEE 754-2008 standard and were introduced with Intel's AVX architecture in 2011.  Ex. P, Patterson Hennessy at 220, 225.

56.    FMA operations have been known since the early 1990s.  *See, e.g.*, Ex. Q, Linzer & Feig, *Modified FFTs for fused multiply-add architectures*, 60.201 Mathematics of Computation 347 (1993), available at  https://www.ams.org/journals/mcom/1993-60-201/S0025-5718-1993-1159169-0/S0025-5718-1993-1159169-0.pdf.

57.    In sum, FMA instructions perform two floating point operations—a multiply operation and an add operation on numbers with an unfixed number of digits after the decimal point—in a single step.

---

[2] *See* Ex. LL, Buxton, Haswell New Instruction Descriptions Now Available!, Intel.com (June 13, 2011), available at https://software.intel.com/en-us/blogs/2011/06/13/haswell-new-instruction-descriptions-now-available.

### H.    Memory Hierarchy and Cache

58.    "A memory hierarchy consists of multiple levels of memory with different speeds and sizes."  Ex. P, Patterson Hennessy at 375.  "The faster memories are more expensive per bit than the slower memories and thus are smaller."  Ex. P, Patterson Hennessy at 375.

59.    Typically, the closer the memory is to the CPU, the faster (and smaller) the memory is, as illustrated in the figure below:



Ex. P, Patterson Hennessy at 378.

60.    The term "cache" is "used to refer to any storage managed to take advantage of locality of access."  Ex. P, Patterson Hennessy at 384.

61.    Caches are ubiquitous and "first appeared in research computers in the early 1960s and in production computers later in that same decade; every general purpose computer built today, from servers to low-power embedded processors, includes caches."  Ex. P, Patterson Hennessy at 384.  A cache can hold instructions, data, or both.

62.     "In a typical modern CPU processor there may be several layers of cache," referred to as "L1," "L2," and so forth.  Ex. J, WO Patent App. Pub. No. 2020/046859 at ¶ 11.  "For caches and memory, the computer-to-memory ratio (CMR) may be defined as the number of compute operations that one must perform per item brought into a given memory level (main memory or cache) to hide the latency of bringing the data item in (and out))."  Ex. J at ¶ 11.  The number of computation operations per unit of data is referred to as "arithmetic intensity."  Ex. J at ¶ 11.

63.     A cache "hit" or "reuse" occurs when the CPU is able to reuse instructions or data stored in one of the CPU's caches.  Conversely, a cache miss occurs when a "request for data from the cache … cannot be filled because the data is not present in the cache."  Ex. P, Patterson Hennessy at 392.  A cache miss can "stall the entire processor, essentially freezing the contents of the temporary and programmer-visible registers" while waiting for the data to load from memory.  Ex. P, Patterson Hennessy at 392-393.  Thus, over the decades since the concept of caching was first introduced in computers, there have been "many software optimizations" that have been "invented that can dramatically improve performance by reusing data within the cache and hence lower miss rates due to improved temporal locality."  Ex. P, Patterson Hennessy at 413.

64.     For example, in the context of matrices, it is well known that cache performance can be improved by storing the matrix in memory using block algorithms so that accesses to the matrix data elements are stored sequentially.  Ex. P, Patterson Hennessy at 413.  Rather than "operating on entire rows or columns" of the matrix, "block algorithms operate on submatrices or blocks."  Ex. P, Patterson Hennessy at 413.  "The goal is to maximize accesses to the data loaded into the cache before the data are replaced; that is, improve temporal locality to reduce cache misses."  Ex. P, Patterson Hennessy at 413.  The number of cache misses depends on the size $N$ of the rows and columns of the matrices and the size of the cache.  Ex. P, Patterson Hennessy at 414.

65.     In one exemplary algorithm provided in Patterson Hennessy (2014), the algorithm performs most efficiently when the cache is designed to hold all three matrices (two input matrices A and B and the product matrix C).  Ex. P, Patterson Hennessy at 414.  "If the cache can hold one N-by-N matrix and one row of N, then at least the ith row of A and the array B may stay in the cache.  Less than that and misses may occur for both B and C."  Ex. P, Patterson Hennessy at 414.  "To ensure that the elements being accessed can fit in the cache, the original code is changed to compute on a submatrix."  Ex. P, Patterson Hennessy at 441.; *see generally* Ex. P, Patterson Hennessy at 413-418.

66.     In addition to "reducing cache misses, blocking can also be used to help register allocation, … [b]y taking a small blocking size such that the block can be held in registers."  Ex. P, Patterson Hennessy at 415.

67.     Blocking algorithms are also referred to as "tiling."  "Tiling is used in conventional systems to improve performance."  Ex. R, U.S. Pat. App. Pub. No. 2016/0239706 at ¶ 118.  "The data is processed one tile," i.e., one "2D block of data," at a time.  Ex. R at ¶ 118.  "It is desirable for the size of tiles to be small enough so that the data fits in (L1, L2) cache."  Ex. R at ¶ 118.  It is well known that "deep convolutional neural network implementations use tiling at the per-layer level."  Ex. R at ¶ 119.  "For example, some layers use matrix multiplication and are implicitly tiled."  Ex. R at ¶ 119.

### I.     Loop Unrolling

68.     Loop unrolling is a compiler technique used to extract greater performance from computers running loops.  Ex. P, Patterson Hennessy at 338.  It is a well-known technique.

69.     In the example below, typical, non-unrolled code performs an addition of two N-dimensional vectors A and B and stores the result into vector C:

```
i = 0
while (i<N)
    C[i] = A[i] + B[i]
    i = i + 1
```

As shown above, in each iteration, the loop operates on one element of the vector, via operation "C[i] = A[i] + B[i]."  When this loop is run on a processor, the add instruction for the $(k+1)^{th}$ iteration cannot start until the operation "i = i + 1" in $k^{th}$ iteration is finished, limiting operations that can be executed in parallel, thereby limiting the performance.

