# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NEURAL MAGIC, INC.,

     Plaintiff,

          v.

FACEBOOK, INC. and ALEKSANDAR ZLATESKI,

     Defendants.

Civil Action No. 1:20-cv-10444-DJC

## DECLARATION OF DR. JONGSOO PARK IN SUPPORT OF DEFENDANTS' OPPOSITION TO NMI'S MOTION FOR PRELIMINARY INJUNCTION

I, Jongsoo Park, declare as follows:

1.      I provide this declaration in support of Defendants Facebook, Inc. (Facebook) and Dr. Aleksandar Zlateski's opposition to Plaintiff Neural Magic, Inc.'s (NMI) motion for a preliminary injunction.

2.      I am over eighteen years of age, have personal knowledge of the matters set out in this declaration, and if called upon to testify, would do so consistent with the statements in this declaration.

3.      The documents I discuss in this declaration are identified in the "Table of Exhibits" below.  True and correct copies of these documents are attached to this declaration, as the exhibits noted.  Where applicable, links to documents are provided.

| TABLE OF EXHIBITS | |
|---|---|
| **Ex.** | **Description** |
| A | Jongsoo Park, Ph.D., *Curriculum Vitae* |
| B | HPCG Benchmark, https://www.hpcg-benchmark.org/ |
| C | Park et al., *Efficient Shared-Memory Implementation of High-Performance Conjugate Gradient Benchmark and Its Application to Unstructured Matrices*, SC14:  Int'l Conf. for HPC, Networking, Storage and Analysis, IEEE (2014)<br>Available at: |
| D | Park et al., *Optimizations in a high-performance conjugate gradient benchmark for IA-based multi- and many-core processors*, International Journal of High Performance Computing Applications (2015) |
| E | Park, *Sparsifying Synchronization for High-Performance Shared-Memory Sparse Triangular Solver*, International Supercomputing Conference (2014) |
| F | Patwary, *Parallel Efficient Sparse Matrix-Matrix Multiplication on Multicore Platforms*, International Conference on High Performance Computing (2015) |
| G | Park, sconv.hpp, source code file in Intel SkimCaffe library (Jan. 2017)<br>Available at: https://github.com/IntelLabs/SkimCaffe/blob/intel_scnn/include/caffe/util/sconv.hpp |

| \multicolumn{2}{c}{**TABLE OF EXHIBITS**} |
|---|---|

| Ex. | Description |
|---|---|
| H | Park, *Fast sparse matrix multiplication*, Computer Physics Communications (1991) |
| I | Duff, *A Proposal for User Level Sparse BLAS*, Technical report TR/PA/92/85, CERFACS (1992) |
| J | Blelloch, *Programming Parallel Algorithms, Communications of the ACM* (1996) |
| K | Yale Sparse Matrix Package, Yale Univ. Dept. of Computer Sci. (1977) <br> Available at: https://apps.dtic.mil/dtic/tr/fulltext/u2/a047724.pdf |
| L | Tulloch, *Caffe: Add sparse weight matrix support for convolution layers* (Dec. 2015) |
| M | fbgemm_i8_spmdm.cc, FBGEMM source code file (May 24, 2018) |
| N | FbgemmI8Spmdm.cc, FBGEMM source code file (Oct. 30, 2018) <br> Available at: https://github.com/pytorch/FBGEMM/blob/ <br> e85b5a12254fa47ca6b56236489253a68fd32104/src/ <br> FbgemmI8Spmdm.cc |
| O | OptimizedKernelsAvx2.cc, Facebook source code file (Dec. 5, 2018) <br> Available at: https://github.com/pytorch/FBGEMM/blob/ <br> 32361c66f51e1e1c7faf7b83040a86adae3e5832/src <br> /OptimizedKernelsAvx2.cc |
| P | Smelyanskiy, embedding_lookup_avx2.cc, Facebook source code file (Aug. 30, 2017) <br> Available at: https://github.com/pytorch/pytorch/blob/ <br> 080fab8f6c82daa93b478267f3a604e1bdb8083f/caffe2/ <br> perfkernels/embedding_lookup_avx2.cc |
| Q | Khudia et al., *Open-sourcing FBGEMM for state-of-the-art server-side inference*, Facebook Engineering blog post (Nov. 7, 2018) <br> Available at: https://engineering.fb.com/ml-applications/fbgemm/ |
| R | GenerateKernelU8S8S32ACC32Avx512.cc, FBGEMM source code file (Oct. 30, 2018) <br> Available at: https://github.com/pytorch/FBGEMM/blob/ <br> e85b5a12254fa47ca6b56236489253a68fd32104/src/ <br> GenerateKernelU8S8S32ACC32_avx512.cc |
| S | Block-Sparse GEMM.ipynb, Facebook source code file (July 29, 2019) <br> Available at: https://gist.github.com/ajtulloch/439191f566cfe433ac7e1d7cea627368 |
| T | Files changed in FBGEMM Pull request #151 <br> Available at: https://github.com/pytorch/FBGEMM/pull/151/files |

