# EXHIBIT X
# To Park Declaration

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/305856957

# Holistic SparseCNN: Forging the Trident of Accuracy, Speed, and Size

Article · August 2016

CITATIONS
11

READS
250

6 authors, including:



Jongsoo Park
Facebook
46 PUBLICATIONS   879 CITATIONS

SEE PROFILE

Pradeep Dubey
Intel
145 PUBLICATIONS   7,382 CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

T2S-Tensor View project

Sparse Tensor Factorization View project

All content following this page was uploaded by Jongsoo Park on 09 August 2016.

The user has requested enhancement of the downloaded file.

# Holistic SparseCNN: Forging the Trident of Accuracy, Speed, and Size

**Jongsoo Park**[1]   **Sheng R. Li**[1]   **Wei Wen**[2]   **Hai Li**[2]   **Yiran Chen**[2]   **Pradeep Dubey**[1]

[1]Parallel Computing Lab, Intel Corporation
[2]Department of Electrical and Computing Engineering, University of Pittsburgh

## Abstract

We present *Holistic SparseCNN*, a sparse convolutional neural network design that simultaneously optimizes convolution layers (for classification speed) and fully connected layers (for model size), while maintaining the accuracy. We directly apply convolutions to tensors without bandwidth-wasting lowering step, which is critical for sparse convolution that is more prone to be bandwidth bound than its dense counterpart. Our cross-layer training method balances sparsity among multiple layers to optimize the trade-off between accuracy, speed, and model size, and it is guided by the characteristics of underlying computing platforms. We demonstrate overall classification throughputs significantly higher than the best published numbers on Intel Xeon and Atom processors, which represent datacenter servers and resource-constrained mobile platforms, respectively.

## 1   Introduction

Deep neural networks, especially CNNs, have been pervasive in computer vision recently and served as a foundation for many critical applications ranging from image recognition [17] and video analytics [21] to autonomous driving [1]. The trained CNN models are deployed broadly for classification on a large variety of platforms, covering the spectrum of data center servers to mobile clients such as smart phones and autonomous-driving cars. When the trained CNN models perform classification on these platforms, especially on resource constraint mobile platforms, accuracy, (classification) speed, and model size are the three key requirements that together form the three-pronged "golden trident".

Exploiting or imposing sparsity in CNNs [12, 11, 7, 19, 8, 14] have been recently studied to reduce model size and/or accelerate classification speed with minimal or zero accuracy loss. These sparse CNN methods usually start from a pre-trained model and prune over-parameterized weights (e.g., via L1 regularization). Since this *sparsifying step* usually causes accuracy loss, a *re-training step* is needed to (fully) recover the loss.

One research thrust [12, 11, 7] of sparse CNN has been focusing on reducing model size by sparsifying/compressing fully connected layers that have most of the parameters of the entire CNN model. These designs have demonstrated more than 10× reduction on the model size. However, such designs provide limited benefits to the classification speed of CNN, because the majority of the computation, i.e., FLOPS, are within the convolution layers instead. For example, in AlexNet, while fully connected layers comprise more than 90% of the total model size, it is the convolution layers that comprise more than 90% of the total computation.

Therefore, another research thrust [19, 8, 14] of sparse CNN focuses on convolution layers to reduce compute requirements and thus to improve classification speed. However, there are challenges for

sparse CNN to achieve its full potential, including 1) sparse convolution has lower arithmetic intensity, thus additional data transfers involved in lowering tensors to matrices used in [19, 8, 14] add higher overhead, 2) some prior sparse convolution methods [8, 14] are only applicable to large filters (e.g., 9×9), which limits their usage for modern CNNs where small filters (e.g., 3×3) are popular.

Moreover, while current sparse CNN methods focus mostly on either fully connected layers or convolution layers, it is desirable to apply sparse methods to both layers simultaneously. This is not only for improving the model size and speed together but also because the sparsifying and re-training steps for both layers can be done simultaneously to amortize the training overhead. This requires a holistic training process that considers the trade-off not only between sparsity (thus speed and size) and accuracy but also between fully connected and convolution layers. Since the design space for such holistic training can be vast, we provide guidelines to navigate through it.