70.     The unrolled version of this code is shown below:

```
i = 0
while (i<N)
    C[i] = A[i] + B[i]
    C[i+1] = A[i+1] + B[i+1]
    C[i+2] = A[i+2] + B[i+2]
    C[i+3] = A[i+3] + B[i+3]
    i = i + 4
```

Here, the loop is unrolled four times.  As a result, in each iteration, the loop operates on *four* elements of the vector.  Similar to the original loop, the add operations for C[i], C[i+1], C[i+2], and C[i+3] still can only proceed after the operation "i = i + 4" from the last iteration completes. However, the key difference from the original loop is that once the new i value is computed, all *four* add operations can execute in parallel, achieving higher performance than the original loop.

71.     Loop unrolling "create[s] more opportunities for instruction-level parallelism," meaning that it increases the number of instructions that are available for execution in parallel, which shortens the execution time and increases performance.  Ex. P, Patterson Hennessy at 352-353.

72.     I also note, because it is pertinent to NMI's claims, that the combination of AVX instruction sets with loop unrolling was well-known and used to improve matrix multiplication performance years before July 2019:



Ex. P, Patterson Hennessy at 354 (comparing three versions of matrix multiplication).

73.    Similarly, the use of tiling and loop unrolling "to reorder computations and memory accesses, increasing throughput and reducing data transfer" were known techniques, including in the field of neural networks specifically.  Ex. S, Alwani, et al., *Fused-layer CNN accelerators*, 2016 49th Annual IEEE/ACM International Symposium on Microarchitecture, IEEE (2016), available                                                                                                  at https://pdfs.semanticscholar.org/5682/8bb7ad555eed8d43e6d3eba4ee39e862defe.pdf.

**J.    CPUs and GPUs**

74.    A "CPU" is a central processing unit.  A "GPU" is a graphics processing unit.

75.    Before July 2019, it was widely known that both CPUs and GPUs could be used to with neural network and matrix multiplication applications.  *See, e.g.*, Ex. J, WO 2020/046859 at ¶ 7 ("In both GPU and CPU architectures, the neural network's weights and inputs may be represented as matrices, and the computation of the network (e.g. the inference or run-time operation) includes a sequence of multiplications of these matrices.").

76.     Indeed, Dr. Zlateski's Ph.D. thesis, which he wrote and submitted in 2016, before joining NMI, focused on "fast and scalable algorithms" for "training and applying convolutional neural networks" on "CPUs and GPUs."  Zlateski Decl., Ex. A, Zlateski, *Scalable Algorithms for Semi-Automatic Segmentation of Electron Microscopy Images of the Brain Tissue*, 3 (2016).  And Dr. Zlateski's post-doctoral work built on the principles set forth in his Ph.D. thesis.  This is reflected in Dr. Zlateski's publications, *see* Zlateski Decl. ¶¶ 7-8 (collecting a number of Dr. Zlateski's papers), as well as source code that Dr. Zlateski posted to BitBucket in 2017—before joining NMI—which is discussed more below.

## IV.    SPARSE MATRIX MULTIPLICATION APPROACHES WERE NOT PLAGUED BY THE ALLEGED PROBLEMS DR. SCOTT POSITS

77.     After providing a technology overview but before discussing NMI's alleged trade secrets, Dr. Scott posits that before NMI, a number of problems plagued known approaches to dealing with machine learning applications of sparse matrix multiplication. *See* Scott Decl. ¶¶ 79-87 (discussing alleged "problems with known approaches.").  Specifically, Dr. Scott opines that when Dr. Zlateski joined Facebook, the industry believed that (i) performing loop unrolling computations on CPUs was "unworkable due to . . . poor utilization of memory bandwidth and instruction cache space," Scott Decl. ¶ 83; (ii) known loop unrolling techniques for GPUs could not be applied to CPUs because CPUs lack features GPUs possess (e.g., "very high memory bandwidth and a very large number of internal registers"), Scott Decl. ¶ 86; and (iii) use of compress sparse row encoding was preferable to other sparse matrix multiplication processes, Scott Decl. ¶ 87.

78.     For reasons discussed in this Section, I disagree with Dr. Scott's assertion that the above-listed problems plagued sparse matrix multiplication processes known in the industry before

July 2019, when Dr. Zlateski left NMI.  Also, for reasons discussed in Section V below, I disagree that NMI solved these alleged problems.

79.     Before addressing the problems that Dr. Scott alleges existed in the industry, I note that Dr. Scott recognizes that this was a crowded field and that by 2018, "a mass of research ha[d] been proposed in th[e] area" of "train[ing] sparse networks," e.g., "with less parameters and float operators," to address "memory requirement[s], computation cost[s] and over-fitting" issues associated with sparse learning methods for deep neural networks.  Scott Decl. ¶ 79.  I further provide an overview of one example paper from this "mass of research" that is particularly pertinent to NMI's claims— Liu et al., *Sparse Convolutional Neural Networks*, IEEE Conference on Computer Vision and Pattern Recognition (CVPR) (2015) (Ex. T, "Liu")

80.     As its title suggests, Liu is directed to sparse computations for neural networks.  For reasons discussed below and further discussed in Section V, it is my opinion that any person with knowledge of and experience with sparse matrix multiplication and JIT compiler optimization techniques and the Liu paper (or any of a number of other, similar papers) would have understood and been able to readily implement the alleged algorithms and code that NMI claims are trade secrets.

### A.     The Liu Paper

81.     Liu discloses "an efficient sparse matrix multiplication algorithm on CPU for Sparse Convolutional Neural Networks (SCNN) models."  Ex. T, Liu at Abstract.

82.     In Liu's algorithm, once a network is fully trained, convolutional kernels remain constant while an input matrix varies, and "the location of non-zero elements are known and can be encoded directly in the compiled multiplication code."  Ex. T, Liu at 809; *see also* Ex. T, Liu at 809 ("[T]he convolutional kernels are treated as sparse matrices.").  Liu discloses that its sparse matrix multiplication algorithm "achieves significant speedups" on CPUs.  Ex. T, Liu at Abstract.