| TABLE OF EXHIBITS | |
|---|---|
| **Ex.** | **Description** |
| U | FBGEMM, Recent feature additions and improvements in FBGEMM<br>Available at: https://github.com/pytorch/FBGEMM/wiki/Recent-feature-additions-and-improvements-in-FBGEMM |
| V | Liu, *Sparse Convolutional Neural Networks*, IEEE Conference on Computer Vision and Pattern Recognition (2015) |
| W | Park, et al., *Faster CNNs With Direct Sparse Convolutions And Guided Pruning*, arXiv (2017) |
| X | Park, et al., *Holistic SparseCNN: Forging the Trident of Accuracy, Speed, and Size*, arXiv (2016) |
| Y | generator_spgemm_csr_asparse_soa.c, Intel LIBXSMM source code file (Aug. 22, 2016)<br>Available at: https://github.com/hfp/libxsmm/blob/3f8dd45043273d912472e77498fd0a6bf9070439/src/generator_spgemm_csr_asparse_soa.c |
| Z | Files changed in FBGEMM Pull request #168<br>Available at: https://github.com/pytorch/FBGEMM/pull/168/files |
| AA | Facebook correspondence with GitHub |

4.      I earned my Bachelor's Degree in Electrical Engineering from Seoul National University, in Seoul, Korea in 2005.  I earned my Master's Degree and Ph.D. in Electrical Engineering from Stanford University in 2007 and 2011, respectively.

5.      After I earned my Ph.D. from Stanford, I worked for Intel for six years (2011 to 2017), in Intel's Parallel Computing Lab.  There, I was responsible for studying emerging data-intensive high-performance computing applications and their implications on future software and processor architectures.  As shown in my CV (attached as Ex. A), I worked with, among other things, sparse methods in convolutional neural networks, sparse tensor factorization, compiler-friendly cache location-aware memory instructions.

6.      I note that sparse matrix multiplication, and in particular the variant called sparse matrix-vector multiplication (SpMVM), is one of the most common kernels in High Performance Computing (HPC) and scientific computing, going back many decades.  In the High Performance Computing world, sparse matrices are widely used in simulations and modeling of physical processes.  Likewise, just-in-time (JIT) compilers have been used for decades.  I used them while at Intel and have used them at Facebook since I was hired.

7.      A project I worked on at Intel helps demonstrate the prevalence and deep industry understanding of sparse matrix multiplication process and optimization techniques.  Numerous entities around the world compete to have the world's most powerful supercomputer, and sparse matrix multiplication processes are so important to those efforts that there is a benchmark called the High Performance Conjugate Gradients (HPCG) benchmark that ranks supercomputers by their sparse matrix performance twice a year.  A copy of the webpage available at https://www.hpcg-benchmark.org/ is attached to this declaration.  *See* Ex. B.  That webpage shows that in the HPCG competitions, supercomputers are measured based on, among other things, their "[s]parse matrix-vector multiplication."  Ex. B.  At Intel, I was the main contributor to Intel's HPCG efforts, and the Intel team won the top spot in the HPCG competitions multiple years in a row.  Two papers reflecting my and Intel's efforts on HPCG projects, including our efforts with sparse matrix multiplication processes and the optimization of same, are attached to this declaration.  *See* Ex. C, Park et al., *Efficient Shared-Memory Implementation of High-Performance Conjugate Gradient Benchmark and Its Application to Unstructured Matrices*, SC14:  Int'l Conf. for HPC, Networking, Storage and Analysis, IEEE, 945-955, at 954 (2014) ("The optimizations described in this paper are not limited to the HPCG benchmark and can also be applicable to other problems and sparse solvers as exemplified by our evaluation with

unstructured matrices."); Ex. D, Park et al., *Optimizations in a high-performance conjugate gradient benchmark for IA-based multi- and many-core processors*, International Journal of High Performance Computing Applications, at 12 (2015) (describing techniques used to optimize sparse matrix vector multiplication and symmetric Gauss-Seidel smoother kernels in the HPCG benchmark, which can benefit a wide range of unstructured matrices).