To overcome the challenges and unleash the full potential of sparse CNN, we present a new direct sparse convolution method and a training method for balancing the sparsity of multiple layers. In particular, our contributions include:

- A bandwidth-efficient sparse convolution method that is directly applied to tensors without transforming them to matrices. We show that, without this method, the overhead associated with transformation severely limits the overall speedup of sparse CNN.

- A training method that sparsifies all layers simultaneously and balances their sparsity, leading to holistic optimization of accuracy, speed, and model size. We also provide guidelines for the range of sparsity that should be targeted during training.

- A highly-optimized sparse CNN implementation that provides 3.4× and 7.3× speedups of convolution layers in AlexNet over the best dense direct convolution performance on Xeon and Atom processors, respectively, with no accuracy drop. We also show 2,371 and 120 images per second AlexNet classification throughput, which are significantly higher than the best published performance on respective platforms.

## 2   Related Work

Sparse methods have been popular to reduce model size and accelerate classification speed of CNNs with minimal or zero accuracy loss. Particularly, there are two thrusts in this emerging research area. One thrust, including [12, 11, 7], has been focusing on fully connected layers that account for more than 90% of the parameters. Their compressed models have demonstrated 10× to 50× model size reduction with minimal accuracy loss. Then, sparse linear algebra operations such as sparse matrix dense matrix multiplication are employed in fully connected layers. However, the speedup of end-to-end performance is limited, because the fully connected layers only account for less than 10% total computation in most CNNs such as AlexNet [17].

Another research thrust [19, 8, 14] of sparse CNN focuses on convolution layers, mostly targeting the classification speed. However, prior work on sparse convolution involves the overhead of transforming tensors to matrices, and some are inapplicable to small kernel size and thus cannot exploit the full potential of the sparse convolution. While Perforated-CNN [9] also improves the classification speed of convolution layers by eliminating redundant computations, it relies on interpolating redundant convolution computation instead of using sparse methods.

There are other techniques such as Winograd [18] and FFT based algorithms [22] that aim to speedup convolution. While they can be used to speedup convolution without the sparsifying and re-training steps, these algorithms do not have the potential to simultaneously reduce model size and accelerate convolution.

## 3   Holistic SparseCNN

While sparse methods have demonstrated potential to achieve the harmony among accuracy, speed, and size for CNNs, many challenges prevent sparse methods from achieving the full potential. The first challenge is the lack of efficient sparse convolution algorithms. Therefore, the acceleration due to sparse methods on classification speed of CNNs is not as good as the sparse-method-enabled reduction of model size. The second challenge is the lack of holistical optimization of speed and



Figure 1: An example sparse convolution of one 3×3 filter against an 6×6 input feature with 1 channel.

size of sparse CNNs (convolution layers and fully connected layers mostly affect speed and size, respectively).

Our *Holistic SparseCNN* aims to tackle both challenges to achieve the full potential of sparse methods on CNNs. This section first presents our direct sparse convolution algorithm to advance the state-of-the-art in sparse convolution for speeding up CNNs. We then give guidelines on how sparse convolution can be effectively used. Finally, we discuss the synergies between sparse convolution and sparse methods on fully connected layers.

### 3.1 Direct Sparse Convolution

A convolution operation is shown in Equation 1 below, with a bank of $M$ filters each with size $U \times V$ against an $H_{input} \times W_{input}$ feature with $N$ input channels. We denote the filter bank as a 4-mode tensor $\mathcal{W}$ with size $M \times N \times U \times V$, the input feature as a 3-mode tensor $\mathcal{I}$ with size $N \times H_{input} \times W_{input}$, and the output feature as a 3-mode tensor $\mathcal{O}$ with size $M \times H_{output} \times W_{output}$. The output value at $(y, x)$th position of $m$th output channel is computed by

$$\mathcal{O}(m, y, x) = \sum_{n=0}^{N-1} \sum_{u=0}^{U-1} \sum_{v=0}^{V-1} \mathcal{W}(m, n, u, v) \mathcal{I}(n, y+u, x+v). \tag{1}$$