83.     Liu provides that its algorithm was implemented "on x86_64 CPU micro-architecture with the Advanced Vector Extension (AVX) . . . available on both Intel and AMD's CPUs after 2011." Ex. T, Liu at 809.  The implementation used "OpenBLAS," "an open source dense linear algebra library."  Ex. T, Liu at 809.

84.     Liu discloses that to reduce "memory latency," "input matrices are first divided into blocks that fit into the L2 cache of CPU."  Ex. T, Liu at 809.  Liu's Figure 2 provides a graphical illustration of this process:



Ex. T, Liu at Fig. 2.

85.     In Figure 2, the matrices being multiplied in Lui (top row) are too big to fit inside the L2 cache (labeled box in bottom row).  Therefore, the open source "Matrix Multiplication Algorithm in OpenBLAS" divides the matrices "into blocks which can fit in L2 cache."  Ex. T, Liu at Fig. 2.

86.     I note that in Liu's Figure 2, the C matrix tile (bottom row, left) contains 4 x 4 = 16 sub-blocks, and Liu teaches that the black, hatched sub-block of the matrix C tile represents eight 256-bit registers, meaning it holds 256 bytes of data ((8 x 256 bit) / 8 bit/byte = 256 bytes of data). Ex. T, Liu at 809.  The entire matrix C tile therefore occupies 4 KB of L2 cache (256 x 16 = 4,096

bytes or 4 KB).  The matrix A and matrix B tiles have the same size as the matrix C tile (as shown in Figure 2), so a person of skill in the industry would have understood that in Liu's implementation, only 12 KB (3 (tiles) x 4 KB) of L2 cache is occupied.  Such a person also would have known that 12 KB is a small fraction of the 256 KB L2 cache of the Intel CPU that Liu used in implementing its sparse matrix multiplication algorithm.  This is relevant to NMI's alleged Trade Secret #1 (as discussed more in Section V).

87.     Liu discloses that in dense matrix multiplication, "[e]ach block of one input matrix is . . . multiplied with each block of the other input matrix in the following way:  One block is divided to 8-elements wide row strips and the other block is divided to 8-elements wide column strips.  Then every two strips are multiplied to generate an 8 x 8 tiny square which can be stored in 8 AVX registers."  Ex. T, Liu at at 809.  Liu further discloses that in sparse matrix multiplication, A and B matrices are "divided into blocks and strips in the same way."  Ex. T, Liu at 810.

88.     Liu provides that when matrix A and sparse matrix B are multiplied, the structure of sparse matrix B can be encoded into a program, such that locations of non-zero elements are known and one can "skip the zeros," to perform sparse matrix multiplication.  Ex. T, Liu at 810.

89.     Liu's Figure 3 illustrates how Liu's algorithm generates code for multiplying dense matrix A (not shown) and *sparse* matrix B (shown):



**Input:**
   **A**: $8 \times 12$ dense matrix
   **B**: $12 \times 8$ sparse matrix
**Output:**
   $\mathbf{C} = \mathbf{A} \times \mathbf{B}$
**Operations:**
   $c_7 += a_1 \times b_{1,7}$
   $c_3 += a_2 \times b_{2,3}$
   $c_6 += a_3 \times b_{3,6}$
   $c_2 += a_5 \times b_{5,2}$
   $c_5 += a_5 \times b_{5,5}$
   $c_4 += a_7 \times b_{7,4}$
   $c_5 += a_7 \times b_{7,5}$
   $c_3 += a_{10} \times b_{10,3}$
   $c_5 += a_{10} \times b_{10,5}$
   $c_4 += a_{11} \times b_{11,4}$

**(a)** An example sparse matrix **B**. The shadowed squares represent non-zero elements and the blank squares represent zero elements.

**(b)** Generated Pseudo code for calculating $\mathbf{C} = \mathbf{A} \times \mathbf{B}$. $c_i$ is the $i^{th}$ column of **C** and $a_j$ is the $j^{th}$ column of **A**. $b_{i,j}$ is the element of **B** at $i^{th}$ column and $j^{th}$ row

**Figure 3:** An example that illustrates how our algorithm generates code for multiplying a dense matrix and a sparse matrix

Ex. T, Liu at Fig. 3.

90.     Liu reports on the experimental results obtained from applying Liu's sparse matrix multiplication algorithm on two 1024x1024 matrices, one is dense and the other is sparse (meaning it has a lot of zero elements, similar to the matrix shown in Figure 3(a) above with its many white squares). Liu also teaches that 8 rows of matrix C are processed at a time because there are 8 AVX vector registers. Ex. T, Liu at 809-10.

91.     I note that because Liu's algorithm processes 8-row horizontal bands, and each row in the band has 1024 elements, when the sparse matrix is not sparse, there are at most 8,192 FMA instructions (8 x 1024 = 8,192) for an 8-row sparse band of the sparse matrix. Assuming 10% of the sparse matrix contains non-zero elements, which is consistent with the results Liu presents (*see* Ex. T, Liu at Fig. 7), the processing of an 8-row band of the sparse matrix will generate only 819

FMA instructions. This translates to less than 6 KB (assuming 7-byte instructions) or less than 8 KB (assuming 10-byte instructions). Either would fit into the 32 KB L1 cache of the Intel i7-3930k CPU Liu uses. *See* Ex. T, Liu at 812. This is relevant to NMI's alleged Trade Secret #1 (as discussed more in Section V).

92.     I further note that a person of skill in the industry would have understood that this set of generated FMA instructions applies to every 8 columns of the dense, input matrix. *See* Ex. T, Liu at 812 (stating that a vector of one input matrix is held in one AVX register, which holds 8 elements). Consequently, while other columns of that matrix are traversed, the same set of FMA instructions in the L1 cache is used repeatedly, meaning the instructions corresponding to a sparse band of the sparse matrix are kept in the L1 cache. Moreover, a person of skill would have understood that because Liu's FMA instructions can fit in the L2 cache, because the tiles of matrices A, B, and C are small (occupying only 20 KB, less than 8% of the 256 KB L2 cache), the instructions can be streamed through the L2 cache and into the L1 instruction cache. These points also are relevant to NMI's alleged Trade Secret #1 (discussed more in Section V).