8.    Additional papers and source code, which I wrote, further show my work with sparse matrix multiplication, which dates back to at least 2014.  *See* Ex. E, Park, *Sparsifying Synchronization for High-Performance Shared-Memory Sparse Triangular Solver*, International Supercomputing Conference, at 9-10 (2014) (reporting on performance gains of an optimized sparse triangular solver for sparse matrix vector multiplication); Ex. F, Patwary, *Parallel Efficient Sparse Matrix-Matrix Multiplication on Multicore Platforms*, International Conference on High Performance Computing, at 4-6 (2015) (describing performance optimizations applied to sparse matrix multiplication); Ex. G, Park, sconv.hpp, source code file in Intel SkimCaffe library (Jan. 2017) (code for direct sparse convolution operations, which includes use of FMA instructions for sparse matrix multiplications).

9.    I joined Facebook in July 2017 because Facebook is a pioneer in the fields of machine learning (ML) and artificial intelligence (AI), has a long history with ML and AI, and for years has been known for its development of neural network-related technologies.

10.    Facebook does not offer and does not have any plans to offer AI or machine learning software for sale, or as a download to developers or others.  Nor does Facebook market itself or sell its services as an AI consulting company or have any plans to this effect.  Rather, Facebook uses AI and machine learning, including neural networks, internally to enhance many aspects of its services.  For example, Facebook uses AI and ML to optimize its advertising and

social media offerings and applications therein, such as photograph tagging applications through which Facebook (or Instagram) can recognize a user's face and suggest that a user's name be "tagged."

11.     I was hired by Facebook as a Research Scientist.  In that role, I focused on balancing software and hardware requirements, to optimize Facebook's ML and AI applications. When I started, my group was unnamed.  In 2018, we named ourselves the AI System Software/Hardware Co-Design group.  I was promoted to Technical Lead Manager for this group in July 2019.  It currently includes about 40 employees.

12.     In Facebook's work on ML, AI, and neural networks, Facebook uses sparse matrix multiplication processes, which, as noted, have been known for decades.  I have attached to this declaration papers showing that sparse matrix multiplication processes have been known and understood for years.  *See* Ex. H, Park, *Fast sparse matrix multiplication*, Computer Physics Communications, 561-563 (1991) (describing algorithms for sparse matrix-vector multiplication and sparse matrix-matrix multiplication); Ex. I, Duff, *A Proposal for User Level Sparse BLAS*, Technical report TR/PA/92/85, CERFACS, at 12-13 (1992) (describing a routine for sparse matrix–dense matrix multiplication); Ex. J, Blelloch, *Programming Parallel Algorithms, Communications of the ACM*, at 94 (1996) (describing sparse matrix data format and a sparse matrix multiplication algorithm); *see also* Ex. K, Yale Sparse Matrix Package, Yale Univ. Dept. of Computer Sci. (1977) (disclosing sparse matrix multiplication processes), available at https://apps.dtic.mil/dtic/tr/fulltext/u2/a047724.pdf.

13.     Facebook has been using sparse matrix multiplication since at least 2015. Attached to this declaration is a copy of source code from a Facebook project that confirms that use.  *See* Ex. L, Tulloch, *Caffe: Add sparse weight matrix support for convolution layers* (Dec.