While traditional convolution is compute-intensive, sparse convolution can significantly reduce the required floating point operations because only the terms corresponding to the non-zeros of the sparse $\mathcal{W}$ need to be computed. Fortunately, there is enough sparsity in $\mathcal{W}$, which can be learned and exploited using a sparsifying process as shown in Section 5. For example, in Figure 1 with one filter and one channel, output value at (2,1) can be computed with two multiplications instead of nine as

$$\mathcal{O}(0, 2, 1) = \sum_{v=0}^{2} \sum_{u=0}^{2} \mathcal{W}(0, 0, u, v) \mathcal{I}(0, 2+u, 1+v)$$
$$= \mathcal{W}(0, 0, 1, 2) \mathcal{I}(0, 2+1, 1+2) + \mathcal{W}(0, 0, 2, 0) \mathcal{I}(0, 2+2, 1+0) = 2 \cdot 11 + 3 \cdot 13.$$

By flattening dimensions except the first one of $\mathcal{W}$ into a matrix $\mathbf{W}_{(1)}$ (i.e., mode-1 matricization of $\mathcal{W}$ [16]) and flattening $\mathcal{I}$ into a vector $vec(\mathcal{I})$, and with appropriate adjustment of indices, we can express the computation in Equation 1 as a sparse-vector dense-vector inner product. Then, values at $(y, x)$th position of $M$ output channels can be computed collectively as a sparse matrix vector multiplication (SpMV):

$$\mathbf{O}_{(1)}(:, yW_o + x) = \mathbf{W}_{(1)} \cdot vec(\mathcal{I}_{y,x}), \tag{2}$$

where $\mathbf{W}_{(1)}$ is a sparse matrix and $\mathcal{I}_{y,x}$ denotes the tensor $\mathcal{I}$ with its last two dimensions shifted by $(y, x)$. The values at different output positions can be computed with SpMVs with multiple versions of the same sparse matrix $\mathbf{W}_{(1)}$ but with its column indices shifted by $yW_i + x$.

Even though conceptually more complicated than SpMV, its implementation can be concisely expressed in the pseudo code shown in Figure 2. Sparse convolution allows arbitrary filter shapes, thus requiring different data structures that are also described in Figure 2.

3

```
for each output channel oc {
 for j in [W.rowptr[oc], W.rowptr[oc+1]) {
  off = W.colidx[oc]
  w = W.values[oc]
  for (int y = 0; y < H_OUT; ++y) {
   for (int x = 0; x < W_OUT; ++x) {
    out[oc][y][x] += w*in[off+y*W_OUT+x]
   }
  }
 }
}
```



Figure 2: Sparse convolution pseudo code. Matrix **W** has *compressed sparse row* (CSR) format, where `rowptr[i]` points to the beginning of $i$th row. The input features are flattened to an 1D array `in`. `H_OUT`·`W_OUT` SpMVs are fused into a single loop, where multiple versions of matrix **W** are generated "on-the-fly" by offsetting its column indices.

Figure 3: Ideal speedups of sparse convolution over dense convolution. `conv2/4_direct`: direct sparse convolution, `conv2/4_lowered`: sparse convolution on tensors lowered to matrices (see Section 3.1.2 for details). The processor's FLOP/B parameter is assumed to be 21, following that of Intel Xeon E5-2697 v4.

### 3.1.1   Acceleration Analysis and Guidelines of Direct Sparse Convolution

In convolution layers of CNN, an input channel is reused against multiple output channels and vice versa, thus the arithmetic intensity of our direct sparse convolution algorithm is higher than SpMV that is memory bandwidth bound but lower than dense convolution that is compute-bound. Since the arithmetic intensity is determined by the sparsity of $\mathcal{W}$, it is important to understand the sparsity range for best performance acceleration. When sparsity is too high, direct sparse convolution becomes bandwidth bound, which leads to diminishing returns on the performance acceleration. Moreover, obtaining high sparsity without accuracy loss requires long sparsifying and re-training time. When sparsity is too low, direct sparse convolution can become slower than dense convolution. This section presents performance analysis to determine the appropriate target sparsity range for training and for using direct sparse convolution.