93.     Based on these above disclosures from Liu, a person of skill in the industry with knowledge of and experience with routine sparse matrix multiplication and JIT compiler optimization techniques would have understood and been able to readily implement the alleged algorithms and code that NMI claims are trade secrets.

94.     Notably, while discussing Liu, Dr. Scott concedes the following (as he must):

- At least as early as 2015, it was publicly known that, "in the context of sparse matrix multiplication, loop unrolling encodes the occurrence of non-zero elements into the assembly code, in such a way that the number of FMA instructions in the assembly code is proportional to the number of those non-zeros," Scott Decl. ¶ 81 (citing Liu);

- "Liu observes that the computational complexity and redundancy in the parameters of image classification and objection detection problems can be reduced by using sparse decomposition, which zeroes out more than 90% of the parameters, and therefore posits

that, if it were possible to design an efficient sparse matrix multiplication algorithm for a CPU, a significant speedup could be realized over the original dense network," Scott Decl. ¶ 81 (citing Liu at 807); and

- "Liu proposes that, because the convolutional kernels of fully trained networks are constant, 'the location of non-zero elements are known and can be encoded directly in the compiled multiplication code,'" Scott Decl. ¶ 81 (citing and quoting Liu at 809-810, Fig. 3 ("showing an example of a sequence of unrolled non-zero operations that can be encoded into a program").

95.    In other words, Dr. Scott acknowledges that, *in 2015*, it was publicly known that (i) loop unrolling in sparse matrix multiplication could encode non-zero elements into assembly code such that the number of FMA instructions is proportional to the number of non-zero elements, (ii) sparse matrix multiplication algorithms could realize significant speedups on CPUs, and (iii) in sparse matrix multiplication programs for trained networks, the values and the locations of non-zero elements are known and thus can be encoded directly into compiled multiplication code.

96.    Dr. Scott tries, but fails, to distinguish Liu.

97.    ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████
██  ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

99.  ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███



████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████



102.   Having provided the foregoing overview and discussion of Liu, I turn now to the three problems that Dr. Scott argues existed in the industry before July 2019.

**B.      The Industry Knew That Loop Unrolling Computations On CPUs Were Workable**

103.    Dr. Scott incorrectly contends that "[c]ommentators observed . . . that performing loop unrolling computations on CPUs was "unworkable due to . . . poor utilization of memory bandwidth and instruction cache space," Scott Decl. ¶ 83.

104.    By July 2019, persons of skill in the industry knew that loop unrolling computations were workable and could be performed on CPUs, and that numerous optimization techniques existed for addressing memory bandwidth and instruction cache space concerns.  For example, as discussed in detail above, Liu discloses loop unrolling computations on CPUs, and it would have been readily apparent to a person of ordinary skill in the art that Liu's sparse matrix multiplication algorithm could be implemented without running into unworkable memory bandwidth and cache space issues.

105.    The only commentator Dr. Scott identifies to support his contrary contention (and attempt to sidestep Liu) is Facebook's Dr. Jongsoo Park.   Dr. Scott calls Dr. Park a "vocal skeptic[]" of Liu.  But neither paper Dr. Scott cites shows that Dr. Park was a "vocal skeptic" of Liu, and Dr. Park was not such a skeptic.

106.    In the first paper Dr. Scott cites, Dr. Park and his colleagues introduce a high-performance sparse convolution design that takes advantage of arbitrary sparsity patterns.  Park Decl., Ex. W at 2.  Dr. Park's focus was on larger and denser matrices.  *See* Park Decl., Ex. W at at 1 ("While suitably designed and trained CNNs can be powerful, they are often large – requiring many parameters (e.g., the celebrated AlexNet (Krizhevsky et al., 2012) has 60 millions)."), 7 ("[Avoiding pruning conv1 in AlexNet] leads to less than 0.2 non-zero density for conv2-5").  And while Dr. Park does note that Liu's approach can "involve[] lowering overhead and … full unrolling that leads to a large instruction footprint," Park Decl., Ex. W at 10, a person of skill in

the industry would have understood that the concerns Dr. Park expressed (i) relate primarily to issues unrelated to NMI's claims, namely "lowering," a technique that transforms (lowers) convolution into matrix multiplication, and (ii) are not pressing in machine learning applications involving smaller and less dense matrices,[3] e.g., where instructions of the unrolled loops can fit inside L1 cache (as in Liu, *see* ¶ 91 (above)).  Dr. Park also noted in his paper that Liu discloses advantageous methods of achieving speedups.  Park Decl., Ex. W at 10.

107.    The second paper Dr. Scott cites is just an earlier version of the paper discussed immediately above.  It presents a bandwidth-efficient sparse convolution method and a highly-optimized sparse CNN implementation.  Park Decl., Ex. X at 2.  Here too, Dr. Park was focused on relatively large datasets.  *See* Park Decl., Ex. X at 7 ("Our evaluation uses batch size of 144 and 32 for BDW and Atom, multiples of the number of threads in respective platforms.").  And for reasons discussed, while Dr. Park notes in passing that some known approaches for optimizing sparse convolutional neural network computations, including Liu's, face certain challenges in achieving their full potential (such as lower arithmetic intensity and higher overhead), Park Decl., Ex. X at 1-2, this does not make Dr. Park a "vocal skeptic" of loop unrolling in sparse matrix multiplication applications.