2015) (discussing adding sparse weight matrix into convolution layer and running sparse matrix multiplication using Intel's MKL library).  And Facebook's AI System Software/Hardware Co-design group, in particular, has used sparse matrix multiplication in the Facebook General Matrix Multiplication (FBGEMM) library—the project that I understand is at issue—since as early as May 2018.  Attached to this declaration is a copy of relevant source code from FBGEMM that confirms that use.  *See* Ex. M, "fbgemm_i8_spmdm.cc," lines 154-214 (May 24, 2018) (using unrolled AVX2 instructions to perform sparse matrix–dense matrix multiplication); Ex. N, "FbgemmI8Spmdm.cc," lines 203-506 (Oct. 30, 2018) (function SpMDM performs sparse matrix dense matrix multiplication using AVX2 multiply-add instructions), available at https://github.com/pytorch/FBGEMM/blob/e85b5a12254fa47ca6b56236489253a68fd32104/src/FbgemmI8Spmdm.cc#L203; Ex. O, "OptimizedKernelsAvx2.cc," lines 203-355 (Dec. 5, 2018) (function spmdmKernelAvx2 performs sparse matrix dense matrix multiplication using AVX2 multiply-add instructions), available at https://github.com/pytorch/FBGEMM/blob/32361c66f51e1e1c7faf7b83040a86adae3e5832/src/OptimizedKernelsAvx2.cc#L203; Ex. P, Smelyanskiy, "embedding_lookup_avx2.cc" (Aug. 30, 2017), https://github.com/pytorch/pytorch/blob/080fab8f6c82daa93b478267f3a604e1bdb8083f/caffe2/perfkernels/embedding_lookup_avx2.cc#L7; *see also* Ex. Q, Khudria, *Open-sourcing FBGEMM for state-of-the-art server-side inference*, Facebook Engineering blog post (Nov. 7, 2018) (describing sparse matrix multiplication performed on a split B matrix, using FMA instructions), available at https://engineering.fb.com/ml-applications/fbgemm/.

14.     Similarly, in connection with its ML and AI applications, and before Dr. Zlateski was hired, Facebook used loop unrolling, an optimization technique that has been known for

years, including in the context of sparse matrix multiplication and JIT compilers.  Attached to this declaration are copies of source code from Facebook projects that confirm that use.  *See* Ex. O, "OptimizedKernelsAvx2.cc," lines 214-279 (Dec. 5, 2018) (for-loop in function spmdmKernelAvx2 is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication); Ex. N, "FbgemmI8Spmdm.cc," lines 329-394 (Oct. 30, 2018) (for-loop in function SpMDM is unrolled four times and uses AVX2 multiply-add instructions in the unrolled loop to implement sparse matrix–dense matrix multiplication); Ex. R, "GenerateKernelU8S8S32ACC32Avx512.cc," lines 64-79 (Oct. 30, 2018) (for-loop in function genComputeBlock uses the JIT compiler to generate fully unrolled AVX512 instructions to perform rank k update of an accumulation kernel), available at

https://github.com/pytorch/FBGEMM/blob/e85b5a12254fa47ca6b56236489253a68fd32104/src/GenerateKernelU8S8S32ACC32_avx512.cc#L125; *see also* Ex. S, Block-Sparse GEMM.ipynb (posted July 29, 2019) (Facebook using Tensor Virtual Machine or TVM deep learning compiler to improve computational efficiency of sparse matrix multiplication through, among other things, loop unrolling and AVX-512 instructions), available at

https://gist.github.com/ajtulloch/439191f566cfe433ac7e1d7cea627368.

15.     In more detail, the following code is from the December 2018 Facebook source code referenced above (OptimizedKernelsAvx2.cc):

```
214        for (; k < k_end_aligned; k += 4) {
215          __m256i w =
216            _mm256_set1_epi32(*(reinterpret_cast<const int32_t*>(&values[k])));
217          __m256i a[4];
218          a[0] = _mm256_load_si256(
219            reinterpret_cast<const __m256i*>(&A_buffer[rowidx[k + 0] * 32]));
220          a[1] = _mm256_load_si256(
221            reinterpret_cast<const __m256i*>(&A_buffer[rowidx[k + 1] * 32]));
222          a[2] = _mm256_load_si256(
223            reinterpret_cast<const __m256i*>(&A_buffer[rowidx[k + 2] * 32]));
224          a[3] = _mm256_load_si256(
225            reinterpret_cast<const __m256i*>(&A_buffer[rowidx[k + 3] * 32]));
…
237          __m256i ab[4];
238          ab[0] = _mm256_maddubs_epi16(a[0], w);
239          ab[1] = _mm256_maddubs_epi16(a[1], w);
240          ab[2] = _mm256_maddubs_epi16(a[2], w);
241          ab[3] = _mm256_maddubs_epi16(a[3], w);
```

Ex. O at lines 214-241.  This code shows a for-loop that has been unrolled four time and uses four AVX2 multiply-add instructions to perform sparse matrix multiplication.  Because the loop has been unrolled four times, each instruction is replicated four times inside the loop to operate on four sets of data in a single loop iteration.  For example, at lines 218-225, four AVX2 load instructions are used to load the necessary data.  At lines 238-241, four AVX multiply-add instructions perform multiply-add operations on the loaded data, a[0] to a[3], and variable w.