The potential acceleration of sparse convolution over dense convolution can be expressed by

$$\text{speedup} = min\left(\frac{1}{x}, \frac{(\text{\# of effective floating point operations})}{((\text{in/out size}) + 2x(\text{filter size before sparsification}))(\text{Processor's FLOP/B})}\right), \quad (3)$$

where $x$ is the proportion of non-zeros in filters (lower the $x$, higher the sparsity of weight tensor $\mathcal{W}$), and this proportion directly affects the final speedup. The speedup also depends on the inherent FLOP to Byte ratio of the underlying platform (processor's FLOP/B). When compute bound, speedup equals $1/x$. When bandwidth bound, speedup equals the second term inside the minimum in the above equation. When computing the size of filter in the above equation, 2 is multplied because CSR format needs 4B for column index in addition to 4B for the weight per non-zero. There are two important performance metrics: *Effective FLOP/s* is the number of floating point operations that would have been performed by dense convolutions including the ones for zero weights, while *Actual FLOP/s* is the number of floating point operations only for non-zero weights.

The analytical speedup model is visualized in Figure 3. With a reasonably large $x$ (e.g., $x = 0.2$), convolution is compute bound, and hence effective FLOP/s rapidly increases as $x$ decreases. However, decreasing arithmetic intensity further with even lower $x$ eventually makes sparse convolution bandwidth bound. The intensity decreases because the size of input and output features stay the same regardless of $x$. (Unless all filter weights are zero for a given input or output channel, but we don't consider such case because this means the channel is completely redundant.) With a small $x$ where performance is bandwidth bound and weight matrix is much smaller than input/output features, the performance will no longer improve with higher sparsity. *This saturation point is the upper bound of useful sparsity, and a sparsity higher than it does not provide additional speedup, while only making training more challenging to keep the same accuracy.*

4

The analysis above is based on an idealized assumption of perfect reuse. We apply loop tiling to both input and output channels to maximize the reuse, with column blocking applied to the weight sparse matrix [2]. Vectorization and register blocking optimizations are also applied to maximize efficiency. Still, there exist overheads such as unaligned memory accesses, which stems from that `off` in Figure 2 is not compile-time constant. Therefore, sparse convolution's actual FLOP/s is lower than that of dense convolution. Hence, *there is a lower bound of useful sparsity such that, with a sparsity lower than that, sparse convolution provides no speedup over dense convolution*.

These bounds on useful sparsity can serve as a guideline for simultaneously tuning accuracy, speed, and model size of sparse CNN. For example, on recent Xeon processors, we observe that $x$ in the range between 0.05 (shown in Figure 3) and 0.3 (shown in Section 5) should be the target sparsity range for AlexNet. A balanced setting where multiple convolution layers have sparsity in this target range should provide a trade-off better than a skewed one, where one layer has a very high sparsity making the sparsity of the other layers low to maintain a similar accuracy. Section 4 will discuss more details on trainings for such balanced sparsification. Note that the useful sparsity range depends on the underlying processor architecture. For example, while Atom processors have significantly lower compute capability than Xeon processors, they provide higher bandwidth-to-flop ratio. Therefore, in Atom processors, sparse convolution outperform dense convolution in a wider range of sparsity and the speedups are higher as will be shown in Section 5. A similar can be expected for processors equipped with high-bandwidth memory such as the upcoming Knights Landing processor with on-package DRAM.

### 3.1.2  The overhead of Lowering/Lifting: Why Direct Sparse Convolution is Important

An alternative way to implement sparse convolution is starting from the *lowering* approach where convolution is implemented with dense matrix-matrix multiplications (i.e., `GEMM` in BLAS notation) as in Caffe [15], and turn the `GEMM` into a sparse-matrix and dense-matrix multiplication that is readily available in linear algebra libraries like Intel MKL or Nvidia cuSPARSE. The lowering approach however replicates the input features $U \times V$ times, significantly reducing arithmetic intensity. The lowering and lifting process has demonstrated overhead for dense convolution [10], and it is particularly problematic for sparse convolution with intensity already much lower than its dense counter part. To differentiated from the approach via lowering such as the one discussed in [19], we call our method *direct* sparse convolution. Figure 3 demonstrates the advantage of our direct sparse convolution, where the speedup of our direct sparse convolution `conv2/4_direct` is more than $3\times$ higher than that of `conv2/4_lowered`.