108.    To the contrary, Dr. Park was utilizing loop unrolling in his sparse matrix multiplication work (i) at least as early as November 2015 when he was at Intel, *see* Park Decl. ¶ 7 (discussing HPCG competitions and Dr. Park's participation in same); Park Decl., Exs. B-F; *see also* Ex. W, Park et al., *High-Performance Algebraic Multigrid Solver Optimized for Multi-Core Based Distributed Parallel Systems*, Supercomputing, 5 (Nov. 2015) (stating that the innermost loop of the sparse matrix multiplication is unrolled), and (ii) at Facebook before Dr. Zlateski

---

[3] Discussion with Dr. Park on April 22, 2020; *see also* Park Decl. ¶ 33.

joined, *see* Park Decl. ¶¶ 12-14; Ex. X, Park, *Deep Learning Inference in Facebook Data Centers: Characterization, Performance Optimizations and Hardware Implications*, arXiv 4 (Nov. 2018) (operation performed on embedding tables is sparse matrix multiplication); Park Decl., Ex. O, "OptimizedKernelsAvx2.cc," lines 214-279 (Dec. 5, 2018) (for-loop in function spmdmKernelAvx2 is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication); Park Decl., Ex. N, "FbgemmI8Spmdm.cc," lines 329-394 (Oct. 30, 2018) (for-loop in function SpMDM is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication).[4]

109.    Furthermore, before July 2019, persons of skill in the industry understood the need to balance accuracy, speed, and size in neural network designs, including sparse matrix multiplication processes.  And numerous methods for doing this were known—publicly and to Facebook (as discussed more below)—including methods directed to optimizing loop unrolling processes and memory and cache use.

110.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[4] Discussion with Dr. Park on April 22, 2020.

https://github.com/pytorch/pytorch/blob/080fab8f6c82daa93b478267f3a604e1bdb8083f/caffe2/p

erfkernels/embedding_lookup_avx2.cc#L7.[5]

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

---

[5] Caffe2 is a well-known artificial intelligence (AI) project that originated at Facebook and was open sourced at least as early as May 2017.  *See* Ex. MM, Facebook Blogpost (May 2, 2018), available at https://caffe2.ai/blog/.  The Caffe2 project merged with another well-known AI project, Pytorch, in the summer of 2018.  Ex. NN, *Caffe2 Merges With PyTorch* (Apr 2, 2018), available at https://medium.com/@Synced/caffe2-merges-with-pytorch-a89c70ad9eb7.

███████████████████████████████████████████████████████████

████████████████████████████████

### C.     The Industry Knew That Loop Unrolling Techniques For GPUs Could Be Applied To CPUs

113.    Dr. Scott incorrectly argues that industry did not know that "GPU-based loop unrolling" could be applied "to a CPU platform" in July 2019.  *See* Scott Decl. ¶¶ 84-86.

114.    In this argument, Dr. Scott discusses a paper authored by Bartosz D. Wozniak, from the Department of Computing, Imperial College London, UK.  Ex. AA, Wozniak, et al., *GiMMiK– Generating bespoke matrix multiplication kernels for accelerators: Application to high-order Computational Fluid Dynamics*, Computer Communications 202 (2016).

115.    . As discussed more in Section V below, these are some of the features that NMI incorrectly asserts are proprietary to it.

116.    Dr. Scott states that "one cannot simply take Wozniak's [GPU] implementation . . . and apply it to a CPU platform."  Scott Declaration ¶ 86.  But the import of Wozniak's disclosures cannot be sidestepped in this manner.  Wozniak teaches the loop unrolling NMI claims as

proprietary, in the context of GPU computing.  And before NMI was founded, a person of skill in

the industry would have known and been motivated to use such techniques in CPU contexts, e.g.,

based on references like Liu, which disclosed a CPU-based implementation of a sparse matrix

multiplication algorithm, and the other references discussed above (e.g., Herruzo, Williams, and

Bramas).  In fact, it would have been easier to implement these techniques on CPUs because these

optimization techniques, including the ones proposed in Wozniak's publication, have traditionally

been studied in the context of the CPU and can be readily applied to CPUs.

> **D.**     **The Industry Did Not Prefer Compress Sparse Row Encoding Over Other Sparse Processes, And Even If It Did, That Is Irrelevant**

117.    Dr. Scott asserts that the industry strongly preferred compress sparse row (CSR)

encoding, which Dr. Scott calls the "prevalent" approach to using sparse matrix multiplication for

neural network computations on CPUs.  Scott Decl. ¶ 87.  Dr. Scott is wrong.

118.    In support of this assertion, Dr. Scott cites the 2016 paper authored by Dr. Park

2016 (discussed above) and a paper by Erich Elsen.  Scott Decl. ¶ 87.  But neither paper

demonstrates that a CSR approach is more prevalent than other approaches.  *See* Park Decl., Ex.

W, Park, *Faster CNNs With Direct Sparse Convolutions and Guided Pruning*; Ex. BB, Elsen, et

al., *Fast Sparse Convnets*, arXiv (2019).

119.    In addition, I understand that prevalence has no bearing on the parties' dispute—

public domain approaches to sparse matrix multiplication (prevalent or not) cannot be trade

secrets.

120.    Moreover, before 2019, Intel's LIBXSMM library had already demonstrated that

the CSR matrix format and generating FMA instructions based on non-zero elements in a sparse

matrix could be combined.  *See* Park Decl., Ex. Y,  generator_spgemm_csr_asparse_soa.c at lines

205-376 (Mar. 11, 2018) (showing that LIBXSMM generates sparse matrix multiplication code for non-zero elements of a sparse matrix in CSR format).

*     *     *

121.    For the foregoing reasons, it is my opinion that, long before July 2019, the industry had already solved the alleged "problems with known approaches" that Dr. Scott posits, and persons of skill in the industry were fully capable of implementing sparse matrix multiplication processes utilizing the optimization techniques that NMI now claims are proprietary.

## V.    NMI FAILS TO DEMONSTRATE THAT THE INFORMATION AT ISSUE CONSTITUTES TRADE SECRETS

122.    I turn now to NMI's alleged trade secret: ███████████████

████████████████████████████████████████████

███████████████████████████

123.    I address the elements of this alleged trade secret in the same order as Dr. Scott. As an initial matter, though, I note that none of what NMI alleges is a trade secret is actually a secret "algorithm"; NMI's allegations relate to broad categories of concepts and optimization techniques that are well-known and widely used in sparse matrix multiplication applications.