16.    I personally wrote my first Facebook program implementing sparse–dense matrix multiplication in April 2018, and I incorporated loop unrolling into that program by May 2018.  Attached to this declaration is a copy of relevant source code from that project that shows my personal use of loop unrolling in a sparse matrix multiplication process.  *See* Ex. M, "fbgemm_i8_spmdm.cc," lines 154-214 (May 24, 2018) (for-loop in function SpMDMImpl_ is unrolled four times and uses unrolled AVX2 instructions to perform sparse matrix dense matrix multiplication).

17.     FBGEMM is a code library that the AI System Software/Hardware Co-Design group develops and uses to optimize performance across numerous ML and AI applications. Development on FBGEMM began in 2017, and I have worked on FBGEMM since I started at Facebook.

18.     FBGEMM is not a product that is sold.  Rather, FBGEMM has been open sourced, meaning Facebook makes FBGEMM code publicly available.  In FBGEMM's case, code is made publicly available via GitHub, a third-party online source code repository.

19.     FBGEMM was first open sourced on GitHub in November 2018, as shown by the blog post I have attached to this declaration as Exhibit Q.  The whole FBGEMM library was publicly available until portions of the code were taken down, discussed further below, on March 20, 2020.

20.     Before FBGEMM was open sourced, and at least as early as the beginning of 2018, FBGEMM was deployed at scale internally at Facebook.  Ex. Q.  It was used (and still is used) in numerous ML and AI applications.  Ex. Q.  For example, FBGEMM has sped up English-to-Spanish translations by 1.3x, reduced DRAM bandwidth usage in our recommendation system used in feeds by 40%, and sped up character detection by 2.4x in Rosetta, FB's machine learning system for understanding text in images and videos.  Ex. Q.

21.     I first learned of Dr. Aleksandar Zlateski through his publications, including his papers relating to optimizing convolutions in neural networks.

22.     I tried to recruit Dr. Zlateski in 2017 and early 2018, while he was completing postdoctoral studies, but Dr. Zlateski did not join Facebook at that time.

23.     After that, on a couple of occasions, in March and December 2018, Dr. Zlateski reached out to me to see if Facebook was hiring.  And in December 2018, I provided Dr. Zlateski

with contact information for engineers in Facebook's New York office.

24.     Shortly after Dr. Zlateski joined Facebook in July 2019, and after conversations about, among other things, Dr. Zlateski's research, it occurred to me and Dr. Zlateski that Dr. Zlateski's experience with the optimization of neural networks and GEMM processes might be useful in FBGEMM.  I encouraged Dr. Zlateski to write some code for a fast sparse matrix multiplication, which could speed up convolution and fully-connected layers of a neural network. I believed that would be a good early project for Dr. Zlateski, as he got settled in at Facebook.

25.     Dr. Zlateski wrote that code, and I felt his code showed good potential.  Another scientist at Facebook was pursuing a separate approach to sparse matrix multiplication at the time, which also showed potential.  As the two approaches developed, I compared the results of the approaches, and neither was consistently better than the other.  But I decided to implement Dr. Zlateski's code in FBGEMM.

26.     I took Dr. Zlateski's code and rewrote it so that it would be in a format that is more compatible with other FBGEMM code, and I made other revisions to make the code production quality (e.g., I had to revise the code to make it work for older machines without AVX512 instructions).  Once I completed that rewrite, and the code was otherwise ready, I published it on the publicly-available FBGEMM GitHub repository, on October 25, 2019. Attached to this declaration is a copy of FBGEMM pull request #151, which contains the code at issue.  *See* Ex. T.

27.     Because Dr. Zlateski had contributed to the code published on GitHub, I thanked him for his contribution.  This is the AI System Software/Hardware Co-design group's standard and natural practice.  We express gratitude to individuals from outside the group when they contribute to our projects.  *See, e.g.*, Ex. U FBGEMM, Recent feature additions and

improvements in FBGEMM, https://github.com/pytorch/FBGEMM/wiki/Recent-feature-additions-and-improvements-in-FBGEMM#other-usagementions-of-fbgemm (thanking

"ykim362" from Microsoft for contributions to building and running FBGEMM with MSVC,

after thanking Dr. Zlateski).