### 3.2  Synergies with Sparse Methods on Fully Connected Layers

Even though a bulk of computation belongs to convolution layers, fully connected layers can become a bottleneck after sparse convolution optimizations. Exploiting sparsity in fully connected layers is actually simpler than convolution layers, because fully connected layers are implemented as `GEMM` and we can leverage work done before on sparse matrix and dense matrix multiplication (SpMDM). Similarly to sparse convolutions, the arithmetic intensity of SpMDM decreases with higher sparsity, and its actual FLOP/s is lower than that of `GEMM`. Therefore, we also have a range of useful sparsity that can guide training for balanced accuracy-speed-size trade-offs. We apply optimizations similar to the ones applied to direct sparse convolution such as loop tiling and register blocking.

We briefly discuss how the sparse matrices arising from CNN differ from the ones in scientific computing or graph analytics [5]. Sparse matrices in scientific computing typically have banded non-zero patterns (i.e., a long diameter in their graph interpretations) that lead to high temporal locality. We observe however that matrices in sparse CNN do not exhibit such banded non-zero patterns and reordering algorithms such as reverse Cuthill McKee [4] improve the locality little. Therefore, existing sparse linear algebra library routines like the ones in Intel MKL that have been optimized for scientific matrices do not provide the best performance, hence need for a custom implementation like ours with loop tiling and register blocking. Graph analytics is another area where sparse matrix is extensively used. Sparse matrices in graph analytics are much bigger and often exhibit "power-law" distribution that desires a different data structure like doubly compressed sparse column [3].

## 4 Holistically Learning Sparsity of the Network During Training

Simultaneously learning the sparsity of convolution and fully connected layers is beneficial in amortizing the training cost and in performing holistic trade-off among accuracy, classification speed, and model size. This section shares our findings on making effective choices on the trade-offs.

**Balancing accuracy, speed, and size:** Because accuracy is usually more important than speed and size, minimal or even zero accuracy loss has high priority during the training process, including sparsifying and re-training. However, when targeting no accuracy loss from sparse models, we find that using the same regularization parameters across all layers tends to provide a high sparsity on fully connected (`fc`) layers but not enough sparsity on convolution layers to obtain speedups from sparse convolutions. Moreover, such high sparsity on `fc` layers marginally helps end-to-end classification performance because `fc` layers account for only a small fraction of the total computation, and additional sparsity after a certain point is not beneficial to `fc` layers due to bandwidth bottlenecks. Therefore, trading off a small increase in model size of `fc` layers for a large speedup of convolution layers can be often beneficial for holistically optimizing the accuracy-speed-size of CNN. This trade-off can be obtained by using smaller regularization strengths in `fc` layers (e.g., `decay_mult` less than 1 in Caffe).

**Choosing the best convolution method for each layer:** The deep hidden layers in modern CNNs exhibit interesting behaviors when it comes to the inherent redundancy for different layers. The lower convolution layers such as `conv1` in AlexNet are much harder to sparsify than higher layers such as `conv2` and above unless we can tolerate a large accuracy drop. Intuitively, this is because the lower layers need more detailed information to percept the world correctly, which leads to inherently less over-parametrization on lower convolution layers. The low sparsity on lower convolution layers makes sparse methods less effective, and dense methods beome a better choice on these layers. Therefore, during training and sparsifying of the network, different regularization methods and strengths can be used for lower convolution layers, which can provide room for sparsifying other layers with the same accuracy.

We follow these principles for our training. We start from a model obtained with the usual training process, then sparsify the model with additional training with L1 regularization, and finally fine-tune with L2 regularization after disconnecting the weights lower than a threshold (we used 1e-4). Between the steps, we carry the latest weights instead of re-initializing them as in [12]. For `conv1`, we use L2 instead of L1 regularization even during the sparsifying step following the above principle. While we only use L1 and L2 regularization during training, the general principles for balancing accuracy, speed, and size as well as for choosing the best convolution method for each layer can be applied to other techniques such as dropout and iterative sparsifying used in recent sparse methods [11, 12].