**A.** ████████████████████████████

124.    ████████████████████████████████  ███

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████

███████████████████████████████████████

████████





**Figure 2:** Matrix Multiplication Algorithm in OpenBLAS. The input matrices are first divided into blocks which can fit in L2 cache. Each block is then divided into 8 element wide strips. The multiplication outputs of two strips are held in 8 AVX registers during calculation.

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████        ███████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████        ████████        ████████        ██

http://vaigithub.com/pytorch/pytorch/blob/080fab8f6c82daa93b478267f3a604e1bdb8083f/caffe2
/perfkernels/embedding_lookup_avx2.cc#L7.

████████████████████████████

██████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
█████████████████████████████

████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████









```cpp
132    #define W_BLOCK 16
133
134    auto unrolled = [&](long_t i) {
135        if (Bpf_reg != no_reg)
136        {
137            a->prefetcht1(ptr(i * LDB * 4, Bpf_reg));
138        }
139        if (M > 0)
140        {
141            a->vfmadd231ps(ptr(i * 4, A_reg) + _1to16, zmm(i % 2), zmm(2),
142                           negate);
143            if (Apf0 && i == 0)
144            {
145                a->prefetcht0(ptr(64 + i * 4, A_reg));
146            }
147        }
148        if (M > 1)
149        {
150            a->vfmadd231ps(ptr(i * 4, A_reg, r_a_1, 1) + _1to16, zmm(i % 2),
151                           zmm(3), negate);
152            if (Apf0 && i == 1)
153            {
154                a->prefetcht0(ptr(i * 4 + 64, A_reg, r_a_1, 1));
155            }
156        }
157        if (M > 2)
158        {
159            a->vfmadd231ps(ptr(i * 4, A_reg, r_a_1, 2) + _1to16, zmm(i % 2),
160                           zmm(4), negate);
161            if (Apf0 && i == 2)
162            {
163                a->prefetcht0(ptr(i * 4 + 64, A_reg, r_a_1, 2));
164            }
165        }
```

Zlateski Decl., Ex. Z, avx512_with_scatter.hpp, available at https://bitbucket.org/poozh/ond-winograd/src/master/include/znn/asm/avx512_with_scatter.hpp.

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████







**D.  The Union of Sparse Instruction Streaming, Compact FMA Encoding, and FMA Buffering Is Not A Trade Secret**

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████

## VI.    NMI AND DR. SCOTT FAIL TO SHOW MISAPPROPRIATION

171.    Dr. Scott opines that there is "substantial evidence" of misappropriation based on (A) "Facebook's [alleged] shift in direction upon Zlateski's arrival," (B) a comparison of the assembly code for NMI's NMGEMM JIT and the FBGEMM JIT, (C) Dr. Scott's inspection of the FBGEMM JIT source code, and (D) a typo in an FBGEMM_LOG_CODE file.  None of Dr. Scott's analyses survives scrutiny, for reasons discussed below.

### A.  The Accused Code Does Not Show An "Unexpected Shift" In Approach For FBGEMM

172.    Dr. Scott incorrectly contends that the accused FBGEMM code represents an "unexpected shift" or "sudden pivot" in Facebook's sparse matrix multiplication work.  Scott Decl. ¶¶ 138, 159.

173.    I understand from Dr. Park that before Dr. Zlateski joined Facebook, FBGEMM was using loop unrolling in sparse matrix multiplication applications.  *See* Park Decl. ¶¶ 12-14; Discussion with Dr. Park on April 22, 2020.  Indeed, I reviewed the materials Dr. Park cites in his declaration on this issue, and those materials refute Dr. Scott's claim that the accused FBGEMM

code was an "unexpected shift," "significant departure," or "sudden pivot" from earlier FBGEMM code (Scott Decl. ¶¶ 138, 141, 159). *See* Park Decl. ¶¶ 12-14; Park Decl., Ex. M, "fbgemm_i8_spmdm.cc," lines 154-214 (May 24, 2018) (using unrolled AVX2 instructions to perform sparse matrix–dense matrix multiplication); Park Decl., Ex. N, "FbgemmI8Spmdm.cc," lines 329-394 (Oct. 30, 2018) (for-loop in function SpMDM is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication); Park Decl., Ex. O, "OptimizedKernelsAvx2.cc," lines 214-279 (Dec. 5, 2018) (for-loop in function spmdmKernelAvx2 is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication); Park Decl., Ex. R, "GenerateKernelU8S8S32ACC32Avx512.cc," lines 64-79 (Jul. 1, 2019) (for-loop in function genComputeBlock uses the JIT compiler to generate fully unrolled AVX-512 instructions to perform rank k update of an accumulation kernel); *see also* Park Decl., Ex. Q, Khudia, *Open-sourcing FBGEMM for state-of-the-art server-side inference*, Facebook Engineering blog post (Nov. 7, 2018) (describing sparse matrix multiplication performed on a portion of a B matrix, using FMA                  instructions);               Park              Decl.              Ex.              S, https://gist.github.com/ajtulloch/439191f566cfe433ac7e1d7cea627368 (posted July 29, 2019) (Facebook using Tensor Virtual Machine or TVM deep learning compiler to improve computational efficiency of sparse matrix multiplication using, among other things, loop unrolling and AVX-512 instructions).

174. Moreover, even *if* FBGEMM used each of NMI's alleged trade secrets (it does not), that use could not constitute Dr. Scott's alleged "unexpected shift" or "significant departure." NMI's purported trade secrets are routine optimization techniques that were known publicly and to Facebook before July 2019. Use of such techniques is neither unexpected nor significant.

175.    Dr. Scott also contends, in a single bullet point, that "the short timeline to a successful implementation of loop unrolling" shows misappropriation.  Scott Decl. ¶ 159.  Dr. Scott, however, offers no evidence supporting this conclusory statement, e.g., evidence of ordinary development times for sparse matrix multiplication code.