      28.     Between October 25, 2019 and Facebook's takedown efforts in March 2020

(discussed more below), I and other members of the FBGEMM team made a number of

adjustments to the code at issue. This too is standard practice. For example, on March 1, 2020, a

typo in the log code file (FBGEMM_LOG_CODE) was noticed and corrected. No changes were

made to the FBGEMM code to conceal Dr. Zlateski's involvement or otherwise hide any of

Facebook's FBGEMM work from NMI. Also, no changes were made at the direction of counsel

for Facebook or as a result of the parties' dispute.

      29.     I understand that NMI points to the typo in the FBGEMM_LOG_CODE file as

"evidence of misappropriation" and argues that the most plausible explanation for this typo is

that the code was never debugged and so it was created by incremental modification of NMI's

code. I strongly disagree with this. I have never used any NMI code or formulas at Facebook,

nor am I aware of any such use of NMI code or formulas by any Facebook employees, including

Dr. Zlateski, in FBGEMM or otherwise. Also, the typo NMI points to ("ost" should have been

"oss" in the FBGEMM_LOG_CODE) is simple code designed to log generated assembly code

and was easy to overlook. In general, the FBGEMM team does not debug with log code files

because that requires time-consuming, manual review. Rather, we rely on more automated

methods for testing and benchmarking. The operation of the rest of the FBGEMM code is in no

way dependent on the FBGEMM_LOG_CODE file's operation, so it is not imperative that this

log file be used. Indeed, the FBGEMM_LOG_CODE is only compiled when a specific compiler

option is turned on and only in the rare instance when we want to do low-level debugging.  The

typo NMI identifies is insignificant.

     30. ████████████████████████████████████████████

████████████████████████████████████████. The following function in the

accused code relates to the number of registers FBGEMM uses for sparse matrix multiplication

processes:



31.     I also understand that NMI argues that FBGEMM underwent a "drastic change" after Dr. Zlateski joined Facebook.  That is not true.  As explained above, sparse matrix multiplication and loop unrolling were well-known publicly and to Facebook before Dr. Zlateski was hired.  Facebook, and FBGEMM in particular, had already been working with loop unrolling in sparse matrix multiplication processes and related optimization techniques.

32.     I understand that for a portion of its argument on this issue, NMI points to two of my papers and contends that I was a "vocal skeptic" of an academic paper by Baoyuan Liu, titled *Sparse Convolutional Neural Networks* and published at the IEEE Conference on Computer Vision and Pattern Recognition (CVPR) in 2015 (Ex. V), which discloses a sparse matrix multiplication algorithm and related optimization techniques.

33.     I was not a "vocal skeptic" of the Liu paper.  I did mention the Liu paper in the publications NMI cites—*Faster CNNs With Direct Sparse Convolutions And Guided Pruning* (2017) (Ex. W) and *Holistic SparseCNN: Forging the Trident of Accuracy, Speed, and Size* (2016) (Ex. X)—and I mentioned overhead and instruction footprint concerns; however, when I mentioned those concerns I was primarily addressing a portion of the Liu paper that relates to a technique called "lowering"[1] that is irrelevant to Liu sparse matrix multiplication-related disclosures, i.e., the disclosures pertinent to NMI's claims.  Also, I knew, and it was well-known,

---

[1] "Lowering" is a technique that translates (lowers) convolution into matrix multiplication, which can decrease arithmetic intensity.

that in ML applications involving smaller and less dense matrices, overhead and instruction footprint concerns would be less pressing, and innovations in ML have indeed significantly reduced the matrix sizes from then. And my paper was showing that such concerns could be addressed with simple, straightforward optimization techniques. I noted that Liu reported that his algorithm achieved beneficial speedups. *See, e.g.*, Ex. W at 10; Ex. X at 810 (proposed algorithm can encode the sparse matrix as the generated AVX instruction stream, avoiding indirect memory access, and the addressing of vector registers is made simple).