## 5 Experiments

We evaluate performance of our *Holistic SparseCNN* on two platforms shown in Table 1. Intel Xeon E5-2697 v4 (BDW) represents data-center servers. Intel C2750 (Atom) represents resource-constrained mobile platforms or micro servers optimized for energy efficiency. Our *Holistic SparseCNN* is implemented as an extension of Caffe deep learning framework [15] and is in github (link omitted for double blind review). We use Intel compiler version 16.0.0 and use all hardware threads available with OpenMP. The SGEMM performance and achievable memory bandwidth listed are measured with Intel MKL 11.3 and STREAM benchmark [20], respectively. We train our model on the ImageNet ILSVRC-2012 dataset [6], starting from the pre-trained Caffe reference model. The sparsifying step runs for 450K mini-batch iterations with batch size 256 using the initial learning rate 1e-3 with multi-step schedule of gamma 0.1 and step values 300K and 400K. We try various weight decays ranging from 3e-5 to 2e-4 and decay multipliers for `fc` layer ranging from 1e-2 to 1 to see trade-offs

Table 1: Evaluated Platforms

|  | Xeon E5-2697 v4 (BDW) | Atom C2750 (Atom) |
|---|---|---|
| Socket×core×SMT×SP-SIMD | $2 \times 18 \times 2 \times 8$ | $1 \times 8 \times 1 \times 4$ |
| Clock (GHz) | 2.3 | 2.4 |
| SGEMM GFLOP/s | 2,150 | 62 |
| Achievable bandwidth (GB/s) | 122 | 15 |



(a) `BDW`     (b) `Atom`

Figure 4: Overall performance and accuracy trade-off of sparse CNN.



(a)     (b)

Figure 5: Model size reduction and speedup of sparse CNN (a), and sparsity of each layer (b) with different regularization multipliers on `conv` and `fc` layers that give similar accuracies (less than 0.2% top-1 accuracy drop from the reference Caffe model). FC decay multiplier 0.1 means that we use 10 times smaller regularization on `fc` layers than `conv` layers, and this achives a balanced trade-off between model size and speed. Specifically, we use weight decay 1e-5, 5e-5, and 6e-5, for FC decay multiplier 1, 0.1, and 0.01, respectively.

among accuracy, speed, and model size. The re-training step runs for 160K iterations using the initial learning rate 1e-3 with multi-step schedule of gamma 0.1 and step values 60K, 120K, and 150K.

### 5.1 End-to-End Results of Accuracy, Speed, and Size

Figure 4 shows the overall performance of our *Holistic SparseCNN* on the both platforms evaluated. Our evaluation uses batch size of 144 and 32 for `BDW` and `Atom`, multiples of the number of threads in respective platforms. Our *Holistic SparseCNN* achieves a classification speed of 2,371 images per second on `BDW`, without accuracy drop compared to the reference Caffe model. This is significantly faster than the 1,420 images per second reported with a highly optimized dense DNN running on a platform with a comparable compute capability [13]. Moreover, if we can tolerate about 3% accuracy loss, the performance can go up to 3,612 images per second. The performance will eventually saturate, when `conv1` layer, which does not yield a high enough sparsity, becomes the bottleneck. `Atom` provides even more speedups due to its higher bandwidth per flop ratio. With no accuracy loss, our *Holistic SparseCNN* achieves a classification speed of 120 images per second, about $2.8\times$ higher than a best case dense CNN implementation where all `conv` and `fc` layers would perform at the speed of `SGEMM`.

Note that, in Figure 4, we use hyper-parameters that lead to a balanced sparsity between `conv` and `fc` layers. Figure 5(a) shows how the balancing affects the trade-off between speed and model size. We control the balance by using different regularization strengths on `conv` and `fc` layers. Let us denote `fc` decay multiplier as $y$. For example, $y = 0.1$ means 10 times less regularization on `fc` layers, which was found to give a balanced sparsity as shown in Figure 5(b). This is the setting used in Figure 4 for overall performance because it simultaneously gives a small model size similar to $y=1$ and a high performance similar to $y=0.01$. The sparsity distribution with $y=1$ is similar to what is reported by

7



Figure 6: Performance of `conv` and `fc` layers of AlexNet with varying sparsity on Xeon E5-2697 v4 (a) and on Atom C2750 (b).