176.    Regardless, there is nothing unusual about the timeline here—approximately two months for the development and implementation of a small piece of code based on public domain information and well-known optimization techniques.  I note that the documents Dr. Scott relies on for his assertion that the optimization techniques at issue are trade secrets show that Dr. Zlateski "figured out" those techniques "over the weekend."  *See* Scott Decl. ¶ 168; *see also* Scott Decl. Ex. 18 (Dr. Zlateski, discussing his work at NMI:  "Yep, better than I was hoping for...  I was restless **over the weekend**, and figured out efficient ways of computing for AVX512") (emphasis added).

### B.  Dr. Scott's Flawed Analysis Of NMI's and Facebook's Assembly Code Does Not Show Misappropriation

177.    Dr. Scott's comparison of NMI's and Facebook's assembly code does not show misappropriation.

178.    First, Dr. Scott concedes that for his comparison, he altered NMI's code to use information found in Facebook's code.  *See* Scott Decl. ¶ 143 n.14 (Dr. Scott notes that he "hardcode[d] the size of the output buffer to 24 in the NM GEMM JIT code instead of using the NM formula, as done in the FBGEMM JIT."). ███████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████.  It is ***not*** "nearly impossible to get two independently developed compilers to emit the same assembly code"

(Scott Decl. ¶ 150) when you alter the first compiler's code (NM GEMM JIT) to align with that of the second (FBGEMM).  In fact, by hardcoding the values from FBGEMM into NMI's compiler code, Dr. Scott seems to have forced results to come out the same, which would not have happened absent this change to FBGEMM.

179.     Second, despite allegedly performing "1,000 test cases," Dr. Scott provides only snippets of information for four FMA instructions.  *See* Scott Decl. ¶ 148.  This prevents a meaningful review of Dr. Scott's analysis.  For example, Dr. Scott does not provide the input matrices for even a single test.  Thus I cannot replicate and/or confirm the results of his testing.

180.     Third, Dr. Scott does not disclose the input data used for his testing.  As noted, this prevents independent evaluation of the purported results of that testing.  As noted, this prevents independent evaluation of the purported results of that testing.  If Dr. Scott had provided information concerning his testing conditions and inputs, I could have determined whether his alleged results are accurate.  Because he failed to disclose that information, his results are unreliable.

181.     Fourth, as Dr. Scott admits, there are differences between NMI's assembly code (the portions of that code Dr. Scott chose to present) and the accused FBGEMM code.  *See* Scott Decl. ¶¶ 146-147.  These differences are material.  ███████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████

182.    For at least these reasons, Dr. Scott's (unconfirmed and doctored) assembly code tests fail to demonstrate misappropriation.

### C. Dr. Scott's Flawed Source Code Inspection Does Not Show Misappropriation

183.    Dr. Scott contends that he demonstrated misappropriation through an inspection of the FBGEMM JIT code.  Scott Decl. ¶ 151.  He did not.

184.    To begin, Dr. Scott points to what he believes is an "unusual and distinctive naming convention" drawn from NMI's code.  Scott Decl. ¶ 151.  However, the variables Dr. Scott identifies—"ArCr, AcBr, and BcCc"—were used by Dr. Zlateski in his research before NMI, e.g., in code Dr. Zlateski posted to BitBucket in December 2017, which became publicly available before Dr. Zlateski joined Facebook.  *See* Zlateski Decl., Ex. K at lines 10-15, available at https://bitbucket.org/poozh/znnunified/src/master/code/include/znn/jit/gemm/avx512.hpp.

185.    Also, substantively, these variables cannot be trade secrets.  They are just Dr. Zlateski's straightforward way of identifying rows and columns used to multiply matrix A by matrix B to yield a resulting matrix C, following a standard matrix multiplication process.  Matrix A consists of "M" number of rows and "K" number of columns.  Matrix B consists of "K" rows and "N" columns.  Matrix C consists of "M" rows and "N" columns.  The "M" number of A matrix rows and C matrix rows match, so Dr. Zlateski refers to "M" as "ArCr."  The "K" number of A matrix columns and B matrix rows match, so Dr. Zlateski refers to "K" as "AcBr."  And the "N" number of B matrix columns and C matrix columns match, so "BcCc" is used.  Zlateski Decl. ¶¶ 43-45.  As Dr. Scott acknowledges, these variables were later renamed in the FBGEMM code to the "idiomatic" "M, N, and K."  Scott Decl. ¶ 151.

```
28    inline void znn_gemm_row_col_blocked(
29        std::shared_ptr<frame> const& pf, int_t ArCr, int_t AcBr, int_t LDA,
30        int_t LDB, int_t LDC, int_t alpha, int_t beta, reg const& A_reg,
31        reg const& B_reg, reg const& C_reg, reg const& Apf_reg, reg const& Bpf_reg,
32        reg const& Cpf_reg, bool Apf0, bool Bpf0, bool Cpf0,
33        reg const& Cscatter_reg, int_t SC_LD0 = 0)
34    {
35        static_cast<void>(Cpf0);
36
37        auto f = pf->spawn();
```

Zlateski Decl., Ex. K, avx512.hpp, lines 28-37.

192.    Last, Dr. Scott notes that "one of Facebook's commits on GitHub" was titled "porting Alek's sparse convolution using asmjit (#168)."  Scott Decl. ¶ 154.  That title does not demonstrate misappropriation.  It merely evidences what happened.  Dr. Park rewrote and incorporated into FBGEMM code that Dr. Zlateski provided—code that, for reasons discussed, does not contain any NMI trade secrets.

### D. One Typo In The FBGEMM_LOG_CODE Does Not Demonstrate Misappropriation

193.    Dr. Scott identified a typo in an FBGEMM_LOG_CODE file in the FBGEMM code.  Scott Decl. ¶¶ 155-158.  That typo does not establish misappropriation.

194.    First, I note that, while NMI's brief appears to imply the opposite, Dr. Scott does *not* allege that this typo existed in NMI's NM GEMM JIT code and somehow carried over into

the FBGEMM code.  This is merely a typo that, at some point, was introduced into *Facebook's* code, completely independent of NMI.