34. I also understand that NMI highlights my prior research relating to the use of "compressed sparse row (CSR)" techniques used in sparse matrix multiplication applications and certain commits I made to FBGEMM utilizing similar techniques. *See* Scott Decl. ¶ 137. NMI's technical expert, Dr. Scott, is wrong that none of my prior commits to FBGEMM used a JIT compiler. *See* Ex. R,

https://github.com/pytorch/FBGEMM/blob/e85b5a12254fa47ca6b56236489253a68fd32104/src/GenerateKernelU8S8S32ACC32_avx512.cc#L42) (Oct 30, 2018). And my earlier CSR work does not render loop unrolling proprietary to NMI. Again, Facebook, the FBGEMM team, and I were using loop unrolling in sparse matrix multiplication processes and related optimization techniques before Dr. Zlateski was hired. *See*, *e.g.*, Ex. O, "OptimizedKernelsAvx2.cc" at lines 214-279; Ex. N, "FbgemmI8Spmdm.cc" (lines 329-394); Ex. R, "GenerateKernelU8S8S32ACC32Avx512.cc" (lines 64-79); *see also* Ex. S, Block-Sparse GEMM.ipynb, https://gist.github.com/ajtulloch/439191f566cfe433ac7e1d7cea627368. The FBGEMM code at issue is not a "significant departure" or "quick pivot" from Facebook's prior sparse matrix multiplication work, as NMI and its expert, Dr. Scott, argue. Scott Decl. ¶¶ 141-142. Rather, the code at issue implements optimization techniques that were well-known,

publicly and to Facebook, before NMI was even founded and years before Dr. Zlateski joined

Facebook.  *See, e.g.*, Ex. Y, "generator_spgemm_csr_asparse_soa.c," Intel LIBXSMM source

code, at lines 205-376 (Aug. 22, 2016) (showing the generation of sparse matrix multiplication

code for non-zero elements of a sparse matrix in CSR format), available at

https://github.com/hfp/libxsmm/blob/3f8dd45043273d912472e77498fd0a6bf9070439/src/genera

tor_spgemm_csr_asparse_soa.c.

35.     On March 18, 2020, Facebook began investigating how to remove the source code

at issue from GitHub, specifically pull requests #151 and #168 in the FBGEMM GitHub

repository.  On March 20, 2020, I visited the FBGEMM GitHub repository and reviewed those

pull requests.  I downloaded from GitHub a complete copy of the source code commits for pull

requests #151 and #168.  As noted, a copy of pull request #151 is attached to this declaration as

Exhibit T.  A copy of pull request #168 is attached as Exhibit Z.

36.     Facebook publishes code to GitHub frequently, so some locations on Facebook's

internal server (including fbcode/deeplearning) are set to be synchronized with Facebook's

GitHub repository, and our default practice is to upload content at such locations to GitHub.

Therefore, I moved Facebook's internal copies of pull requests #151 and #168 from the

fbcode/deeplearning location on Facebook's internal server to fbcode/experimental, a location

from which we do not upload content.  This prevented the code at issue from inadvertently being

re-uploaded to the FBGEMM GitHub repository.  I also removed the commits and branch history

for pull request #151 and #168 from the FBGEMM GitHub repository through use of the "git

rebase --onto" command, which removes specific commits from a GitHub history.

37.     Facebook also asked GitHub to help delete all publicly available web versions of

the code at issue, and continues to work with GitHub to remove all such versions of the code.

38.     I understand that GitHub allows anyone or any company to submit requests to remove code that is deemed sensitive (regardless of who posted the code), through a Sensitive Data Removal Policy, which is publicly available at the following link:

https://help.github.com/en/github/site-policy/github-sensitive-data-removal-policy.

39.     On April 9, 2020, following GitHub's sensitive data removal process, Facebook submitted a request for removal of all copies (i.e., forked versions) of the accused code made by others.  *See* Ex. AA (Facebook correspondence with GitHub).

40.     I was instructed not to use the accused code, repurpose it, write new code using the accused code as a reference, or analyze any algorithms in the accused code to recreate them in new code.  I understand that the same instruction was given to other members of Facebook's staff, including relevant members of Facebook's AI Research (FAIR) group and members of my AI System Software/Hardware Co-Design group.

I declare under penalty of perjury that the foregoing, to the best of my knowledge, is true and correct.

Executed in Menlo Park, California, on April 23, 2020.

_____
Jongsoo Park, Ph.D.