[11] where model size reduction was the primary goal. This provides high sparsity on `fc` layers but sparsity on `conv` layers is so low that sparse convolution is slower than dense convolution on BDW.

### 5.2 Layer-by-Layer Results: from Convolution to Fully Connected Layers

Figure 6 shows layer-wise performance of our *Holistic SparseCNN*. We evaluate with the sparse matrices from our trained models with up to 3% top-1 accuracy drop. Since sparse matrix performance highly depends on specific sparsity pattern, it is important not to evaluate with random sparse matrices. We use highly optimized `SGEMM` performance as a proxy of dense convolution performance to quantify layer-wise speedups of our *Holistic SparseCNN*. Note that the baseline performance based on `SGEMM` should be faster than any approach that uses lowering followed by `SGEMM` because the overhead of lowering is not included.

BDW achieves $3.4\times$ speedup with non-zero proportion $x = 0.09$, the sparsity obtained when training for no top-1 accuracy drop. The actual TF/s ranges from 0.58 to 0.76 and generally decreases with higher sparsity (lower $x$) as the performance becomes more bandwidth bound. This actual TF/s corresponds to about a third of `SGEMM`, which matches with the cross-over point around $x = 0.3$. `Atom` achieves much higher $7.3\times$ speedup with $x = 0.09$ due to its higher bandwidth to flop ratio. The actual GF/s ranges from 38 to 51 that correspond to 60-80% of `SGEMM` performance.

## 6 Conclusions

As a centerpiece of deep learning, CNNs are under relentless pressure to be smaller, faster, and with higher evaluation/classification accuracy. Sparse methods provide a promising post-processing approach to improve speed and size of CNN models without affecting accuracy. In this paper, we present *Holistic SparseCNN*, a collection of techniques that pave the road to unleash the full potential of sparse CNNs. Firstly, our new direct sparse convolution algorithm provides significantly higher speedups on otherwise bandwidth-limited computation. Secondly, unlike prior research focusing on using sparse methods on convolution layers or fully connected layers in isolation, our new cross-layer holistic methodology not only exploits the synergies of sparse methods on convolution layers and fully connected layers but also enables optimizing accuracy, speed, and size together.

Our results on AlexNet demonstrated $3.4\times$ and $7.3\times$ speedups of convolution layers over the best dense convolution on representative server and mobile platforms as well as the best classification throughputs on these platforms. While the speedup on server and mobile platforms are both impressive, the even higher performance boost on the Atom (as a proxy for mobile platform) highlights the potential of our proposal on resource-constrained mobile platforms. Moreover, the analysis and guidelines on our sparse methods also shed lights on how the proposed *Holistic SparseCNN* can be applied to a broader range of current and future platforms.

# References

[1] M. Bojarski, D. D. Testa, D. Dworakowski, B. Firner, B. Flepp, P. Goyal, L. D. Jackel, M. Monfort, U. Muller, J. Zhang, X. Zhang, J. Zhao, and K. Zieba, "End to End Learning for Self-Driving Cars," *arXiv preprint arXiv:1604.07316*, 2016.

[2] A. Buluç, J. T. Fineman, M. Frigo, J. R. Gilbert, and C. E. Leiserson, "Parallel Sparse Matrix-Vector and Matrix-Transpose-Vector Multiplication Using Compressed Sparse Blocks," in *ACM Symposium on Parallelism in Algorithms and Architectures (SPAA)*, 2009.

[3] A. Buluç and J. R. Gilbert, "On the Representation and Multiplication of Hypersparse Matrices," in *International Symposium on Parallel and Distributed Processing (IPDPS)*, 2008.

[4] E. Cuthill and J. McKee, "Reducing the bandwidth of sparse symmetric matrices," in *Proceedings of the ACM national conference*, 1969.