195.     Second, I disagree with Dr. Scott's opinion that this typo shows that the accused FBGEMM code was "created by incrementally modifying [NMI's] source code, which was already working."  Scott Decl. ¶ 158.  The FBGEMM_LOG_CODE file is simple code designed to log generated assembly code.  *See* Scott Decl. ¶ 155, Ex. 10, FbgemmSpMM.cc (lines 450-477). The operation of the rest of the FBGEMM code is *not* dependent on the function of this code.  And for reasons Dr. Park explains in his declaration, Facebook would not have used the FBGEMM_LOG_CODE file to determine whether the rest of the FBGEMM code was operating correctly.  *See* Park Decl. ¶¶ 28-29; Discussion with Dr. Park on April 22, 2020.  Facebook relies on other tools for debugging that require less manual work than review of the information the FBGEMM_LOG_CODE file produces when operational.  Park Decl. ¶¶ 28-29; Discussion with Dr. Park on April 22, 2020.

## VII.     DR. SCOTT FAILS TO SHOW THAT THE ALLEGED TRADE SECRETS WERE NOT GENERALLY KNOWN

196.     Dr. Scott contends that "the algorithms underlying [NMI's] Sparse GEMM JIT Compiler were not generally known."  Scott Decl. ¶ 160.  But none of the documents Dr. Scott cites support this contention, and in a number of instances, they undercut it.

197.     

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

██████████████████████████████████
██████████████████████████████████
██████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████

199.   The other documents Dr. Scott cites similarly fail to show that NMI's alleged trade secrets were not generally known.  Dr. Park's 2015 and 2016 papers do not show that Dr. Park was a vocal skeptic of Liu, for reasons discussed above.  *See* Section IV.B.  The Facebook article and blog post cited by Dr. Scott do not show that Facebook believed loop unrolling to be impractical; they address other Facebook projects and do not relate to FBGEMM.  *See* Scott Exs. 5 and 6.   And the NMI "Hangout messages" Dr. Scott cites reveal only (i) that NMI was

_____

████████████████████████████████████████████
███████████████████████

[8] Dr. Scott selectively quotes this email, omitting the language emphasized.

experimenting with sparse matrix multiplication (Scott Decl. Ex. 15), (ii) Dr. Matveev could not understand Dr. Zlateski's code based on an IM chat, so Dr. Zlateski had to explain it to him on a whiteboard (Scott Decl. Ex. 17), and (iii) the processes Dr. Scott argues "required greater insights" were "figured out" by Dr. Zlateski "over the weekend" (Scott Decl. Ex. 18 p.11). Furthermore, with respect to the whiteboard and related memorandum (Scott Decl. ¶ 166, Ex. 2), as discussed above (*see* Section V.D), Dr. Scott offers no evidence that the formulas and relationships delineated are trade secrets or used by FBGEMM; he merely cuts and pastes information contained in the document and image he cites. *See* Scott Decl. ¶¶ 166-167.

200.



**VIII. NMI AND DR. SCOTT FAIL TO SHOW THAT NMI'S ALLEGED TRADE SECRETS PROVIDE A COMPETITIVE ADVANTAGE OVER INFORMATION KNOWN IN THE INDUSTRY**

201.   Dr. Scott fails to show that NMI's alleged trade secrets provide NMI a competitive advantage over information already known to engineers and other persons of skill with knowledge of machine learning, artificial intelligence, matrix multiplication, and related optimization techniques.  First, for reasons discussed above, NMI's alleged trade secrets relate to optimization techniques that were well-known and widely implemented before July 2019.  *See* Section V. Second, even if the information at issue constituted trade secrets (it does not), Dr. Scott offers no evidence that those purported trade secrets provide value by affording NMI a competitive advantage in the industry.

202.   In opining on this issue, Dr. Scott cites the Wozniak paper discussed above, Scott Decl. ¶ 172; another paper that notes that "[d]uring [the] past few years, a mass of research has been proposed in th[e] area" of "train[ing] sparse networks," Scott Decl. ¶ 173; a Facebook publication concerning recommendation systems and neural network-based recommendation models, Scott Decl. ¶ 174; and a Facebook presentation that shows that such systems are frequently used at Facebook, Scott Decl. ¶ 174.  None of these publications address, let alone demonstrate, the value of NMI's alleged trade secrets.

203.   Dr. Scott also asserts that "[a]s a measure of economic value," NMI's technology "could help eliminate the need to upgrade the hardware of tens of thousands of machines in Facebook's data centers—machines that serve billions of people," and he claims that "Facebook acknowledged the enormous return-on-investment of such a solution stating that 'it's six times faster basically for free.'"  Scott Decl. ¶ 175.  In the presentation Dr. Scott cites, the Facebook presenter never mentions the number of machines in Facebook's data centers, hardware upgrades, or eliminating such upgrades.  Nor does he mention "return-on-investment."  Rather, he notes that

outside of training models for particular architectures, the FBGEMM code is "obvious stuff when you think about it."[10]

204.　　Dr. Scott further states that the fact that Facebook attributed improvement in FBGEMM performance to Drs. Zlateski and Park shows economic value tied to NMI's trade secrets.  Scott Decl. ¶ 176.  Facebook thanked Drs. Zlateski and Park for their contributions to the FBGEMM code because they contributed to that code.  This does not demonstrate that NMI's alleged trade secrets provided NMI with a competitive advantage over information already known to engineers and other persons of skill with knowledge of machine learning, artificial intelligence, matrix multiplication, and related optimization techniques.

205.　　██████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

---

[10] https://www.youtube.com/watch?v=npqO0hVXZwU&feature=youtu.be&list=PLTPQEx-31JXjA2ZmvYT5s0RqDXFXTSjyL&t=5861 **at** 1:51:00-1:58:00.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed in _____, Massachusetts, on April 23, 2020.

_____
David Kaeli, Ph.D.