[5] T. A. Davis and Y. Hu, "The University of Florida Sparse Matrix Collection," *ACM Transactions on Mathematical Software*, vol. 15, no. 1, 2011, http://www.cise.ufl.edu/research/sparse/matrices.

[6] J. Deng, W. Dong, R. Socher, L.-J. Li, K. Li, and L. Fei-Fei, "ImageNet: A Large-Scale Hierarchical Image Database," in *IEEE Conference on Computer Vision and Pattern Recognition (CVPR)*, 2009.

[7] M. Denil, B. Shakibi, L. Dinh, M. Ranzato, and N. D. Freitas, "Predicting Parameters in Deep Learning," in *Proceedings of Advances in Neural Information Processing Systems (NIPS)*, 2013.

[8] E. L. Denton, W. Zaremba, J. Bruna, Y. Lecun, and R. Fergus, "Exploiting Linear Structure Within Convolutional Networks for Efficient Evaluation," in *Proceedings of Advances in Neural Information Processing Systems (NIPS)*, 2014.

[9] M. Figurnov, D. P. Vetrov, and P. Kohli, "PerforatedCNNs: Acceleration through Elimination of Redundant Convolutions," *CoRR*, vol. abs/1504.08362, 2015.

[10] S. Hadjis, F. Abuzaid, C. Zhang, and C. Re, "Caffe con Troll: Shallow Ideas to Speed Up Deep Learning," *arXiv preprint arXiv:1504.04343*, 2015.

[11] S. Han, H. Mao, and W. J. Dally, "Deep Compression: Compressing Deep Neural Networks with Pruning, Trained Quantization and Huffman Coding," in *International Conference on Learning Representations (ICLR)*, 2016.

[12] S. Han, J. Pool, J. Tran, and W. J. Dally, "Learning both Weights and Connections for Efficient Neural Networks," in *Proceedings of Advances in Neural Information Processing Systems (NIPS)*, 2015.

[13] Intel Corporation, "Caffe Scoring Optimization for Intel Xeon Processor E5 Series," https://software.intel.com/en-us/articles/caffe-scoring-optimization-intel-xeon-processor-e5-series.

[14] M. Jaderberg, A. Vedaldi, and A. Zisserman, "Speeding up Convolutional Neural Networks with Low Rank Expansions," in *British Machine Vision Conference (BMVC)*, 2014.

[15] Y. Jia, E. Shelhamer, J. Donahue, S. Karayev, J. Long, R. Girshick, S. Guadarrama, and T. Darrell, "Caffe: Convolutional Architecture for Fast Feature Embedding," in *Proceedings of the ACM International Conference on Multimedia*, 2014.

[16] T. G. Kolda and B. W. Bader, "Tensor decompositions and applications," *SIAM review*, vol. 51, no. 3, pp. 455–500, 2009.

[17] A. Krizhevsky, I. Sutskever, and G. E. Hinton, "ImageNet Classification with Deep Convolutional Neural Networks," in *Proceedings of Advances in Neural Information Processing Systems (NIPS)*, 2012.

[18] A. Lavin and S. Gray, "Fast Algorithms for Convolutional Neural Networks," *arXiv preprint arXiv:1509.09308*, 2015.

[19] B. Liu, M. Wang, H. Foroosh, M. Tappen, and M. Penksy, "Sparse Convolutional Neural Networks," in *IEEE Conference on Computer Vision and Pattern Recognition (CVPR)*, 2015.

[20] J. D. McCalpin, "STREAM: Sustainable Memory Bandwidth in High Performance Computers," http://www.cs.virginia.edu/stream.

[21] N. Srivastava, E. Mansimov, and R. Salakhutdinov, "Unsupervised learning of video representations using lstms," in *International Conference on Machine Learning (ICML)*, 2015.

[22] N. Vasilache, J. Johnson, M. Mathieu, S. Chintala, S. Piantino, and Y. LeCun, "Fast Convolutional Nets with fbfft: A GPU Performance Evaluation," in *International Conference on Learning Representations (ICLR)*, 2015.

View publication stats