# EXHIBIT A
# To Zlateski Declaration

# Scalable Algorithms for Semi-Automatic Segmentation of Electron Microscopy Images of the Brain Tissue

by

Aleksandar Zlateski

Submitted to the Department of Electrical Engineering and Computer Science

in partial fulfillment of the requirements for the degree of

Doctor of Philosophy

at the

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

June 2016

© Aleksandar Zlateski, MMXVI. All rights reserved.

The author hereby grants to MIT permission to reproduce and to distribute publicly paper and electronic copies of this thesis document in whole or in part in any medium now known or hereafter created.

Author . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Department of Electrical Engineering and Computer Science
April 25, 2016

Certified by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
H. Sebastian Seung
Professor of Computer Science
Thesis Supervisor

Certified by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Frédo Durand
Professor of Computer Science
Thesis Supervisor

Certified by. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Nir Shavit
Professor of Computer Science
Thesis Supervisor

Accepted by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Professor Leslie A. Kolodziejski
Chairman, Department Committee on Graduate Theses

# Scalable Algorithms for Semi-Automatic Segmentation of Electron Microscopy Images of the Brain Tissue

by

## Aleksandar Zlateski

Submitted to the Department of Electrical Engineering and Computer Science
on April 25, 2016, in partial fulfillment of the
requirements for the degree of
Doctor of Philosophy

## Abstract

I present a set of fast and scalable algorithms for segmenting very large 3D images of brain tissue. Currently, light and electron microscopy can now produce terascale 3D images within hours. Extracting the information about the shapes and connectivity of the neurons require fast and accurate image segmentation algorithms. Due to the sheer size of the problem, traditional approaches might be computationally infeasible.

I focus on an segmentation pipeline that breaks up the segmentation problem into multiple stages, each of which can be improved independently. In the first step of the pipeline, convolutional neural networks are used to predict segment boundaries. Watershed transform is then used to obtain an over–segmentation, which is then reduced using agglomerative clustering algorithms. Finally, manual or computer–assisted proof reading is done by experts.

In this thesis, I revisit the traditional approaches for training and applying convolutional neural networks, and propose:

- A fast and scalable 3D convolutional network training algorithm suited for multi–core and many–core shared memory machines. The two main quantities of the algorithm are: (1) minimizing the required computation by using FFT–based convolution with memoization, and (2) parallelization approach that can utilize large number of CPUs while minimizing any required synchronization.

- A high throughput inference algorithm that can utilize all available computational resources, CPUs and GPUs. I introduce a set of highly parallel algorithms for different layer types and architectures, and show how to combine them to achieve very high throughput.

Additionally, I study the theoretical properties of the watershed transform of edge–weighed graphs and propose a liner–time algorithm. I propose a set of modification to the standard algorithm and a quasi–linear agglomerative clustering algorithm that can greatly reduce the over–segmentation produced by the standard watershed algorithm.

Thesis Supervisor: H. Sebastian Seung
Title: Professor of Computer Science

Thesis Supervisor: Frédo Durand
Title: Professor of Computer Science

Thesis Supervisor: Nir Shavit
Title: Professor of Computer Science

*To Mimsy,*

*for having an infinite amount of Energy.*

*. . . Arooooooooooo. . .*

*and for Jumping on me while writing this.*

*. . . Woof, woof. . .*

# Contents

**1 Introduction**                                                                      **19**

  1.1  Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  21

      1.1.1  Acquisition and manual segmentation . . . . . . . . . . . . .  22

      1.1.2  Affinity learning using ConvNets  . . . . . . . . . . . . . . .  22

      1.1.3  ConvNet inference  . . . . . . . . . . . . . . . . . . . . . . .  24

      1.1.4  Generating over-segmentation by the watershed transform of

              the affinity graph . . . . . . . . . . . . . . . . . . . . . . . .  24

      1.1.5  Segment agglomeration . . . . . . . . . . . . . . . . . . . . .  25

      1.1.6  Proof–reading . . . . . . . . . . . . . . . . . . . . . . . . . .  26

  1.2  Summary of contributions and thesis structure . . . . . . . . . . . .  27

**2 ZNN – A Fast and Scalable Algorithm for Training 3D Convolutional Networks on Multi-Core and Many-Core Shared Memory Machines 29**

  2.1  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  30

  2.2  Computation graph . . . . . . . . . . . . . . . . . . . . . . . . . . .  32

      2.2.1  Sliding window max-pooling ConvNet . . . . . . . . . . . . .  34

  2.3  Backpropagation learning  . . . . . . . . . . . . . . . . . . . . . . .  36

      2.3.1  Backward pass . . . . . . . . . . . . . . . . . . . . . . . . .  36

      2.3.2  Weight update  . . . . . . . . . . . . . . . . . . . . . . . . .  38

  2.4  Direct vs. FFT convolution  . . . . . . . . . . . . . . . . . . . . . .  39

  2.5  Task dependency graph . . . . . . . . . . . . . . . . . . . . . . . . .  40

      2.5.1  Theoretically achievable speedup  . . . . . . . . . . . . . . .  42

  2.6  Task scheduling and execution . . . . . . . . . . . . . . . . . . . . .  44

      2.6.1    Scheduling algorithm . . . . . . . . . . . . . . . . . . . . . 45

      2.6.2    Task execution algorithms . . . . . . . . . . . . . . . . . 46

2.7   Synchronization issues . . . . . . . . . . . . . . . . . . . . . . . 48

      2.7.1    Queue operations . . . . . . . . . . . . . . . . . . . . . . . 48

      2.7.2    Wait-free concurrent summation . . . . . . . . . . . . . . 49

      2.7.3    Memory management . . . . . . . . . . . . . . . . . . . . . 49

2.8   Scalability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

2.9   CPU vs. GPU . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

      2.9.1    Speed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

      2.9.2    Memory . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

2.10  Implementation details . . . . . . . . . . . . . . . . . . . . . . . 60

2.11  Summary and conclusions . . . . . . . . . . . . . . . . . . . . . 60

**3  ZNN*i* – Maximizing the Inference Throughput of 3D Convolutional Networks on Multi-Core CPUs and GPUs    63**

3.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

3.2   Throughput of sliding window inference . . . . . . . . . . . . . . 67

3.3   Pruned FFT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

      3.3.1    General algorithm . . . . . . . . . . . . . . . . . . . . . . 70

      3.3.2    CPU implementation . . . . . . . . . . . . . . . . . . . . . 71

      3.3.3    GPU implementation . . . . . . . . . . . . . . . . . . . . . 71

      3.3.4    Implementation details . . . . . . . . . . . . . . . . . . . 72

3.4   Convolutional layers . . . . . . . . . . . . . . . . . . . . . . . . 73

      3.4.1    CPU algorithms . . . . . . . . . . . . . . . . . . . . . . . 75

      3.4.2    GPU implementations . . . . . . . . . . . . . . . . . . . . 81

3.5   Max-pooling and max-pooling fragments . . . . . . . . . . . . . 83

3.6   GPU-only or CPU-only inference . . . . . . . . . . . . . . . . . 84

      3.6.1    Maximizing throughput . . . . . . . . . . . . . . . . . . . 84

      3.6.2    Empirical results . . . . . . . . . . . . . . . . . . . . . . . 88

3.7   GPU + host RAM and CPU–GPU inference . . . . . . . . . . . 90

3.7.1   GPU + host RAM convolutional layer . . . . . . . . . . . .   90

3.7.2   GPU + host RAM ConvNet execution . . . . . . . . . . .   92

3.7.3   CPU–GPU ConvNet execution . . . . . . . . . . . . . . .   94

3.8   Comparison to other algorithms . . . . . . . . . . . . . . . . . . .   96

3.9   Summary and conclusions . . . . . . . . . . . . . . . . . . . . . .   97

**4   Watershed Segmentation of Edge–Weighted Graphs and Size–Dependent Single Linkage Clustering**   **99**

4.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

4.2   Flat watershed segmentation . . . . . . . . . . . . . . . . . . . . .   102

4.2.1   Steepest ascent graph, version 1 . . . . . . . . . . . . . . .   103

4.2.2   Steepest ascent graph, versions 2 and 3 . . . . . . . . . . .   104

4.2.3   Connected components . . . . . . . . . . . . . . . . . . . . .   106

4.2.4   Time complexity . . . . . . . . . . . . . . . . . . . . . . . .   107

4.2.5   Properties of watershed segmentation . . . . . . . . . . . .   107

4.3   Reducing oversegmentation by merging . . . . . . . . . . . . . . .   107

4.4   Reducing oversegmentation by smoothing . . . . . . . . . . . . . .   110

4.5   Connected components of the voxel affinity graph . . . . . . . . .   112

4.6   Watershed transform of lower thresholded affinity graph . . . . . .   113

4.7   Post–processing by size dependent single–linkage clustering of the basin affinity graph . . . . . . . . . . . . . . . . . . . . . . . . . . .   113

4.7.1   Example predicates . . . . . . . . . . . . . . . . . . . . . . .   116

4.8   Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   118

4.8.1   Measuring the quality of the segmentations . . . . . . . . .   119

4.9   Summary and conclusions . . . . . . . . . . . . . . . . . . . . . .   120

**5   Conclusions and Future Directions**   **123**

5.1   Possible improvements to ZNN and ZNN$i$ . . . . . . . . . . . . .   124

5.2   Parallel watershed transform and size–dependent single–linkage clustering   125

**6   Summary and Reflections**   **127**

**A  Sample pipeline implementation and results**                    **131**

    A.1   Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   131

    A.2   ConvNet architecture . . . . . . . . . . . . . . . . . . . . . . . .   132

    A.3   Training procedure . . . . . . . . . . . . . . . . . . . . . . . . .   132

    A.4   Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   134

         A.4.1   Post–processing . . . . . . . . . . . . . . . . . . . . . . .   134

# List of Figures

1-1   A pipeline for segmenting 3D images of neural tissue. The input to the pipeline is brain tissue prepared for imaging [1], and the output is the final segmentation. Algorithms for the processes in green and yellow color are discussed in this thesis. . . . . . . . . . . . . . . . . . . . . . .   20

1-2   Using ConvNets for learning affinity graphs. The three outputs of the network represent the probabilities of a pixel belonging to the same segment as 3 adjacent pixels in the positive $x$, $y$, $z$ directions. Affinity graphs can be rendered by having the affinities correspond to the RGB values of each voxel color.   . . . . . . . . . . . . . . . . . . . . . . .   23

2-1   ConvNet computation graph.  Leftmost node is input image, and rightmost nodes are output images. Edges represent convolution (red), transfer function (green), and max pooling/filtering (blue) operations.   31

2-2   The output of a sliding window max-pooling ConvNet (left) can be efficiently computed by a max-filtering ConvNet with sparse convolution (right). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   35

2-3   Task dependency graph. Each edge of the computation graph (Fig. 2-1) generates multiple nodes of the task dependency graph, corresponding to forward (circle), backward (square), and update (diamond) tasks. Node colors indicate transfer function (green), convolution (red), pooling/filtering (blue), input provider (yellow), loss gradient (purple).   .   41

2-4   Theoretically achievable speedup (2.16) using (a) direct convolution (b) FFT-based convolution with memoizing enabled. Multiple lines of the same color represent networks with different depths, ranging from 4 to 40. The kernels in all the networks have size of $5^3$. . . . . . . . . . .   44

2-5   Speedup versus number of threads for 2D networks achieved on machines in Table 2.5 (left-to-right columns). In each graph, the lines are for network widths $5, 10, 15, 20, 25, 30, 40, 50, 60, 80, 100, 120$, from bottom to top. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   53

2-6   Speedup versus number of threads for 3D networks achieved on machines in Table 2.5 (left-to-right columns). In each graph, the lines are for network widths $5, 10, 15, 20, 25, 30, 40, 50, 60, 80, 100, 120$, from bottom to top. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   54

2-7   Achieved speedups on 2D networks compared to the serial algorithm.   55

2-8   Achieved speedups on 3D networks compared to the serial algorithm.   56

2-9   Comparison of ZNN, Caffe (with and without cuDNN) and Theano for 2D ConvNets. The charts from the top down have kernel sizes of $10^2$, $20^2$, $30^2$ and $40^2$ respectively. Where Caffe data is missing, it means that Caffe could not handle networks of the given size. . . . . . . . .   57

2-10  Comparison of ZNN and Theano for 3D ConvNets. The charts from the top down have kernel sizes of $3^3$, $5^3$ and $7^3$. . . . . . . . . . . . .   59

3-1   Diagram of all layers primitives. The red primitives are wrappers primitives provided by CuDNN. The green primitives are the novel primitives introduced in this paper. . . . . . . . . . . . . . . . . . . . . .   65

3-2   Pruned FFTs. The dark blue voxels show the locations of the nonzero elements of the image after zero-padding. . . . . . . . . . . . . . . . .   70

3-3   Task dependency diagram of a task–based convolutional layer. . . . .   78

3-4   Theoretical speedup of pooling networks using FFT–based convolution for different sizes of the inputs and different batch sizes for a network with 1 pooling layer (a) and 2 pooling layers (b). . . . . . . . . . . . .   86

3-5   Maximal throughput achieved vs input image size using GPU–only and CPU–only primitives. . . . . . . . . . . . . . . . . . . . . . . . .   87

3-6   Decomposing a convolutional layer into multiple convolutional sub–layers.  90

3-7   A network of form CPCPCCCC with the first half executed one layer at the time, and the second half one batch at the time. We pooling window size of the MPF layers is $2 \times 1 \times 1$. . . . . . . . . . . . . . .   92

3-8   Maximal throughput achieved vs memory consumption using GPU–only, CPU–only, CPU + host RAM and CPU–GPU implementations for different image sizes. . . . . . . . . . . . . . . . . . . . . . . .   95

4-1   The plateau division problem. (a) Affinity graph; (b) Retaining only maximal edges for each vertex yields this steepest ascent graph; (c) locally maximal plateaus (black), non-maximal plateau (dark gray), saddle vertex (S), plateau corners (C); (d) the two basins of attractions and border vertices (dark gray) . . . . . . . . . . . . . . . . . . . . . .   103

4-2   Watershed algorithm that divides plateaus evenly. (a) existence of a vertex ordering is assumed; (b) Every plateau vertex is labeled by its graph distance to the nearest plateau corner; (c) the steepest ascent graph defines unique paths; (d) final watershed segmentation . . . . .   104

4-3   Relationship between MST and dendrogram. (a) Watershed transform of an affinity graph, (b) basin affinity graph, (c) MST of the basin affinity graph, and (d) resulting dendrogram. . . . . . . . . . . . . . . .   109

4-4   Segmentation of a $256^3$ EM image by our method and that of [2]: (a) slice of the raw image; (b) slice of nearest neighbor affinity graph, with $xyz$ affinities represented with RGB; (c) watershed transform of the affinity graph; (d) watershed transform after low thresholding with with $\epsilon = 0.01$ and high thresholding with $\theta = 0.9$ ; (e) post-processing with size-dependent single linkage clustering using $\omega(w) = 3000\,(1 - w)$; (f, g) results of the method proposed by [2] with $k = 0.5$ yields severe oversegmentation while $k = 10$ merges neurons.  (h) ground truth segmentation from human expert. . . . . . . . . . . . . . . . . . . . .   118

4-5   Scores of our method and that of relative to the ground truth segmentation (a) Our method with several threshold functions, versus that of applied to affinity graph and to watershed basin graph. Upper right is better, lower left is worse; (b) Segmentation obtained by our method with $\omega(w) = 3000(1 - w)$ . . . . . . . . . . . . . . . . . . . . . .   119

A-1   A (a) training volume and (b) test volume. . . . . . . . . . . . . . .   132

A-2   The evolution of the (a) loss and (b) classification error during the training procedure. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   133

A-3   Results generated by the trained Convnet:  (a) affinity graph; (b) watershed transform of the affinity graph. . . . . . . . . . . . . . . . .   134

A-4   Watershed of low/high thresholded affinity graph shown in (a). Result after post–processing with size dependent single–linkage clustering shown in (b). Ground truth is shown in (c). . . . . . . . . . . . . . . .   135

A-5   Rand split score vs Rand merge scores for the two post–processing results. Top right is better. . . . . . . . . . . . . . . . . . . . . . . . .   136

# List of Tables

2.1   Number of floating point operations (FLOPs) required by a layer with $f$ nodes that all perform the same nonlinear filtering operation (max-pooling, max-filtering, or transfer function).  . . . . . . . . . . . . . . .   34

2.2   Computational complexity of a fully connected convolutional layer, which maps $f$ input images to $f'$ output images using $ff'$ kernels. FFT complexity for an $n \times n \times n$ image is assumed to be $Cn^3 \log n^3$. Complexity is measured in number of floating point operations.  . . .   40

2.3   Time required to perform operations on fully connected convolutional layers with infinite number of processors available. . . . . . . . . . . .   45

2.4   Time required to perform pooling, filtering and transfer function on a full layer with infinite number of processors available. . . . . . . . . .   45

2.5   Machines used for the experiments  . . . . . . . . . . . . . . . . . . .   52

3.1   Relation between input and output shapes for convolutional and pooling layers, along with computational complexities. Input shape is for a batch of $S$ inputs, each of which is an $f$-tuple of 3D images with size $n^3$, and output shape is analogous. The 3D kernel has size $k^3$. The pooling window has size $p^3$, and the constant $C$ for the FFT complexity depends on the FFT implementation. . . . . . . . . . . . . . . . . . . . .   74

3.2   Memory required by different implementations. $S$ is the batch size, $f$ and $f'$ represent the number of input/output images of the layer. $n$ and $n'$ represent the number of pixels in each input/output image, and $\widetilde{n}$ represents the number of elements in the transformed image. $K$ is pre–defined constant amount of memory allocated for cuFFT, and $T$ is the number of available cores for the CPU algorithms. . . . . . . . .   76

3.3   ConvNet architectures of the benchmarked networks.  . . . . . . . .   88

3.4   Optimal choice for different layers.  . . . . . . . . . . . . . . . . .   89

3.5   Comparisons to other methods.  . . . . . . . . . . . . . . . . . . .   96

A.1   ConvNet used for the first stage of the pipeline.  . . . . . . . . . . .   133

# List of Algorithms

1   Executing a forward task . . . . . . . . . . . . . . . . . . . . . . . . .   46

2   Executing a backward task . . . . . . . . . . . . . . . . . . . . . . . .   47

3   Executing an update task  . . . . . . . . . . . . . . . . . . . . . . . .   48

4   Wait-free concurrent summation algorithm  . . . . . . . . . . . . . . .   50

5   Multi-core algorithm for a convolutional layer using direct convolution.   75

6   Multi-core algorithm for a convolutional layer  . . . . . . . . . . . . .   77

7   FFT based convolutional layer algorithm for the GPU. . . . . . . . . .   82

8   Modification of Kruskal's algorithm. . . . . . . . . . . . . . . . . . . .   115

# Chapter 1

# Introduction

I remember the first time seeing a 3D stack of EM[1] images of mouse retina. Amazed with what I was looking at, I asked myself a question "so now we can understand how the brain functions?". Unfortunately, the answer was – "not yet".

It turned out that most of my PhD research will focus on developing tools and algorithms that allow for better understand the images I was looking at back then.

The first structural map of the nervous system connectivity, of the nemoatode caenorhabditis elegans was published by White at al [3] in 1986. This opened a door for a new field of science – connectomics. In order to better understand how the brain functions, connectomics studies the shapes, topology and the "wiring diagram" of neurons – a comprehensive map of neural connections in the brain.

Currently, light and electron microscopy can now produce terascale 3D images within hours [4, 5]. Extracting the information about the shapes and connectivity of the neurons require accurate image segmentation algorithms. The sheer size of the problem renders the traditional segmentation approaches computationally infeasible.

For efficient segmentation, the traditional approach is replaced with a multi–step segmentation process that forms a *segmentation pipeline*. With this approach, one can then focus on improving each stage of the pipeline independently. As each stage of the algorithm is computationally very intensive, having fast and scalable algorithms for each stage is crucial.

---

[1]Electron Microscopy



Figure 1-1: A pipeline for segmenting 3D images of neural tissue. The input to the pipeline is brain tissue prepared for imaging [1], and the output is the final segmentation. Algorithms for the processes in green and yellow color are discussed in this thesis.

## 1.1   Overview

Segmenting terascale 3D images is a challenging problem. A common strategy in recent work is to split the segmentation procedure into multiple steps – forming a pipeline [6, 7, 8, 9, 10, 11]. Roughly speaking, all proposed pipelines consist of the following steps:

1. Using deep convolutional neural networks for boundary prediction.

2. Creating a conservative over–segmentation using the watershed transform.

3. Applying agglomerative clustering algorithms to reduce the over–segmentation.

4. Manual or computer–assisted proof reading to generate the final segmentation.

A detailed pipeline is shown in Figure 1-1. The specific feature of this pipeline is that the boundary prediction is done by learning "affinity graphs", which can be effectively done using ConvNets [12]. A watershed transform on graphs is then applied to obtain over–segmentation.

Even though the main motivation behind the proposed algorithms in this thesis lie within this pipeline, each algorithm is designed with much wider application in mind. The choice of the pipeline, or possible alternatives are not discussed in the thesis. However, the described pipeline had produced high quality segmentations that had led to discoveries in the field of neuroscience [9, 10, 11].

In this thesis we focus on designing fast and scalable algorithms for the steps marked in green and yellow on Figure 1-1. The contribution to the agglomeration step is distinguished with yellow color, because our algorithms are designed for speed. Their goal is to reduce the conservative over–segmentation of the watershed transform without introducing false mergers. This approach allows for using more sophisticated and computationally complex agglomeration algorithms as an additional step. As such, they can be viewed as extensions of the watershed transform, rather than a full agglomeration solution.

Alternative pipelines might include some or all of these steps and benefit from the algorithms studied in this thesis.

In order to understand the need for the proposed algorithms we need to study the pipeline in a little bit more detail.

### 1.1.1   Acquisition and manual segmentation

In the very first step of the pipeline (Fig. 1-1) a prepared brain tissue is imaged. This is typically done by automatic sectioning and imaging [9]. Using tools such as TrackEM2 [13], the obtained 2D images are then assembled and aligned to form a 3D image. A subset of the data is then segmented by hand to be used for training ConvNets.

### 1.1.2   Affinity learning using ConvNets

A 3D affinity graph is an edge weighted graph where each voxel$^2$ of the 3D image represents a node. Edges exist between *adjacent* voxels. Edge weights represent the likelihood of the two incident voxels belonging to the same segment. Common affinity graphs have 6, 14 or 26-connectivity, which means that each voxel is connected to 6, 14 or 26 adjacent voxels.

Turaga at al. [12] shows that ConvNets can be trained to generate affinity graphs for segmenting 3D images. For a 6–connectivity affinity graphs, the ConvNets need 3 outputs. Each output represents the likelihood of the voxel belonging to the same segment as its neighbor along positive $x$, $y$ and $z$ directions (Figure 1-2).

A hand segmented 3D images are converted to "ground truth" affinity graphs by examining adjacent voxels. The affinity value is set to 1 or 0 depending on whether the two adjacent voxels belong to the same segment. As the hand segmentation can have unsegmented voxels – voxels not belonging to any segment, some nodes in the affinity graph might have all incident edge affinities set to 0.

The "ground truth" affinity graphs are then used to train and validate ConvNets. There is no recipe for choosing the size, topology and training method for a ConvNet that produces best results. Choosing the best network is often a trial and error process,

---

$^2$3D pixel



Figure 1-2: Using ConvNets for learning affinity graphs. The three outputs of the network represent the probabilities of a pixel belonging to the same segment as 3 adjacent pixels in the positive $x$, $y$, $z$ directions. Affinity graphs can be rendered by having the affinities correspond to the RGB values of each voxel color.

23

where one has to train many networks with different architectures and compare their performances. As training ConvNets is computationally very expensive, it is important to accelerate the training. As our first contribution, in Section 2, we propose fast and scalable algorithms for training deep 3D ConvNets.

The proposed algorithm is not specific for this stage of the pipeline, but rather provide speedup in training any 2D/3D ConvNet. Depending on the network structure, our algorithm can improve the training time of ConvNets used for object detection and/or localization, image/video segmentation, etc...

### 1.1.3   ConvNet inference

In the next step of the pipeline, a trained ConvNet is applied to the dataset to generate the predicted edge weights for the affinity graph of the whole dataset.

The computation performed for ConvNet inference (generating prediction using a trained ConvNet) is equivalent to the one of the first step of the ConvNet training algorithm (Section 2). One could assume just using the first step of an "efficient" training algorithm would be an "efficient" way of applying a ConvNet on a large dataset. This is, however, not the case. The "efficiency" of a training algorithm is measured by its latency – time required to perform a round of training. On the other side, the "efficiency" of ConvNet inference is measured in throughput – average number of output voxels computed per unit time.

As our second contribution, in Section 3, we propose a set of algorithms for maximizing the throughput of 3D ConvNet inference.

### 1.1.4   Generating over-segmentation by the watershed transform of the affinity graph

The watershed transform of topological images has historically been widely used in image segmentation [14, 15, 16, 17]. The algorithm originates from mathematical morphology where an image represents a topographic surface. It is inspired by the *drop of water* principle [18] where a drop of water follows the gradient of the image to

finally reach a local minimum.

The result of the watershed transform is typically a conservative over–segmentation [6, 7, 8, 9, 10, 11]. This set of the pipeline is, however, not necessary. The agglomeration algorithms can be applied directly on the affinity graph, having each individual voxel as separate segment in the initial segmentation.

State of the art agglomeration algorithms run in polynomial time, with the exponent larger than one [19, 20]. Having a conservative over–segmentation obtained by the watershed transform, which runs in linear time, can greatly reduce the time required for agglomeration.

Efficient algorithms for the watershed transform of topological images, as well as their properties are well known [14, 15, 16, 17]. However, there is little study of watershed transforms of graphs.

In the first part of Section 4 we study the theoretical properties of watershed segmentation of an edge–weighted undirected graphs. We present an algorithm that runs in linear–time in terms of the number of edges in the graph. The algorithm produces segmentation similar to the one of "watershed cuts," [18, 21, 22] except that it divides non-maximal plateaus more evenly.

### 1.1.5    Segment agglomeration

In the last automated stage of the pipeline, agglomerative clustering algorithms are applied to the over–segmentation obtained by the watershed transform to produce the final segmentation. An agglomerative clustering algorithm considers each segment as a cluster, and iteratively merges pairs of clusters creating a hierarchical segmentation.

Using sophisticated agglomeration algorithms described by Jain at al. [23, 24] and Uzunbaş at al. [25] can greatly reduce over–segmentations. The complexity of their algorithm, however, requires the number of initial clusters to be relatively small. For terascale datasets, the number of segments produced by the watershed transform can still be extremely large, rendering the before–mentioned agglomeration algorithms computationally infeasible.

In the second part of Section 4 we propose a set of modifications to the water-

shed transform of edge–weighted graphs, as well as a quasi–linear agglomeration algorithm that uses prior knowledge about the true segments to greatly reduce the over–segmentation.

There are two major advantages to our approach. First, the quasi–linear runtime makes it suitable for very large graphs. Second, the resulting segmentation greatly reduces the number of segments while introducing virtually no false merges. The result will still represent an over–segmentation, however, the number of segments will be greatly reduced (by orders of magnitude).

The goal of our methods to not to produce results superior to the ones of more computationally costly algorithms [23, 24, 26, 27, 25], but rather to make such approaches computationally feasible.

As such, the algorithm describe Section 4 could be considered an extension to the watershed segmentation of graphs or a pre–processing step before applying more advanced agglomeration algorithms.

It turns out that in some cases our algorithms can produce results comparable to much more advanced approaches. Our algorithm ranks fifth (as of April 2016) on the SNEMI3D segmentation challenge [28] with results comparable to much more advanced and computationally expensive approaches.

### 1.1.6   Proof–reading

In the final step of the pipeline, the automatically obtained segmentation is proof–read by humans. Analyzing and understanding the function of the topology and connectivity of the neurons relies on near 100% accurate segmentation.

The proof reading is typically done by experts, or in the case of *eyewire* platform [29] by computer–assisted crowdsourcing. The proof-read segmentation obtained by the crowd knowledge on *Eyewire* had been used by Kim at al. [10] to understand how mammalian retina detects motion.

Generally, proof–reading consists of editing the automatically produced segmentation by merging and splitting segments. Merging two falsely split segments is typically trivial, however, splitting a falsely merged segments can be much more labor intensive,

as it might require tracing the exact boundary of a segment. In the case of *eyewire* [29], the splitting functionality is not even provided. In this case, the algorithms described in Section 4 are sufficient.

## 1.2   Summary of contributions and thesis structure

In this thesis, we develop novel algorithms for the computationally intensive stages of the segmentation pipeline. The proposed algorithms are not specific to the pipeline, and can be applied to much wider set of problems. For that reason, we try to organize the thesis such that the presentation of each algorithm is as self–contained as possible. This allows the reader to easily focus on parts applicable to their problem.

The three major contributions include:

- A fast and scalable algorithm for training 2D and 3D convolutional networks on multi-core and many-core shared memory machines (Chapter 2). Our algorithm efficiently utilizes available cores to speed–up training of convolutional networks. The large amount of RAM available to the CPU allows for training very large networks.

- High throughput inference method that will reduce the time required to process large datasets (Chapter 3). We propose a set of novel primitives for ConvNet inference suited for both the CPU and the GPU. We propose a method that combines these primitives, utilizing all available computational power (CPUs and GPUs) in order to maximize the inference throughput.

- We examine the watershed transform on edge–weighted graphs (Chapter 4). We analyze its theoretical properties and propose a linear–time algorithm. We propose quasi–linear methods for reducing over–segmentation when there is prior knowledge about the sizes of the true segments.

Finally in Appendix A we show how the proposed algorithms can be used on a sample pipeline.

# Chapter 2

# ZNN – A Fast and Scalable Algorithm for Training 3D Convolutional Networks on Multi-Core and Many-Core Shared Memory Machines

Convolutional networks (ConvNets) have become a popular approach to computer vision. It is important to accelerate ConvNet training, which is computationally costly. We propose a novel parallel algorithm based on decomposition into a set of tasks, most of which are convolutions or FFTs. Applying Brent's theorem to the task dependency graph implies that linear speedup with the number of processors is attainable within the PRAM model of parallel computation, for wide network architectures. To attain such performance on real shared-memory machines, our algorithm computes convolutions converging on the same node of the network with temporal locality to reduce cache misses, and sums the convergent convolution outputs via an almost wait-free concurrent method to reduce time spent in critical sections. We implement the algorithm with a publicly available software package called ZNN.

Benchmarking with multi-core CPUs shows that ZNN can attain speedup roughly equal to the number of physical cores. We also show that ZNN can attain over 90x speedup on a many-core CPU (Xeon Phi™Knights Corner). These speedups are achieved for network architectures with widths that are in common use. The task parallelism of the ZNN algorithm is suited to CPUs, while the SIMD parallelism of previous algorithms is compatible with GPUs. Through examples, we show that ZNN can be either faster or slower than certain GPU implementations depending on specifics of the network architecture, kernel sizes, and density and size of the output patch. ZNN may be less costly to develop and maintain, due to the relative ease of general-purpose CPU programming.

## 2.1   Introduction

A standard formulation of supervised learning starts with a parametrized class of mappings, a training set of desired input-output pairs, and a loss function measuring deviation of actual output from desired output. The goal of learning is to minimize the average loss over the training set. A popular minimization method is stochastic gradient descent. For each input in sequence, the parameters of the mapping are updated in minus the direction of the gradient of the loss with respect to the parameters. Here we are concerned with a class of mappings known as convolutional networks (ConvNets).

Significant effort has been put into parallelizing ConvNet learning on GPUs, as in the popular software packages Caffe [30], Torch [31] and Theano[32]. ConvNet learning has also been distributed over multiple machines [33]. However, there has been relatively little work on parallelizing ConvNet learning for single shared memory CPU machines.

Here we introduce a software package called ZNN, which implements a novel parallel algorithm for ConvNet learning on multi-core and many-core CPU machines. ZNN implements 3D ConvNets, with 2D as a special case. ZNN can employ either direct or FFT convolution, and chooses between the two methods by autotuning each



Figure 2-1: ConvNet computation graph. Leftmost node is input image, and rightmost nodes are output images. Edges represent convolution (red), transfer function (green), and max pooling/filtering (blue) operations.

layer of the network. FFT convolution was previously applied to 2D ConvNets running on GPUs [34, 35], and is even more advantageous for 3D ConvNets on CPUs.

As far as we know, ZNN is the first publicly available software that supports efficient training of sliding window max-pooling ConvNets, which have been studied by [36, 37, 38].

There is related work on using Xeon Phi™for supervised deep learning [39, 40]. and unsupervised deep learning [41]. A comparison of multi-core and GPU parallelization has been studied by [42]. What all these methods have in common is that they utilize fork-join model provided by OpenMP to run multiple instances of the standard backpropagation algorithm in parallel, or to parallelize certain parts of the algorithm. This model resembles the SIMD parallelism of the GPU in the sense that each thread executes the same code on different data; however the execution is not necessary done at the same time.

In contrast, ZNN introduces a novel task parallelization model optimized specifically for ConvNets. This model can achieve higher utilization of the available CPUs, and has lower memory overhead; thus it can train much larger models efficiently.

## 2.2   Computation graph

We define a ConvNet using a directed acyclic graph (DAG), called the *computation graph* (Fig. 2-1). Each node represents a 3D image, and each edge some image filtering operation. (2D images are a special case in which one of the dimensions has size one.) If multiple edges converge on a node, the node sums the outputs of the filtering operations represented by the edges. The nodes of a *computation graph* $G = (V, E)$ with no *incoming* or *outgoing* edges are considered inputs or outputs of the ConvNet respectively. Given a set of input images, assigned to each input node, the ConvNet computes an image for each other node in the *computation graph* as shown below.

$$I_v = \sum_{(u,v) \in E} f_{u,v}(I_u) \tag{2.1}$$

For convenience, the discussion below will assume that images and kernels have isotropic dimensions, though this restriction is not necessary for ZNN. The image filtering operations, $f_{u,v}$ in Equation 2.6 are of the four following types.

**Convolution** A weighted linear combination of voxels within a sliding window is computed for each location of the window in the image. The set of weights of the linear combination is called the *kernel*. If the input image has size $n^3$ and the kernel has size $k^3$, then the output image has size $n'^3 = (n - k + 1)^3$. Image size decreases because an output voxel only exists when the sliding window is fully contained in the input image.[1] Every convolutional edge $(u, v)$ has an assigned kernel $w_{u,v}$ and performs the following filtering operation.

$$f_{u,v}(I_u) = I_u \underset{\texttt{valid}}{*} w_{u,v} \tag{2.2}$$

The convolution is allowed to be sparse, meaning that only every $s$th image voxel (in every dimension) within the sliding window enters the linear combination.

**Max-pooling** divides an image of size $n^3$ into blocks of size $p^3$, where $n$ is divisible by $p$. The maximum value is computed for each block, yielding an image of size $(n/p)^3$.

---

[1]This is known as a `valid` convolution in MATLAB.

$$f_{u,v}(I_u^{(x,y,z)}) = \max_{x',y',z'}\{I_u^{(x',y',z')}\} \qquad (2.3)$$

where,

$$
\begin{aligned}
p \cdot x &\leq x' < (p+1) \cdot x \\
p \cdot y &\leq y' < (p+1) \cdot y \\
p \cdot z &\leq z' < (p+1) \cdot z
\end{aligned}
$$

**Max-filtering** The maximum within a sliding window is computed for each location of the window in the image. For a window of size $k^3$ and an input image of size $n^3$, the output image has size $(n-k+1)^3$. 3D max-filtering can be performed by sequential 1D max-filtering of $n^2$ arrays in each of the three directions. For each array we keep a heap of size $k$ containing the values inside the 1D sliding window. Each element of the array will be inserted and removed at most once, each operation taking $\log k$. For each position of the sliding window the top of the heap will contain the maximum value.

$$f_{u,v}(I_u^{(x,y,z)}) = \max_{x',y',z'}\{I_u^{(x',y',z')}\} \qquad (2.4)$$

where,

$$
\begin{aligned}
x &\leq x' < k+x \\
y &\leq y' < k+y \\
z &\leq z' < k+z
\end{aligned}
$$

**Transfer function** adds a number called the bias to each voxel of the image and then applies a nonlinear function to the result. The nonlinear function is typically nondecreasing. Common choices are the logistic function, the hyperbolic tangent and half-wave rectification.

$$f_{u,v}(I_u^{(x,y,z)}) = \theta(I_u^{(x',y',z')} + b_{u,v}) \qquad (2.5)$$

The computational complexities of max-pooling, max-filtering, and transfer func-

| Pass | Pooling | Filtering | Transfer function |
|------|---------|-----------|-------------------|
| Forward | $f \cdot n^3$ | $f \cdot 6n^3 \log k$ | $f \cdot n^3$ |
| Backward | $f \cdot n^3$ | $f \cdot n^3$ | $f \cdot n^3$ |
| Update | — | — | $f \cdot n^3$ |

Table 2.1: Number of floating point operations (FLOPs) required by a layer with $f$ nodes that all perform the same nonlinear filtering operation (max-pooling, max-filtering, or transfer function).

tion are shown in Table 2.1.

For ConvNets in common use, the computation graph has the following properties:

- All convergent edges are convolutions; if a node has a sole incoming edge, the edge represents a nonlinear filtering operation.

- Nodes with convergent edges are not adjacent in the graph, but are separated from each other by nonlinear filtering edges. This is a reasonable constraint, because a composition of two convolutions can be collapsed into a single convolution, thereby simplifying the graph.

- The graph has a layered organization in which all edges in a layer represent operations of the same type.

ZNN works for general computation graphs, whether or not they possess the above properties.

## 2.2.1   Sliding window max-pooling ConvNet

A max-pooling ConvNet in the context of visual object recognition [43] is a special case of the definition given above. No max-filterings are used. The size of the input image (known as the ConvNet field of view) is such that the convolutions and max-poolings reduce the output image(s) to exactly one pixel/voxel. There may be a single output representing whether or not the input image belongs to a given object class, or a set of $n$ outputs representing membership in one of $n$ object classes.

If localization and detection are desired as well as recognition, one can slide a window over a large image, and apply the max-pooling ConvNet at each location of the



Figure 2-2: The output of a sliding window max-pooling ConvNet (left) can be efficiently computed by a max-filtering ConvNet with sparse convolution (right).

window [38]. For an input image of size $n^3$ and a ConvNet field of view of size $v^3$, the output image is of size $(n - v + 1)^3$. The sliding window max-pooling ConvNet is also useful in the context of boundary detection and image segmentation [44]. However, it is computationally wasteful to literally implement the computation in this way. It is more efficient to use a max-filtering ConvNet, in which each max-filtering layer increases the sparsity of all subsequent convolutions by a factor equal to the size of the max-filtering window (Fig. 2-2). This approach has been called *skip-kernels* [38] or *filter rarefaction* [45], and is equivalent in its results to *max-fragmentation-pooling* [37, 36]. ZNN can implement the above, but is more general as the sparsity of convolution need not increase in lock step with max-filtering, but can be controlled independently.

This sparsity control capability can confer a great deal of flexibility on ConvNets. It could be useful when implementing a "scale-invariant" ConvNet [46], where convolutions with shared kernel weights are performed at multiple scales to capture scale-invariant features. The scale-invariant convolution can be easily achieved by controlling the sparsity of convolutions. Unlike max-pooling, max-filtering does not decrease the resolution of filtered images. Thus, every image in max-filtering ConvNets keeps the original resolution. This is particularly beneficial to the multi-scale approach [45, 47], where images with multiple resolutions are combined together to construct the representation. In max-pooling ConvNets, upsampling is commonly used to adjust the different resolutions of images at multiple levels. Max-filtering ConvNet, in contrast, removes the need for such upsampling in an elegant and much

35

more efficient way.

## 2.3   Backpropagation learning

The backpropagation algorithm is a way of calculating the gradient of the loss function with respect to the trainable parameters in a ConvNet, the kernels and biases. For each input, the calculation proceeds in several phases:

1. Obtain an input and desired output from the training set.

2. *Forward pass* - compute the actual output of the ConvNet from the input image.

3. Compute the gradient of the loss function with respect to the actual output.

4. *Backward pass* - Compute the gradient of the loss function with respect to the voxels of the output image at each node.

5. *Weight update* - Compute the gradient of the loss function with respect to the kernels and biases, and update these parameters in the direction of minus the gradient.

The forward pass has already been described above. ZNN implements several possibilities for the loss function, such as the Euclidean distance between the actual and desired outputs.

### 2.3.1   Backward pass

It turns out that the backward pass can be represented by another graph that looks the same as the forward computation graph, except that the direction of every edge is reversed – $G' = (V, E')$, where $(u, v) \in E'$ if and only if $(v, u) \in E$. The output nodes of the forward graph become the input nodes of the backward graph, and are initialized with the gradient of the loss function with respect to the voxels of the output nodes of the forward graph. The nodes of the backward graph are associated

with their own images $(L_v)$, which are distinct from the ones associated with the nodes of the forward graph $(I_v)$.

$$L_v = \sum_{(u,v) \in E'} g_{u,v}(L_u) \tag{2.6}$$

Every edge in the backward graph is multiplication by the transpose of the Jacobian matrix of the operation represented by the corresponding edge in the forward computation graph. The four edge operations in the forward graph become the following four edge operations in the backward graph.

**Convolution Jacobian** Convolution in the forward pass becomes convolution in the backward pass. The kernel is the same, except that it is reflected along all three dimensions. Reflecting an $N$-dimensional image along all dimensions is easily and efficiently implemented through a one-dimensional flipping of the memory used by the image. Alternatively, one could store one bit of metadata (regular or flipped) about the state of the image.

$$g_{u,v}(L_u) = L_u \underset{\texttt{full}}{*} w_{v,u}^R \tag{2.7}$$

If the input image has size $n^3$ and the kernel has size $k^3$, then the output image has size $n'^3 = (n + k - 1)^3$. Image size increases because an output voxel exists whenever the sliding window has some overlap with the input image.[2]

**Max-pooling Jacobian** Within each block, all voxels are zeroed out except for the one that was identified as the maximum within that block in the forward pass. An image of size $n^3$ is expanded into an image of size $n^3 p^3$.

$$g_{u,v}(L_u^{(x,y,z)}) = \begin{cases} L_u^{(\lfloor x/p \rfloor, \lfloor y/p \rfloor, \lfloor z/p \rfloor)} & \text{if } f_{v,u}\left( I_v^{(\lfloor x/p \rfloor, \lfloor y/p \rfloor, \lfloor z/p \rfloor)} \right) = I_v^{(x,y,z)}, \\ 0 & \text{otherwise} \end{cases} \tag{2.8}$$

**Max-filtering Jacobian** Every element of an image of size $n'^3 = (n + k - 1)^3$

---

[2]This is known as a `full` convolution in MATLAB.

is initialized to zero. For each position of the sliding window the appropriate value of the input is accumulated to the position from which the maximum element was selected for that window in the forward pass.

$$g_{u,v}(L_u^{(x,y,z)}) = \sum_{x',y',z'} L_u^{(x',y',z')} \tag{2.9}$$

for all valid elements $(x', y', z')$ such that,

$$f_{v,u}\left(I_v^{(x',y',z')}\right) = I_v^{(x,y,z)} \text{ and } \begin{array}{ccccc} x-k & < & x' & < & k+x \\ y-k & < & y' & < & k+y \\ z-k & < & z' & < & k+z \end{array}$$

**Transfer function Jacobian** Every voxel of a backward image is multiplied by the derivative of the transfer function for the corresponding voxel in the forward image.

$$g_{u,v}(L_u^{(x,y,z)}) = L_u^{(x,y,z)} \cdot \frac{\partial f_{v,u}}{\partial I}\left(I_v^{(x,y,z)}\right) \tag{2.10}$$

## 2.3.2   Weight update

After the forward and backward passes are complete, there are "forward images" at the nodes of the forward computation graph, and "backward images" at the nodes of the backward computation graph (except the input nodes). These are used to update the kernels and biases as follows.

**Kernel update** For a convolution going from node $u$ to node $v$ in the forward graph, the gradient of the loss with respect to the kernel is computed by convolving the reflected forward image at node $u$ with the backward image at node $v$. A `valid` convolution is performed, yielding an image the same size as the kernel. This is multiplied by a small "learning rate parameter," and then subtracted from the kernel.

$$\Delta w_{u,v} = -\mu \cdot I_u^R \underset{\texttt{valid}}{*} L_v \tag{2.11}$$

**Bias update** For a bias of an transfer function edge $b_{u,v}$, the gradient of the loss is calculated as the sum of all voxels in the backward image at node $v$. The scalar result is multiplied by a small "learning rate parameter," and then subtracted from the bias.

$$\Delta b_{u,v} = -\mu \cdot \sum_{x,y,z} L_v^{(x,y,z)} \qquad (2.12)$$

## 2.4   Direct vs. FFT convolution

The convolution theorem states that the *Fourier transform* of a convolution is the pointwise product of *Fourier transforms* of the two signals, hence a convolution of $f$ and $g$ can be performed as:

$$I_1 * I_2 = \mathcal{F}^{-1}\Big(\mathcal{F}(I_1) \cdot \mathcal{F}(I_2)\Big) \qquad (2.13)$$

For a single convolution of an image of size $n^3$ with a kernel of size $k^3$, it is well-known that the FFT method (complexity $\mathcal{O}(n^3 \log n)$), becomes more efficient than the direct method (complexity $\mathcal{O}(n^3 k^3)$), for sufficiently large kernel sizes. The crossover point of equal complexity satisfies $k^3 \sim \log n$. It is less well-known that the FFT-direct crossover occurs at smaller kernel sizes for a ConvNet than for a single convolution [34, 35]. This is because the FFT of an image at a node can be shared by edges at that node (see Table 2.2).[3] ZNN performs layerwise auto-tuning to choose between FFT-based or direct convolution for each layer.

Complexity can be further reduced by memoizing the FFTs of images and kernels obtained during the forward pass for reuse during the backward pass and weight update. This possibility was previously noted in passing but not implemented due to limited onboard GPU memory [34, 35]. Equations 2.15 show how the FFT transforms can be reused to perform all required convolutions. $I^R$ denotes an image $I$ that is reflected along all three dimensions. The reduction in complexity is approximately a

---

[3]Note that our values differ from the ones in [34] as we take into account the difference in complexity between `full` and `valid` convolutions.

| Pass | Direct |
|------|--------|
| Forward | $f' \cdot f \cdot n'^3 \cdot k^3$ |
| Backward | $f' \cdot f \cdot n'^3 \cdot k^3$ |
| Update | $f' \cdot f \cdot n'^3 \cdot k^3$ |
| Total | $3f' \cdot f \cdot n'^3 \cdot k^3$ |

| Pass | FFT-based |
|------|-----------|
| Forward | $3Cn^3 \log n[f' + f + f' \cdot f] + 4f' \cdot f \cdot n^3$ |
| Backward | $3Cn^3 \log n[f' + f + f' \cdot f] + 4f' \cdot f \cdot n^3$ |
| Update | $3Cn^3 \log n[f' + f + f' \cdot f] + 4f' \cdot f \cdot n^3$ |
| Total | $9Cn^3 \log n[f' + f + f' \cdot f] + 12f' \cdot f \cdot n^3$ |

| Pass | FFT-based (Memoized) |
|------|----------------------|
| Forward | $3Cn^3 \log n[f' + f + f' \cdot f] + 4f' \cdot f \cdot n^3$ |
| Backward | $3Cn^3 \log n[f' + f] + 4f' \cdot f \cdot n^3$ |
| Update | $3Cn^3 \log n[f' \cdot f] + 4f' \cdot f \cdot n^3$ |
| Total | $6Cn^3 \log n[f' + f + f' \cdot f] + 12f' \cdot f \cdot n^3$ |

Table 2.2: Computational complexity of a fully connected convolutional layer, which maps $f$ input images to $f'$ output images using $ff'$ kernels. FFT complexity for an $n \times n \times n$ image is assumed to be $Cn^3 \log n^3$. Complexity is measured in number of floating point operations.

third (Table 2.2).

$$
\begin{aligned}
I_u * w_{u,v} &= \mathcal{F}^{-1}\Big(\mathcal{F}(I_u) \cdot \mathcal{F}(w_{u,v})\Big) \\
L_u * w_{v,u}^R &= \left[\mathcal{F}^{-1}\Big(\mathcal{F}(L_u^R) \cdot \mathcal{F}(w_{u,v})\Big)\right]^R \\
I_u^R * L_v &= \left[\mathcal{F}^{-1}\Big(\mathcal{F}(I_u) \cdot \mathcal{F}(L_v^R)\Big)\right]^R
\end{aligned}
\tag{2.14}
$$

## 2.5   Task dependency graph

The entire gradient learning calculation can be represented by the task dependency graph (Fig. 3-3). Each node represents one of the four forward operations (convolution,



Figure 2-3: Task dependency graph. Each edge of the computation graph (Fig. 2-1) generates multiple nodes of the task dependency graph, corresponding to forward (circle), backward (square), and update (diamond) tasks. Node colors indicate transfer function (green), convolution (red), pooling/filtering (blue), input provider (yellow), loss gradient (purple).

max-pooling/filtering, transfer function), four backward operations (Jacobians), or two update operations (kernel, bias) described above. Two additional tasks interface with the training set. The **data provider** obtains a training sample used for a single round of training, and the **loss gradient** calculates the gradient of the loss with respect to the network output.

The edges of the task dependency graph represent dependencies. The forward task of an edge $e = (u, v)$ in the computation graph depends on forward pass tasks of all edges $(w, u)$. The backward task of the same edge depends on the backward tasks of all edges $(v, w)$. Finally the update task of an edge depends on both forward and backward tasks of the same edge.

Additionally, if there was a backward pass executed before the current forward pass, the forward task of $e$ also depends on the previous update task of $e$. This is relevant because gradient learning is iterative, so the gradient is calculated repeatedly by cycling through forward, backward, and update.

Fig. 3-3 shows the ConvNet learning graph corresponding to the ConvNet computation graph of Fig. 2-1. Steps $3 - 5$ of one iteration of gradient learning are followed

by steps 1 and 2 of the next iteration. This is because we enforce synchronization after each forward pass. Therefore forward tasks are at the bottom of the graph, and backward tasks at the top. The topmost purple circle nodes represent the tasks that calculate the gradient of the loss with respect to the output of the network obtained in the previous forward pass. The yellow circle in the middle represents the task providing the input image for the forward tasks at the bottom. Note that there are no update tasks for pooling/filtering. The bottom two green circles, which represent the output of the forward pass are dependencies for the tasks of the next $3-5, 1, 2$ round represented by the top two purple circles.

### 2.5.1   Theoretically achievable speedup

Define $T_P$ as the time required for $P$ processors to perform one learning iteration. We would like a parallel algorithm that achieves a large speedup $S_P = T_1/T_P$, and ideally one that approaches linear speedup, $S_P = P$. This should be possible for "wide" ConvNet architectures, which contain many convolutions that can be done in parallel. We formalize this intuition in the following.

According to Brent's theorem [48], if a computation can be performed in $T_\infty$ time with an infinite number of processors, then

$$T_P \leq T_\infty + \frac{T_1 - T_\infty}{P} \tag{2.15}$$

This amounts to a speedup of at least

$$S_P \equiv \frac{T_1}{T_P} \geq \frac{S_\infty}{1 + \frac{S_\infty - 1}{P}} \tag{2.16}$$

We will refer to the right hand side as the "theoretically achievable speedup," because it depends on the idealized assumptions of the PRAM model used to prove Brent's theorem.

We will estimate the theoretically achievable speedup for layered architectures in which every convolutional layer is fully connected. As before, time complexity is

measured in number of floating point instructions. We can already estimate $T_1$ by summing the times in Tables 2.1 and 2.2 for each layer of the network. To estimate $T_\infty$, we analyze the following algorithm employing an infinite number of processors.

1. Move sequentially through the layers, and perform all forward tasks in each layer in parallel.

2. Compute the loss gradient for all output nodes in parallel.

3. Move sequentially backward through the layers, and perform all backward tasks in each layer in parallel.

4. Perform the weight updates for all kernels and biases in parallel.

Since the layers are done sequentially, the total time for the forward pass is the sum of contributions from each layer (convolutional, transfer function, or max pooling/filtering) as specified in Tables 2.3 and 2.4. The time for the backward pass is calculated similarly. Since all kernel and bias updates are done in parallel, the total update time is the maximum of the individual update times, as specified in Tables 2.3 and 2.4. The sum of forward, backward, and update times yields the time complexity of one gradient learning iteration.

Most of the formulas in the tables do not depend on the widths of the layers, $f$ and $f'$. This is because all tasks in a layer are done in parallel. The only exception is that the complexity of a convolutional layer depends logarithmically on width ($\lceil \log_2 f \rceil$), because summing the results of $f$ convergent convolutions requires this amount of time using the binary collapse algorithm described in [48].

Plots of the theoretically achievable speedup (2.16) for networks of different width and depth are shown in Fig. 2-4[4]. In all cases, $S_P \to P$ in the limit of large network width $f$. This is because $T_1$ scales like $f^2$ for large $f$ (see terms in Table 2.2), while $T_\infty$ scales like $\log f$ (see terms in Table 2.3). It follows that $S_\infty$ diverges with $f$, so the bound on $S_P$ in Eq. (2.16) is equal to $P$ in the limit of large $f$.

---

[4]The constant $C$ for the FFT operations is assumed to be 5.



Figure 2-4: Theoretically achievable speedup (2.16) using (a) direct convolution (b) FFT-based convolution with memoizing enabled. Multiple lines of the same color represent networks with different depths, ranging from 4 to 40. The kernels in all the networks have size of $5^3$.

According to Fig. 2-4, the network width at which $S_P$ reaches a fixed fraction (say 75%) of its maximal value ($P$), increases with $P$. This behavior is consistent with Eq. (2.16). We expect $S_P$ to approach a fixed fraction of $S_\infty$ when $S_\infty \approx P$. Since $S_\infty$ scales like $f^2$ (neglecting the logarithmic factor due to $T_\infty$), this should happen when $f^2 \approx P$. The power of two means that the theoretically achievable speedup approaches its maximum value even for networks with rather modest widths.

## 2.6   Task scheduling and execution

Brent's theorem guarantees the existence of a parallel algorithm that achieves a large speedup for training wide ConvNets. We now turn to the problem of designing a parallel algorithm that actually achieves large speedup in practice. Since Brent's theorem assumes no synchronization and communication overhead, we design our algorithm to minimize synchronization overhead and increase temporal locality of computation to reduce cache misses.

The central quantity in our algorithm is a global priority queue that contains tasks that are ready to be executed together with their priority. A predetermined number

| Pass | Direct | FFT-based |
|---|---|---|
| Forward $- T_\infty^{fwd}$ | $n'^3 \cdot k^3 + n'^3 \lceil \log_2 f \rceil$ | $6Cn^3 \log n + 4n^3 \lceil \log_2 f \rceil$ |
| Backward $- T_\infty^{bwd}$ | $n'^3 \cdot k^3 + n^3 \lceil \log_2 f' \rceil$ | $6Cn^3 \log n + 4n^3 \lceil \log_2 f' \rceil$ |
| Update $- T_\infty^{update}$ | $n'^3 \cdot k^3$ | $6Cn^3 \log n + 4n^3$ |

| Pass | FFT-based (Memoized) |
|---|---|
| Forward $- T_\infty^{fwd}$ | $6Cn^3 \log n + 4n^3 \lceil \log_2 f \rceil$ |
| Backward $- T_\infty^{bwd}$ | $6Cn^3 \log n + 4n^3 \lceil \log_2 f' \rceil$ |
| Update $- T_\infty^{update}$ | $3Cn^3 \log n + 4n^3$ |

Table 2.3: Time required to perform operations on fully connected convolutional layers with infinite number of processors available.

| Pass | Pooling | Filtering | Transfer function |
|---|---|---|---|
| Forward $- T_\infty^{fwd}$ | $n^3$ | $6n^3 \log k$ | $n^3$ |
| Backward $- T_\infty^{bwd}$ | $n^3$ | $n^3$ | $n^3$ |
| Update $- T_\infty^{update}$ | $-$ | $-$ | $n^3$ |

Table 2.4: Time required to perform pooling, filtering and transfer function on a full layer with infinite number of processors available.

of workers will then execute the tasks from the global queue. Each worker picks up and executes a task with the highest priority on the queue.

## 2.6.1   Scheduling algorithm

Assuming that all tasks require roughly the same amount of time to execute, a well-known scheduling heuristic for achieving low latency is to prioritize each task by the distance of the longest path to any sink node in the task dependency graph.

We will modify this heuristic for update tasks. These will be given lower priority in the queue than all other tasks, and execution will be forced whenever the dependent forward task is scheduled for execution. This modification has little effect on latency, and forced execution respects cache locality.

The priority of a forward (backward) task of an edge $e = (u, v)$ is given by the ordered pair $(d, n)$, where $d$ is the longest distance from the node $v$ to any output (input) node in the ConvNet computation graph and $n$ is the index of $v$ in some total ordering of the nodes of the ConvNet computation graph. Ordering by $d$ is a heuristic

for low latency, and ordering by $n$ breaks ties in a way that increases cache locality.

A backward or update task is placed in the priority queue when all its dependencies are satisfied. A forward task is placed in the queue when all its non-update dependencies are satisfied, and its update dependency is queued, executing, or complete.

### 2.6.2   Task execution algorithms

**Forward task** algorithm is shown in the Algorithm 1. The main functionality of the forward task is to apply the appropriate FORWARD-TRANSFORM on the given input image $I$ and accumulate the result to the sum stored in the output node. The task that adds the last image to the sum then queues all dependent forward tasks for execution.

The main functionality of the forward task is shown in the procedure DO-FORWARD. However such procedure can only be executed when the update task from the previous round has been completed. This is ensured by creating a new sub-task containing the main functionality and calling the FORCE method.

---

**Algorithm 1** Executing a forward task

---

FORWARD-TASK$(e, I)$
1   $t = $ CREATE-TASK(DO-FORWARD, $e, I$)
2   FORCE$(e.update\_task, t)$

DO-FORWARD$(e = (u, v), I)$
1   $I^{out} = e.$FORWARD-TRANSFORM$(I)$
2   **if** ADD-TO-SUM$(v.fwd\_sum, I^{out})$
3       $v.I_f = $ GET-SUM$(v.fwd\_sum)$
4       **for** $e' \in v.out\_edges$
5           $t = $ CREATE-TASK(FORWARD-TASK, $e', v.I_f$)
6           ENQUEUE$(e'.fwd\_priority, t)$

---

The FORCE function receives an update task and a forward subtask as parameters. The goal of the function is to execute the forward subtask but also make sure that the update task has been completed. In order to do that the method first examines

the state of the update task which can be one of the following (Note that the Force is called from the thread scheduled to execute the appropriate forward task).

1. **Completed** - the execution of the update task has been completed; in this case the calling thread just executes the forward subtask.

2. **Queued** - the update task is on the queue waiting to be scheduled for execution; in this case the update task is removed from the queue, and the calling thread executes both the update task and the forward subtask.

3. **Executing** - the update task is currently being executed by some other thread; in this case the forward subtask gets *attached* to the update task. This flags the thread executing the update task to execute the forward subtask as soon as the update task is completed. The calling thread then returns and picks up another task for execution.

Such design ensures that no thread is ever waiting for completion of an update task, but rather executes the required update task itself, or delegates the forward subtask to the thread currently executing the update task.

---

**Algorithm 2** Executing a backward task

---

BACKWARD-TASK($e = (u, v), I$)
1   $I^{out} = e.\text{BACKWARD-TRANSFORM}(I)$
2   **if** $e.is\_trainable$
3       $I_f = u.fwd\_image$
4       $e.update\_task = \text{CREATE-TASK}(\text{UPDATE}, e, I_f, I)$
5       $\text{ENQUEUE}(lowest\_priority, e.update\_task)$
6   **if** ADD-TO-SUM($u.bwd\_sum, I^{out}$)
7       $u.I_b = \text{GET-SUM}(u.bwd\_sum)$
8       **for** $e' \in u.in\_edges$
9           $t = \text{CREATE-TASK}(\text{BACKWARD-TASK}, e', u.I_b)$
10          $\text{ENQUEUE}(e'.bwd\_priority, t)$

---

**Backward task** algorithm is shown in Algorithm 2. When scheduled for execution, all the dependencies of the backward task have been satisfied. The backward task

then applies the appropriate SMALL CAPS Backward-Transform on the given image and then queues an appropriate update task for execution with the lowest common value as priority. Similarly to the forward task, the transformed image is then added to the sum stored in the input node, and the thread to add the last image to the sum queues the dependent tasks for execution.

**Update tasks** algorithm is shown in Algorithm 3. First the gradient of the loss is calculated, and then is multiplied by a small "learning rate" $\eta$ and subtracted from the set of the training parameters (weights of the kernel or the bias). Finally, if a forward subtask has been attached it is detached and executed.

---

**Algorithm 3** Executing an update task

---

$\textsc{Update}(e, I_f, I_b)$
1   $G = e.\textsc{Compute-Gradient}(I_f, I_b)$
2   $e.\mathit{params} = e.\mathit{params} - e.\eta \cdot G$
3   **if** $\mathit{this.fwd\_subtask}$
4       $t = \mathit{this.fwd\_subtask}$
5       $\mathit{this.fwd\_subtask} = \mathit{NIL}$
6       $\textsc{Execute}(t)$

---

## 2.7   Synchronization issues

It is important to minimize the amount of time spent in critical sections – parts of the code that can be only executed by a single thread at a time.

The main three points in the algorithm that require synchronization are memory management (allocation/deallocation), operations on the global task queue and concurrent summations.

### 2.7.1   Queue operations

The operations on the global task priority queue have to be synchronized. The queue is implemented as a heap of lists lowering the complexity of insertion and deletion

from $\log N$ to $\log K$, where $N$ is the total number of tasks in the queue and $K$ is the number of distinct values for the priority of the tasks inside the queue. Depending on the network structure, this number can be much smaller than the total number of tasks in the queue, which is especially true for wide networks.

### 2.7.2   Wait-free concurrent summation

When multiple edges converge on the same node in the computation graph, it means that multiple convolutions executed in parallel need to add their results to the same accumulated sum. The additions have to be synchronized; only one thread is allowed to change the sum. The naive strategy, waiting until all other threads have finished adding their images to the sum, would lead to critical section time that scales linearly with the image size $n^3$. We propose a novel method that eliminates the dependence on image size by performing only pointer operations inside the critical section, which works as follows.

Suppose that multiple threads are executing ADD-TO-SUM in Algorithm 4. For each thread, $v$ points to a different 3D image. We would like the pointer to the sum of all these images to be stored in the object $S$ when the computation terminates. This is accomplished by having each thread repeatedly try to reset the pointer to the sum stored in $S.sum$ to point to $v$ instead. If the thread succeeds, it stops working. If the thread fails, it adds the value pointed to by $S.sum$ to the location referenced by $v$, and sets the pointer to NIL. Every thread continues to work until it succeeds. Once the last thread succeeds, $S$ will contain the correct answer. Note that this algorithm does the time-consuming additions outside the critical section (lines 5-11).

### 2.7.3   Memory management

ZNN implements two custom memory allocators. These are designed to be faster than standard memory management routines, at the cost of using more memory. One custom allocator is dedicated to 3D images, which are usually large, and the other is dedicated to small objects used in auxiliary data structures. Both allocators maintain

---

**Algorithm 4** Wait-free concurrent summation algorithm

---

Add-To-Sum$(S, v)$

```
 1   v' = NIL
 2   last = FALSE
 3   while TRUE
 4       Acquire(S.lock)
 5           if S.sum == NIL
 6               S.sum = v
 7               v = NIL
 8               S.total = S.total + 1
 9               last = (S.total == S.required)
10           else v' = S.sum
11               S.sum = NIL
12       Release(S.lock)
13       if v == NIL
14           return last
15       else Add-To(v, v')  // v = v + v'
```

Get-Sum$(S)$

```
 1   v' = S.sum
 2   S.sum = NIL
 3   S.total = 0
 4   return v'
```

---

32 global pools of memory chunks. Each pool $i$, $i \in 0 \ldots 31$ contains chunks of sizes of $2^i$. Lock-free queues, as described in [49] and implemented as a part of the boost [50] library are used to implement the pool operations. The only difference between the allocators is the memory alignment—the 3D image memory allocator ensures proper memory alignment for utilizing SIMD instructions. No memory is shared between the two allocators.

When a chunk of memory of size $s$ is requested, first $s$ is rounded up to the nearest power of 2. The appropriate pool is examined for available memory chunks. If there's an available chunk we return it and remove it from the pool. If no chunks are available we allocate one from the system and return it.

When de-allocating a chunk memory, it is simply added to the appropriate pool, and no memory is ever returned to the system. This means that the memory usage of our program can never decrease. In practice, as the ConvNet training consist of a single loop performing the same work, our memory usage peaks after a few rounds.

In the worst case this strategy can lead to near $2\times$ memory usage overhead; however the available memory to the CPU is rarely a limiting factor in training a network. In the future, we might consider implementing more advanced memory allocators, such as ones with thread-local pools in addition to the global pool, or ones with higher granularity of available chunk sizes to reduce the size overhead.

Using **jemalloc** [51, 52] for small object allocation yields similar performance with a bit less overhead, however we decided to use our own implementation as the default one, in order to minimize the number of dependencies and make the code more portable.

## 2.8   Scalability

We performed measurements of the speedup achieved by our proposed parallel algorithm relative to the serial algorithm, using the CPU systems listed in Table 2.5. Amazon EC2 instances with 8 and 18 cores (c4.4xlarge and c4.8xlarge) were chosen for benchmarking, because they are readily available to anyone. A 4-way CPU system

| CPU | Frequency | Cores/Threads |
|---|---|---|
| Intel® Xeon™ E5-2666 v3 | 2.9 GHz | 8 cores/16 threads |
| Intel® Xeon™ E5-2666 v3 | 2.9 GHz | 18 cores/36 threads |
| Intel® Xeon™ E7-4850 | 2.0 GHz | 40 cores/80 threads |
| Intel® Xeon™ E7-8890v3 | 2.5 GHz | 72 cores/144 threads |
| Intel®Xeon Phi™5110P | 1.053 GHz | 60 cores/240 threads |

Table 2.5: Machines used for the experiments

was included because it has 40 cores, though this is a relatively specialized piece of hardware. For an even larger number of cores, we also benchmarked the Xeon Phi™Knights Corner. All measurements used the Intel compiler (version 15.0.2) with Intel MKL (version 11.2) libraries for FFTs and direct convolution.

The 3D ConvNets contained four fully-connected convolutional (C) layers with $3 \times 3 \times 3$ kernels, each followed by a transfer function layer (T) with rectified linear function, and two $2 \times 2 \times 2$ max-filtering (M) layers. Each convolutional layer The sequence of layer types was CTMCTMCTCT. The output patch size was $12 \times 12 \times 12$.

The 2D ConvNets contained 6 fully-connected convolutional layers with $11 \times 11$ kernels, each followed by rectified linear transfer function layer (T), and two $2 \times 2$ max-filtering layers (2nd and 4th). The sequence of layer types was CTMCTMCTCTCTCT. The output patch size was $48 \times 48$.

The time of one learning iteration was defined as the interval of time between two consecutive forward pass completions. This is the most accurate estimate as there the execution is being synchronized after the completion of a forward pass. As the speed can be slightly lower until memory usage converges, we ignore the first 5 iterations and average the times of the next 50 iterations. The GPU measurements were averaged over 100 rounds.

2D ConvNets were implemented as a special case of 3D ConvNets, by setting one of the dimensions to have size one. The width of the ConvNets was varied as described below. FFT convolution was employed for 2D, and direct convolution for 3D to illustrate the use of both methods; reversing this yields similar results. Other network architectures and kernel sizes also yield similar results.

Fig. 2-5 and Fig. 2-6 show speedups attained by various CPUs as a function of



Figure 2-5: Speedup versus number of threads for 2D networks achieved on machines in Table 2.5 (left-to-right columns). In each graph, the lines are for network widths $5, 10, 15, 20, 25, 30, 40, 50, 60, 80, 100, 120$, from bottom to top.



Figure 2-6: Speedup versus number of threads for 3D networks achieved on machines in Table 2.5 (left-to-right columns). In each graph, the lines are for network widths 5, 10, 15, 20, 25, 30, 40, 50, 60, 80, 100, 120, from bottom to top.



Figure 2-7: Achieved speedups on 2D networks compared to the serial algorithm.

two parameters, number of worker threads and network width. Each graph shows the result of varying the number of workers while network width is held fixed. To achieve near maximal possible speedup ZNN requires sufficiently wide networks ($\geq 30$ for multicore CPUs and $\geq 80$ for the manycore CPU) and sufficiently many worker threads (number of hyperthreads for multicore and number of hardware threads for manycore) [5]. The value of the maximal speedup is equal to the number of cores or a bit larger (maximal height of graphs).

The performances on the 72 core machine yield an approximate speedup of $55\times$. This is not due to the low efficiency of ZNN, but rather of the fact that the machine had the turbo boost mode enabled. Mainly, when only one core was running, it was running at the frequency of $3.3GHz$, whereas when all cores were running, the frequency was $2.5Ghz$. When adjusted for the change in frequency due to the turbo boost, the ZNN's speedup is $55 \cdot 3.3/2.5 \approx 72$. Unfortunately we didn't have an opportunity to disable the turbo boost mode.

---

[5] Xeon Phi™ has hardware threads which differ from virtual thread technology of the desktop Xeon™ processors.



Figure 2-8: Achieved speedups on 3D networks compared to the serial algorithm.

For a wide network on multicore CPUs, speedup increases linearly until the number of worker threads equals the number of cores. After that the increase continues at a slower rate. For wide networks on Xeon Phi™, speedup increases linearly until the number of worker threads equals the number of cores, then more slowly until double that number, and then even slower until the number of hardware threads. The maximal achieved speedups for networks of different widths are shown in Figs. 2-7 and 2-8.

## 2.9 CPU vs. GPU

While the preceding results show that ZNN can efficiently utilize CPUs, it is also important to know how the resulting performance compares to GPU implementations of ConvNet learning. Therefore, we benchmarked ZNN against Caffe [30] and Theano [32], two popular GPU implementations. Comparison can be tricky because CPU and GPU implementations by definition cannot be run on the same hardware.

We chose to run Caffe and Theano on a Titan X GPU (CUDA 7.0 and cuDNN v3),



Figure 2-9: Comparison of ZNN, Caffe (with and without cuDNN) and Theano for 2D ConvNets. The charts from the top down have kernel sizes of $10^2$, $20^2$, $30^2$ and $40^2$ respectively. Where Caffe data is missing, it means that Caffe could not handle networks of the given size.

and ZNN on an 18 core Amazon EC2 instance (c4.8xlarge). We chose this particular comparison, because the alternatives seemed unfair. For example, we could have run ZNN on specialized hardware with more CPU cores than the EC2 instance. This comparison seemed unfair because the specialized hardware would have been much more costly than Titan X and less accessible than Amazon EC2. Also, we could have used GPU instances from Amazon EC2, but these are currently much slower than Titan X ($3\times$ or more on our benchmarks) and have half the onboard RAM.

For Caffe, both default and cuDNN[53] implementations were used. For 3D ConvNets we only used Theano, as the official release of Caffe still does not support 3D ConvNets. Our Caffe and Theano code is publicly available in the ZNN repository. We

ZNN used FFT convolution for both 2D and 3D, as this was found to be optimal by the auto-tuning capability of ZNN. Caffe and Theano used direct convolution.

Our ConvNets contained 6 fully-connected convolutional (C) layers, each followed by a rectified linear transfer function layer (T), and two max-pooling (P) layers, either $2 \times 2$ or $2 \times 2 \times 2$. The sequence of the layer types was CTPCTPCTCTCTCT. All

networks had width 40, while the sizes of the kernels and the output patch varied.

All benchmark times were for "sparse training," meaning that the ConvNet is used to produce predictions for pixels in the output patch that form a lattice with period 4 in every dimension. The loss of predicted output pixels is due to the two layers of max-pooling.

As noted before, ZNN can also perform "dense training," meaning that the ConvNet is used to produce predictions for every pixel in the output patch by applying the ConvNet to a window that slides across every "valid" location in the input patch. Requiring Caffe or Theano to perform dense training could have been accomplished by computing 16 sparse outputs in 2D and 64 in 3D to assemble a dense output. This method is very inefficient and would have been no contest with ZNN.

### 2.9.1   Speed

The comparison of 2D ConvNets is shown in Fig. 2-9. ZNN is faster than Caffe and Theano for sufficiently large kernels ($30 \times 30$ or larger). This makes sense because FFT convolution (ZNN) is more efficient than direct convolution (Caffe and Theano) for sufficiently large kernels.

Such large kernels are not generally used in practice, so ZNN may not be competitive with GPU implementations for 2D networks. On the other hand, ZNN opens up the possibility of efficiently training networks with large kernels, and these might find some practical application in the future.

The comparison of 3D ConvNets is shown in Fig. 2-10. ZNN is comparable to Theano even for modest kernel sizes of $5 \times 5 \times 5$ and outperforms Theano for kernel sizes of $7 \times 7 \times 7$ and greater. Such kernel sizes are currently relevant for practical applications [11]. Again the benchmark makes sense, because we expect the crossover point for complexity of FFT vs. direct convolution to occur for smaller (linear) kernel sizes in 3D.



Figure 2-10: Comparison of ZNN and Theano for 3D ConvNets. The charts from the top down have kernel sizes of $3^3$, $5^3$ and $7^3$.

## 2.9.2   Memory

Working memory is another computational resource that is important for training ConvNets. Given the limited amount of onboard GPU memory, we were unable to use Theano to train 3D networks with kernel sizes larger than $7 \times 7 \times 7$. We were also unable to use Caffe to train many 2D networks (see missing bars in Fig. 2-9).

ZNN enables training of larger networks mostly because a typical CPU system has much more RAM than even a top GPU. Titan X, for example, has just 12 GB of onboard RAM. Additionally, ZNN can achieve even higher speed by using extra RAM space, as in the case of FFT memoization. When using FFT-based convolutions, with the memoization disabled, ZNN is more efficient in its usage of RAM than the proposed GPU methods. The memory overhead of the methods proposed in [34, 35] could be very high as it is proportional to the number of kernels in a layer. In contrast ZNN's memory overhead is proportional to the number of workers.

## 2.10   Implementation details

ZNN is implemented in C++ and is publicly available under the GPL2 license (`https://github.com/zlateski/znn-release`). It can use either fftw or Intel MKL for FFTs and either provided code or Intel MKL libraries for direct convolution. Using fftw instead of MKL yields same scalability but lower absolute performances due to the differences in single thread performances of the two libraries. The repository also provides alternative scheduling strategies such as simple FIFO or LIFO as well as some more complex ones based on work stealing [54]. The alternative scheduling strategies achieve noticeably lower scalability than the one proposed in the paper for most networks. However, some very specific networks might benefit from alternative scheduling algorithms. Future work can include automatic detection of the best scheduling strategy.

## 2.11   Summary and conclusions

ZNN achieves high performance by efficiently utilizing the available CPUs. We expect an increase in the number of cores per chip (or Xeon Phi[TM]card) in the future, making ZNN even more practical. In fact, we have already used ZNN to achieve state of the art results in boundary detection [55] and computation of dendritic arbor densities [56].

Having a large amount of RAM available to the CPU, ZNN can efficiently train very large ConvNets with large kernels. ZNN allows for easy extensions and can efficiently train a ConvNet with an arbitrary topology, allowing for new research.

Unlike the ZNN's task parallelization model, the current GPU implementations employ SIMD parallelism to perform computation on one whole layer at a time, thus limiting the network structure. Mainly, the computation is parallelized such that a single thread computes the value of a single voxel of an output image. Libraries like cuDNN provide optimized primitives for fully connected convolutional layers by reducing all the required convolutions in the layer to a matrix multiplication, which is then parallelized on the GPU.

Extending the functionality requires the user to provide a parallelized implementation of the new layer type, which typically requires great knowledge of GPU programming, and might take a long time. Contrary to that, ZNN's task parallelism allows for easy extensions by simply providing serial functions for the forward and backward pass, as well as the gradient computation, if required. ZNN's repository contains some sample extensions providing functionality of *dropout* [57] and *multi-scale* [45, 47] networks.

ZNN's answer to commonly asked question "CPUs or GPUs?" is – *it depends*. We have shown that ZNN can outperform modern GPU implementations for modest size networks and relatively small kernel sizes. Often, the training speed is not the only factor when deciding on ConvNet training package. Large ConvNets, with large number of parameters, can produce superior results [55, 33]. In such cases CPUs might be the only option.

Most of the modern networks have layered structure, where all the convolutional layers are fully connected. This comes from the limitations of the data–parallel model of the GPU based approaches. There is, however, no evidence that this is an optimal way to structure a ConvNet. The CPU based method proposed by ZNN lifts this requirement and allows for efficient training of arbitrary topology ConvNets.

# Chapter 3

# ZNN$i$ − Maximizing the Inference Throughput of 3D Convolutional Networks on Multi-Core CPUs and GPUs

Sliding window convolutional networks (ConvNets) have become a popular approach to computer vision problems such as image segmentation, and object detection and localization. Here we consider the problem of inference, the application of a previously trained ConvNet, with emphasis on 3D images. Our goal is to maximize throughput, defined as average number of output voxels computed per unit time. Other things being equal, processing a larger image tends to increase throughput, because fractionally less computation is wasted on the borders of the image. It follows that an apparently slower algorithm may end up having higher throughput if it can process a larger image within the constraint of the available RAM. We introduce novel CPU and GPU primitives for convolutional and pooling layers, which are designed to minimize memory overhead. The primitives include convolution based on highly efficient pruned FFTs. Our theoretical analyses and empirical tests reveal a number of interesting findings. For some ConvNet architectures, cuDNN is outperformed by our FFT-based

GPU primitives, and these in turn can be outperformed by our CPU primitives. The CPU manages to achieve higher throughput because of its fast access to more RAM. A novel primitive in which the GPU accesses host RAM can significantly increase GPU throughput. Finally, a CPU-GPU algorithm achieves the greatest throughput of all, $10\times$ or more than other publicly available implementations of sliding window 3D ConvNets. All of our code has been made available as open source project.

## 3.1   Introduction

Waving the banner of "deep learning," researchers have revived the use of convolutional networks (ConvNets) for computer vision. The revival has been driven by increases in the speed of ConvNet training made possible by GPU implementations [58, 59, 60, 61]. Here we are concerned with the problem of inference, applying a previously trained ConvNet to a new image. Fast inference is critical for big data applications involving large numbers of images and/or very large images. Billions of photos and millions of videos are shared online every day [62, 63]. Scientists are also generating large amounts of image data. For example, high-speed electron microscopy can generate a petascale 3D image from a cubic millimeter of brain in a few weeks [64]. We will focus on 3D ConvNets, which are relevant for both videos and 3D images. 2D ConvNets are regarded as a special case that is less computationally costly.

In contemporary computer vision, researchers are most familiar with applying ConvNets to image-to-label transformations. For example, in object recognition the input is an image of an object and the desired output is the class of the object. However, ConvNets can also be used for image-to-image transformations. In this context, a ConvNet acts like a more complex version of a typical filtering operation in image processing. The ConvNet is applied to a window that slides over the input image. For each location of the window, the ConvNet outputs a set of numbers, effectively producing a set of output images, each with the same resolution as the input image.

For speeding up sliding window inference, a seemingly trivial detail about image



Figure 3-1: Diagram of all layers primitives. The red primitives are wrappers primitives provided by CuDNN. The green primitives are the novel primitives introduced in this paper.

borders turns out to be a bottleneck. Inference is less efficient near the borders, and this inefficiency is proportionally smaller for a larger input image. So efforts to maximize throughput tend to bump into the constraint of limited RAM. (This is not the case for ConvNet training, where there is typically some range of input sizes that is optimal for training speed.) An apparently slower algorithm may end up having higher throughput if it can process a larger image within the constraint of the available RAM.

We consider ConvNet architectures that contain both convolutional and pooling layers. GPU implementations such as cuDNN provide a number of primitives for both kinds of layers. A particular architecture is implemented by combining primitives. In line with this approach, we introduce a number of new layer primitives for the CPU and GPU (Fig. 3-1). These are designed to have low memory overhead, which should be important for high throughput as mentioned above.

Our new convolutional primitives are either direct or FFT-based. For the latter, we introduce new implementations of pruned FFTs that are faster (for kernels on

average 5× for CPU and 10× for GPU) while using less memory. Our FFT-based convolutional primitive for the GPU is designed to use much less memory than the algorithm proposed by [34, 35] and implemented in `fbfft`. We provide two new FFT-based convolutional primitives for the CPU. The task parallel version is more efficient if the number of input images and the number of output images are both large, but at the cost of more memory overhead than the data parallel version. The task parallel algorithm is designed to use less memory than the one previously proposed for ConvNet training 2. To evaluate our novel primitives, we include comparisons with the direct convolutional primitives in cuDNN. We also provide a new direct convolutional primitive for the CPU, but this turns out to be less useful than our FFT-based primitives in most circumstances.

In empirical tests, we combine the primitives to maximize throughput for CPU-only and GPU-only algorithms. In some cases, our FFT-based GPU primitives outperform the cuDNN primitives by a large margin. The CPU-only algorithm may achieve higher throughput than the GPU-only algorithm because the CPU has fast access to more RAM, even if it is capable of fewer floating point operations (FLOPs) per second.

To work around the limited onboard RAM of the GPU, we introduce a novel GPU + host RAM primitive. We show that using this new primitive can lead to much higher throughput, in spite of the slower communication speed between GPU and host RAM.

Finally, we study a CPU-GPU algorithm, in which the first layers of the ConvNet are computed by the CPU and the later layers are computed by the GPU. The algorithm is pipelined to utilize the CPU and GPU efficiently. This yields the highest throughput of all the algorithms, sometimes even greater than the sum of throughputs of GPU + host RAM and CPU-only.

We also compare with other 3D sliding window max-pooling ConvNet implementations. To the best of our knowledge, the only publicly available ones are the Caffe implementation of [65], ZNN [Chap. 2], and ELEKTRONN [66]. (The last is the only competitor that is specifically optimized for inference.) For comparison, we also include a baseline implementation that utilizes the simple pooling primitives of cuDNN

to perform the naive algorithm of computing all subsamplings of the output. For four representative ConvNet architectures running on a Titan X and/or a 4-way Intel Xeon E7 8890v3 machine with 256 GB RAM, our CPU-only, GPU-only, GPU + host RAM, and CPU-GPU implementations outperform all competitors. In particular, our CPU-GPU implementation wins by a factor of roughly $10\times$ or more in all cases.

We focus on throughput (number of output voxels per unit time) as the performance metric. A related metric is energy consumed per voxel. For a given CPU or GPU, maximizing throughput is equivalent to minimizing energy consumption, assuming that the power consumption is roughly constant in time. An interesting implication of our work is that in some situations the most economical way of increasing inference throughput may be to increase host RAM rather adding more GPUs or CPUs.

## 3.2   Throughput of sliding window inference

Sliding window ConvNets were originally applied to detect and/or localize objects in a larger image [67], and this usage has been revived [38]. Here each output image represents the probability that an object of a certain class is located at a voxel. Sliding window ConvNets have also been applied to image segmentation, to produce an output image representing the probability that a voxel is a boundary between objects or not [68]. And they have been applied to semantic segmentation, the problem of labeling each voxel in an input image by the class of the object to which it belongs [69]. In general, sliding window ConvNets are increasing in popularity as they are applied to more and more problems in computer vision. However, transforming image-to-image is even more computationally costly than image-to-label, so the need for speeding up sliding window ConvNets is especially acute.

In large scale sliding window inference, the input image is divided into smaller input patches. These are transformed by the ConvNet into output patches, which are recombined to generate the output image. This divide-and-conquer approach is motivated by both time and space considerations. The computation can be sped up by assigning the patches to multiple workers. Also if the computation were not divided,

it might not fit in the RAM available to a single worker.

Each output patch is smaller than the input patch, because the sliding window is restricted to be entirely contained within the input image. (This is analogous to a "valid" convolution in MATLAB.) Therefore the input patches are chosen to overlap so that the output patches exactly cover the output image without overlap. (This is analogous to the overlap-save or overlap-scrap method for computing a single convolution described in signal processing textbooks.)

We define the throughput of a single worker as the number of voxels in the output patch divided by the time required for the worker to process a single patch. In this paper, a worker will be a single shared-memory machine, either CPU or GPU or combination of the two. Our goal is to maximize worker throughput.

When computing ConvNet outputs for nearby locations of the sliding window, some of the arithmetic operations are identical. For efficiency it is important to reuse the results of these operations. For ConvNets with convolutional layers only, this happens naturally as the output patch is the same resolution as the input patch. If there are pooling layers, however, the output patch produced by a ConvNet is a subsampling of the output of a sliding window ConvNet. To obtain the entire output image, one must compute all subsamplings with different offsets separately, and then combine them. This algorithm does not efficiently reuse computations for nearby output voxels.

Here we instead provide pooling primitives that compute max-pooling fragments (MPF), a more efficient strategy for sliding window computations [37, 36]. ELEK-TRONN is the only other publicly available package with MPF support known to us (`http://elektronn.org`). The MPF algorithm computes the same results as the approach known as "dilated convolution"[70], "strided kernels"[65], "max filtering"2, or "filter rarefaction"[45].

While MPF does efficiently reuse computation within a patch, the division into patches does itself incur a cost. Reuse cannot happen for nearby locations in different output patches, assuming the computations on the patches are done independently. For example, it is highly inefficient to make the input patch the same size as the

sliding window, which results in no reuse at all across different locations of the sliding window. It is more efficient to increase the size of the input patch, to reduce the fraction of voxels near the border and thereby reduce inefficiency due to lack of reuse.

Consequently memory overhead becomes important, if the goal is to maximize throughput. An apparently faster algorithm may end up with inferior throughput if it cannot process a large input patch using the available RAM. Later on, we will introduce a set of novel primitives for computing the layers of a ConvNet, which are designed to have low memory overhead as well as to be fast. The primitives include convolutional and max-pooling layers. (Our approach also can be extended to other kinds of pooling layers.) As a prelude to the layer primitives, we first introduce lower-level FFT primitives which turn out to be important for efficient convolution.

## 3.3   Pruned FFT

Improving the efficiency of convolution is crucial, because this computation is performed so many times in a ConvNet. The advantages of FFT convolution have been shown for 2D ConvNets running on GPUs [34, 35], and 3D ConvNets running on CPUs [Chap. 2].

In FFT convolution the kernel and the image are zero-padded to a common size. Since the kernel is typically much smaller than the image, the padded kernel consists mostly of zeros. Ignoring the zeros is known as FFT pruning, and can provide speedup. We propose and implement such an algorithm, for both the CPU and GPU. Our approach achieves an average of $5\times$ speedup over the naive approach on the CPU and $10\times$ speedup on the GPU.

The speedup is expected to be large for a ConvNet, which typically contains many more kernel FFTs than image FFTs. The speedup is more modest for a single convolution, which requires one padded kernel FFT, one image FFT, and one inverse FFT.

While our pruned FFT algorithms give a substantial speedup, understanding them is not necessary for understanding the rest of our contributions. The reader may prefer to skip to the next section on how pruned FFTs are used to compute the convolutional



Figure 3-2: Pruned FFTs. The dark blue voxels show the locations of the nonzero elements of the image after zero-padding.

layers.

### 3.3.1   General algorithm

For 3D FFT-based convolution, the 3D images $x$ and $y$ are first zero-padded to the same size. The inverse FFT of the point-wise product contains the result of the convolution. The images $x$ and $y$ can be zero-padded to any size, as long as their size is equal.

A 3D FFT is obtained by computing 1D FFTs along the three dimensions. Some of these 1D FFTs are of an array with all elements equal to 0. These are unnecessary to compute as the FFT of an all zeros signal is all zeros.

We can reduce the amount of computation by computing only necessary 1D transforms. When computing the FFT of a trainable kernel of size $k^3$ zero padded to size of $n^3$, instead of naively computing $n^2$ 1D FFTs along each dimension, which takes $Cn^3 \log n^3$ we could first only do $k^2$ FFTs along one dimension, then $k \times x$ along then next, and finally $n^2$ along the last dimension, as shown on Fig. 3-2. This approach

reduces the computational cost from $Cn^3 \log n^3$ to $Cn \log n[k^2 + k \cdot n + n^2]$. As most of the FFTs are performed on kernels, and as the kernel sizes are usually much smaller compared to the image sizes ($k \ll n$), we could reduce the computation cost by nearly two thirds.

### 3.3.2   CPU implementation

Suppose we would like to compute the FFT of an $x \times y \times z$ image zero-padded to an $x' \times y' \times z'$ image.

The $x \times y \times z$ image is zero-padded to $x' \times y \times z$. This is easily implemented by doing a linear copy of the memory, and zero-padding the rest. We then perform $y \cdot z$ 1D real to complex FFT transforms along the $x$ direction. The FFTs are performed out of place into a pre-allocated, and zero-initialized complex-valued $\lfloor \frac{x'}{2} \rfloor + 1 \times y' \times z'$ image. We then perform in-place 1D transforms along the $y$ direction, followed by the $z$ direction.

The inverse FFT is computed by following the above steps in reverse order. The 1D FFTs can either be done serially, or by $N$ workers in parallel (in a parallel for loop).

This method induces a memory overhead of $x' \times y \times z$, a space required for zero–padding the image along $x$ direction in the first step of the algorithm.

### 3.3.3   GPU implementation

On the GPU, we always perform FFTs on $b$ 3D images simultaneously, in order to achieve high utilization of the many GPU threads.

A set of $b$ 3D images can be represented as a 4D tensor. We need to perform 1D FFTs along the three least significant dimensions. Our algorithm computes the 3D FFTs as a series of tensor transforms [1] and 1D FFTs along the least significant dimension of the tensor.

When computing the FFT transforms of $b$ 3D images each of size $x \times y \times z$ padded

---

[1] This is known as a `permute` function in MATLAB

to $x' \times y' \times z'$, the size of the 4D input tensor $I$ is $b \times x \times y \times z$. First, 1D in–place real to complex 1D transforms along the $z$ direction are performed. We prepare the input by extending the 4D tensor along the $z$ direction to fit the result. The transform will need to contain $z'' = z'/2 + 1$ complex numbers, and we need twice as many reals. A 4D tensor $I^1$ of size $b \times x \times y \times 2z''$) is first initialized to zero, and appropriate elements from the input are filled in (elements $I_{i,j,k,l}$ get mapped to $I^1_{i,j,k,l}$ while the rest of elements of $I^1$ are set to zero).

A batch of $b$ in–place real to complex 1D transforms are then performed. The result represents a 4D complex tensor $\tilde{I}^1$ of size $b \times x \times y \times z''$. Note that all the 1D transforms are done on contiguous memory chunks (along the least significant dimension).

In the next step we perform in-place complex to complex transforms along the $y$ direction. To do this the elements of $\tilde{I}^1$ are permuted into another 4D tensor $\tilde{I}^2$ of size $b \times x \times z'' \times y'$, such that the element $\tilde{I}^1_{i,j,k,l}$ gets mapped to $\tilde{I}^2_{i,j,l,k}$ and the rest of $\tilde{I}^2$ is zero–filled. We then perform in-place complex to complex transforms along the least significant dimension of $\tilde{I}^2$.

In the final step, we perform the transform along the $x$ direction. We permute $\tilde{I}^2$ into a new 4D complex tensor $\tilde{I}^3$ of size $b \times z'' \times y' \times x'$. An element $\tilde{I}^2_{i,j,k,l}$ is mapped to $\tilde{I}^3_{i,k,l,j}$. Complex to complex in-place transforms are performed along the least significant dimension of $\tilde{I}^3$.

As we only perform point-wise multiplications of transformed images, or take the inverse transforms of them, we can just keep the result in this representation – not waste computation doing extra permuting.

The inverse transform can be performed taking the same steps in reverse order.

### 3.3.4   Implementation details

Our approach uses 3rd party libraries to perform each batch of 1D FFTs. Depending on the library implementation, the size to which we pad the 3D image can greatly influence the computational complexity.

On the CPU we use either `fftw` or `Intel MKL`, and pad the images (and kernels)

to sizes that can be written in the form of $2^a 3^b 5^c 7^d 11^e 13^f$. When `Intel MKL` is used any such size is allowed, however, when `fftw` is used we only allow sizes for which $e + f$ is either 0 or 1 [71, 72]. On the GPU we use cuFFT [73], which has optimized algorithms only for sizes of the form $2^a 3^b 5^c 7^d$.

4D tensor permuting requires a lot of indexing calculation, which can involve a lot expensive division and modulus operations. Sometimes these operations are more expensive than the actual 1D FFT transforms performed. We improve the performances by only using multiplications by a pre–computed magic numbers and shift operations as described in [74]. Image reshaping is easily implemented using the Thrust CUDA library [75].

We limit the large cuFFT memory overhead for computing batches of 1D transforms by splitting the batch computation into sub–batches of 1D transforms. We make sure that the sub–batch size is still large enough to utilize all the computational power, but limit the size so that we limit the memory overhead.

The memory overhead of the algorithm is due to the fact that we do out-of-place permuting of the 4D tensor, and requires space for $b \cdot x \cdot y' \cdot z''$ complex numbers. This, however, will not increase the memory overhead of our algorithm for convolutional layers on the GPU, as it already needs a temporary tensor of size $b \cdot x' \cdot y' \cdot z''$ for other purposes, which we can use as the scratch space for computing the FFT transforms.

Additional, relatively small, overhead comes from the memory required by cuFFT to perform a batch of 1D transforms. By dividing the batch into sub–batches we essentially limit this overhead to a pre–defined constant amount of memory.

## 3.4   Convolutional layers

We begin with the primitives for the convolutional layers, which are the most computationally intensive.

The input to a convolutional layer is a tuple of $f$ images, and the output a tuple of

| Layer | Input shape | Output shape |
|---|---|---|
| Convolutional – Direct | $S \times f \times n^3$ | $S \times f' \times [n-k]^3$ |
| Convolutional – FFT–based | $S \times f \times n^3$ | $S \times f' \times [n-k]^3$ |
| Max Pooling | $S \times f \times n^3$ | $S \times f \times [n/p]^3$ |
| Max Fragment Pooling | $S \times f \times n^3$ | $[S \cdot p^3] \times f \times (n/p)^3$ |

| Layer | FLOPS |
|---|---|
| Convolutional – Direct | $S \cdot f' \cdot f \cdot n^3 \cdot k^3$ |
| Convolutional – FFT–based | $S \cdot 3Cn^3 \log n[f' + f] + 4Sf'fn^3 + ff'Cn \log n[k^2 + kn + n^2]$ |
| Max Pooling | $S \cdot f \cdot n^3$ |
| Max Fragment Pooling | $S \cdot f \cdot n^3 \cdot p^3$ |

Table 3.1: Relation between input and output shapes for convolutional and pooling layers, along with computational complexities. Input shape is for a batch of $S$ inputs, each of which is an $f$-tuple of 3D images with size $n^3$, and output shape is analogous. The 3D kernel has size $k^3$. The pooling window has size $p^3$, and the constant $C$ for the FFT complexity depends on the FFT implementation.

$f'$ images. We want to process a batch of $S$ inputs to yield a batch of $S$ outputs, via

$$O_{s,j} = \sum_{i=1}^{f} w_{ji} * I_{s,i}$$

for $1 \le s \le S$ and $1 \le j \le f'$. Here $I_{s,i}$ is the $i^{th}$ image of the $s^{th}$ input in the batch, and $O_{s,j}$ is the $j^{th}$ image of the $s^{th}$ output in the batch, and $w_{ji}$ is the kernel from the $i^{th}$ image in an input tuple to the $j^{th}$ image in an output tuple.

We will assume 3D images and kernels. If $I_{s,i}$ has size $\vec{n} = \langle n_x, n_y, n_z \rangle$ and $w_{ji}$ has size $\vec{k} = \langle k_x, k_y, k_z \rangle$, then we can regard $I$ as a 5D tensor of size $S \times f \times n_x \times n_y \times n_z$, $w$ as a 5D tensor of size $f' \times f \times k_x \times k_y \times k_z$, and $O$ as a 5D tensor of size $S \times f' \times n'_x \times n'_y \times n'_z$, where $\vec{n}' = \vec{n} - \vec{k} + \vec{1}$.

We will refer to the sizes of the 5D tensors $I$ and $O$ as input shape and output shape, respectively. The relationship between input shape and output shape depends on kernel size as in Table 3.1.

### 3.4.1   CPU algorithms

We propose three parallel algorithms for the convolutional layer that are suited for multi-core CPUs. The first algorithm performs direct convolution, whereas the other two use FFT based convolutions.

**Direct convolution algorithm**

---

**Algorithm 5** Multi-core algorithm for a convolutional layer using direct convolution.

---

CONVOLUTIONAL-FORWARD-FFT-CPU1$(I, w, S, f, f', \vec{n}, \vec{k})$

1   $\vec{n}' = \vec{n} - \vec{k} + \vec{1}$
2   $O = 5\text{D-REAL-TENSOR}(S, f', n'_x, n'_y, n'_z)$
3   **parallel for** $i = 0$ **to** $S - 1$
4       **parallel for** $j = 0$ **to** $f' - 1$
5           **for** $k = 0$ **to** $f - 1$
6               $O_{i,j} = O_{i,j} + \text{CONVOLVE}(I_{i,k}, w_{j,k})$
7   FREE-MEMORY$(I)$
8   **return** $O$

---

The computation is parallelized by two **parallel for** loops such that each image of each output in the batch is computed in parallel on a different working thread (see Algorithm 5). The **parallel for** loops are implemented using Intel thread building blocks such that the work is evenly divided over the available cores.

We provide one implementation using naive convolution and the other using Intel MKL. The latter is 2× faster on average, but requires extra memory for a temporary image where a result of convolution is stored before accumulating it to the output image. The memory overhead of both implementations is given in Table 3.2.

**Data parallel FFT-based algorithm**

The computationally intensive operations are individually parallelized (see Algorithm 6). More specifically each FFT and inverse FFT transform is done in parallel as explained in the previous section. The PARALLEL-MAD function computes a series

| CPU algorithm | Memory required |
|---|---|
| Direct (naive) | $S \cdot f \cdot n + S \cdot f' \cdot n'$ |
| Direct (MKL) | $S \cdot f \cdot n + S \cdot f' \cdot n' + T \cdot n'$ |
| FFT algorithm 1 | $\max \begin{cases} S \cdot f \cdot (n + \tilde{n}) \\ S \cdot f' \cdot n' + (S \cdot f + 1) \cdot \tilde{n} \end{cases}$ |
| FFT algorithm 2 | $\max \begin{cases} S \cdot f \cdot (n + \tilde{n}) \\ S \cdot (f + f') \cdot \tilde{n} + T \cdot \tilde{n} \\ S \cdot f' \cdot (n' + \tilde{n}) \end{cases}$ |

| GPU algorithm | Memory required |
|---|---|
| cuDNN (default) | $S \cdot f \cdot n + S \cdot f' \cdot n'$ |
| cuDNN (precomp) | $2S \cdot f \cdot n + S \cdot f' \cdot n'$ |
| FFT | $K + \max \begin{cases} S \cdot f \cdot (n + \tilde{n}) + f \cdot \tilde{n} \\ S \cdot (f + f') \cdot \tilde{n} + 2f \cdot \tilde{n} \\ S \cdot f' \cdot (n' + \tilde{n}) + f' \cdot \tilde{n} \end{cases}$ |

Table 3.2: Memory required by different implementations. $S$ is the batch size, $f$ and $f'$ represent the number of input/output images of the layer. $n$ and $n'$ represent the number of pixels in each input/output image, and $\tilde{n}$ represents the number of elements in the transformed image. $K$ is pre–defined constant amount of memory allocated for cuFFT, and $T$ is the number of available cores for the CPU algorithms.

of multiply-add operations of complex numbers in parallel by dividing the range into roughly equal sub-ranges, each of which is executed on a single core.

---

**Algorithm 6** Multi-core algorithm for a convolutional layer

---

$\textsc{Convolutional-Forward-FFT-CPU1}(I, w, S, f, f', \vec{n}, \vec{k})$

1   $\vec{n}' = \vec{n} - \vec{k} + \vec{1}$
2   $\vec{\tilde{n}} = \textsc{FFT-Optimal-Size}(\vec{n})$
3   $\tilde{I} = \textsc{5D-Complex-Tensor}(S, f, \lfloor \tilde{n}_x/2 \rfloor + 1, \tilde{n}_y, \tilde{n}_z)$
4   **for** $i = 0$ **to** $S - 1$
5       **for** $j = 0$ **to** $f - 1$
6           $\tilde{I}_{i,j} = \textsc{Parallel-FFT}(I_{i,j})$
7   $\textsc{Free-Memory}(I)$
8   $O = \textsc{5D-Real-Tensor}(S, f', n'_x, n'_y, n'_z)$
9   $\tilde{O} = \textsc{4D-Complex-Tensor}(S, \lfloor \tilde{n}_x/2 \rfloor + 1, \tilde{n}_y, \tilde{n}_z)$
10  $\tilde{w} = \textsc{3D-Complex-Tensor}(\lfloor \tilde{n}_x/2 \rfloor + 1, \tilde{n}_y, \tilde{n}_z)$
11  **for** $i = 0$ **to** $f' - 1$
12      **for** $j = 0$ **to** $f - 1$
13          $\tilde{w} = \textsc{Parallel-FFT}(w_{i,j})$
14          **for** $k = 0$ **to** $S - 1$
15              $\textsc{Parallel-MAD}(\tilde{I}_{k,j}, \tilde{w}, \tilde{O}_k)$
16      **for** $k = 0$ **to** $S - 1$
17          $O_{k,i} = \textsc{Parallel-Inverse-FFT}(\tilde{O}_k)$
18  $\textsc{Free-Memory}(\tilde{I})$
19  $\textsc{Free-Memory}(\tilde{O})$
20  $\textsc{Free-Memory}(\tilde{w})$
21  **return** $O$

---

The memory requirement of the algorithm equals to the maximal amount of memory required by the algorithm at any single point of time during the execution, and is given in Table 3.2.

**Task parallel FFT-based algorithm**

The main quantities of the task parallel algorithm are: (1) breaking up the computation required by the convolutional layer into tasks that operate on independent chunks of memory, (2) creating a task dependency graph, and (3) scheduling the tasks for execution.



Figure 3-3: Task dependency diagram of a task–based convolutional layer.

There are five different task types:

- **Input image transform** task computes the forward FFT transform of a single input image.

- **Kernel transform** task computes the forward FFT transform of a single kernel.

- **Multiply-add** task computes the point-wise product of an input image and a kernel FFT accumulating the result to an appropriate image transform.

- **Output image transform** task computes the inverse FFT of the appropriate accumulated image transform. This task is also responsible for adding the bias and applying the transfer function.

- **Synchronization** tasks, beside serving as synchronization points are the only tasks responsible (and only ones allowed) to allocate and/or deallocate memory.

The task dependency graph of all the tasks required for computing the output images of a convolutional layer with four input and five output images for a batch

size of four is shown on Fig. 3-3. The tasks are created and queued when all their dependencies have been satisfied. There are four **synchronization** tasks effectively dividing the computation into three stages. The layout of the **kernel transform** tasks forms a grid, with the number of columns equal to the number of output images, and the number of rows equal to the number of input images. The task of the $i^{th}$ column and $j^{th}$ row computes the transform of the kernel $w_{i,j}$. Furthermore, each such task has $S$ dependent **multiply-add** tasks, where $S$ is the batch size of the input (equal to four in Fig. 3-3). The $k^{th}$ dependent **multiply-add** task of a **kernel transform** task in column $i$ and row $j$ accumulates the product of the transforms of the $j^{th}$ input image of the $k^{th}$ batch and the filter $w_{i,j}$ to the transform of the $i^{th}$ output image of the $k^{th}$ batch.

The tasks are executed by $N$ worker threads, where $N$ equals the number of available cores (or virtual cores, when hyper–threading is enabled). Each worker thread is **pinned** to a single core. This means that there is 1–1 relation between the workers and the available cores – each worker is allowed to run only on a specific hardware core, as described in [76]. For this reason, we will use "worker thread" and "core" interchangeably.

The first **synchronization** task allocates memory for the FFT transforms of the input images. The number of dependent **input image transform** tasks equals the number of input images times the batch size $S$. They are then executed by the $N$ worker threads, such that each worker picks up an arbitrary task and executes it.

The last thread to complete the execution of an **input image transform** task immediately executes the second **synchronization** task. This tasks deallocates the memory holding the input images, as their values are no longer required. It then allocates memory for the transforms of the output images. At this point $M$ threads are chosen as *primary* threads, where $M$ is the maximum of $N$ – total number of threads, and the number of output images. The *primary* threads are chosen so that they are evenly distributed over multiple physical chips. Each *primary* thread is given a temporary buffer equal to the size required to fit the transform of a padded kernel for that layer.

The **kernel transform** tasks and **multiply-add** tasks are then scheduled for execution based on their distance to the sink node of the task dependency graph, such that the more distant nodes get scheduled first. The scheduling has two additional constraints: (1) the **kernel transform** tasks can only be executed by a *primary* thread, and (2) its dependent **multiply-add** tasks can only be executed by worker threads that are pinned to the cores on the same physical chip.

This strategy is chosen over the popular alternative approach to task scheduling based on work stealing [77, 78] because it divides the work more evenly over multi–chip machines and further increase cache locality. On a 4-way machine it yields more deterministic results – very little variance in run-time and average of 20% speed improvement over the alternative.

The last **multiply-add** task to complete executes the third **synchronization** task. This task deallocates the memory buffers given to the primary threads as well as the memory used to store the transforms of the input images. It also allocates the memory to store the final result – the output images.

The number of **output image transform** tasks equals the number of output images times the batch size. The tasks are executed by all $N$ workers, such that each worker picks up an arbitrary task and executes it. The last **output image transform** task to finish also executes the final **synchronization** task, which frees the memory required for the output image transforms.

The task parallel algorithm requires that both $f \cdot S$ and $f' \cdot S$ be large enough (at least the same size as the number of available cores) in order to efficiently utilize all the cores. In such cases they can be much more efficient than the data parallel algorithm, as the tasks operate on independent data (thus reducing false–sharing [2]). It further improves the performances on multi–chip systems, by minimizing the data sharing between cores on different chips. On a 4–way Intel Xeon E7–8890 v3 machine the task parallel algorithm is 10× faster than the data parallel one (for large enough $f' \cdot S$ and $f \cdot S$).

As shown later, this is the implementation that is optimal in most cases, even for

---

[2]A case where one CPU's cache is invalidated because multiple CPUs operate on adjacent memory

very small kernel sizes; the only exception is the first layer of the network for which both $f = 1$ and $S = 1$.

The memory required by the task parallel algorithm can be higher then the one of the data parallel algorithm, when many cores are available. The exact memory required equals to the maximal memory required by each of the 3 stages, and is given in Table 3.2.

## 3.4.2   GPU implementations

For the GPU, we propose three different algorithms. Two of them use cuDNN's 3D primitives that are based on implicit matrix–matrix multiplication. The third FFT–based implementation is based on our, previously described, algorithm for pruned FFTs.

**Direct convolution using cuDNN**

The two algorithms using the direct convolution are implemented using cuDNN. CuDNN performs 3D convolution as an implicit matrix–matrix multiplication, meaning that the matrices are not actually created. The first algorithm improves the speed by pre–computing a set of indices, and thus require additional workspace memory. The second algorithm, which we find 3-5× slower does not require any extra memory.

**FFT based algorithm**

FFT-based convolutional layer is based on the GPU implementation of the pruned FFT algorithm described in Section 3.3.3.

The algorithm, given in Algorithm 7 resembles the task based CPU algorithm in the sense that it consists of three stages with memory allocated/deallocated between the stages. The lines 2 and 3 allocate memory required for the input image transforms and the scratch space required by GPU-PARALLEL-FFT procedure (explained in Section 3.3.3). The first stage (lines 4 and 5) computes the transforms of all the input images by performing $f$ 3D FFTs in parallel. The memory used by the input images

---

**Algorithm 7** FFT based convolutional layer algorithm for the GPU.

---

CONVOLUTIONAL-FORWARD-FFT-GPU$(I, w, S, f, f', \vec{n}, \vec{k})$

1   $\vec{n}' = \vec{n} - \vec{k} + \vec{1}$

2   $\widetilde{I} = $ 5D-COMPLEX-TENSOR$(S, f, \lfloor n_x/2 \rfloor + 1, n_y, n_z)$

3   $\widetilde{s} = $ 5D-COMPLEX-TENSOR$(f, \lfloor n_x/2 \rfloor + 1, n_y, n_z)$

4   **for** $i = 0$ **to** $S - 1$

5       $\widetilde{I}_i = $ GPU-PARALLEL-FFT$(I_i, \widetilde{s})$

6   FREE-MEMORY$(I)$

7   $\widetilde{O} = $ 5D-COMPLEX-TENSOR$(S, f', \lfloor n_x/2 \rfloor + 1, n_y, n_z)$

8   **for** $i = 0$ **to** $f' - 1$

9       $\widetilde{w}_i = $ PARALLEL-FFT$(w_i, \widetilde{s})$

10      **for** $j = 0$ **to** $S - 1$

11         $s = $ PARALLEL-MULT$(\widetilde{w}_i, \widetilde{I}_j)$

12           $\widetilde{O}_{j,i} = $ PARALLEL-ACCUMULATE$(s)$

13  FREE-MEMORY$(\widetilde{I})$

14  FREE-MEMORY$(\widetilde{s})$

15  $O = $ 5D-REAL-TENSOR$(S, f', n'_x, n'_y, n'_z)$

16  $\widetilde{s} = $ 5D-COMPLEX-TENSOR$(f', \lfloor n_x/2 \rfloor + 1, n_y, n_z)$

17  **for** $i = 0$ **to** $S - 1$

18      $O_i = $ GPU-PARALLEL-INVERSE-FFT$(\widetilde{O}_i)$

19  FREE-MEMORY$(\widetilde{O})$

20  FREE-MEMORY$(\widetilde{s})$

21  **return** $O$

---

is then released, and memory for storing the FFTs of the output images is allocated (lines 6 and 7).

In the second stage (lines 8–12) we loop over the $f'$ output images. For each output image we compute the transform of the $f$ relevant kernels (ones connecting each of the input images and the current output image). We then loop over the inputs in the batch, and for each batch we compute the point–wise product of the relevant input image transforms with the relevant kernel transforms, producing $f$ complex valued images. The values of the $f$ images are then accumulated to a single image, – the transform of the appropriate output image. Note how we can re–use the scratch space $s$ (used for GPU-PARALLEL-FFT) to store the point–wise product of $f$ transformed images.

The memory used by the input image transforms, and the scratch space is then released. We then allocate memory for the output images as well as new scratch space of different size, required for computing $f'$ inverse FFT transforms at once (lines 13–16).

In the final stage (lines 17 and 18) we compute the output images by looping over the batches and computing $f'$ inverse FFTs in parallel. Finally we free the memory of the output transforms and the scratch space.

The memory required by the algorithm is equal to the maximum of memory required in each of the three stages (Table 3.2).

## 3.5  Max-pooling and max-pooling fragments

*Max pooling* of an image of size $\vec{n}$ with the window size of $\vec{p} = \langle p_x, p_y, p_z \rangle$ divides an image into blocks of size $\vec{p}$. The maximum value is computed for each block, yielding an image of size $\langle n_x/p_x, n_y/p_y, n_z/p_z \rangle$. The input image size $\vec{n}$ is restricted such that $n_x$, $n_y$ and $n_z$ are divisible by $p_x$, $p_y$ and $p_z$ respectively.

On the CPU, we implement the max-pooling layer so that the max-pooling of each image is performed in parallel (e.g. by using parallel for loop). For the GPU we use the cuDNN primitives for max-pooling.

When the input image has the same size as the ConvNet field of view, the output image consists of a single voxel.

*Max pooling fragmentation* of an image of size $\vec{n}$ with the window size of $\vec{p}$ produces $p_x \times p_y \times p_z$ output images (fragments) by performing multiple *max pooling* operations on the image at offsets $(x, y, z)$, where $0 \leq x < p_x$, $0 \leq y < p_y$, and $0 \leq z < p_z$. When the image has size such that $\vec{n} + \vec{1}$ is divisible by $\vec{p}$, the sizes of all produced fragments will equal $\langle \lfloor n_x/p_x \rfloor, \lfloor n_y/p_y \rfloor, \lfloor n_z/p_z \rfloor \rangle$.

It is important to note that max-pooling fragmentation increases the batch size for subsequent layers. For an MPF layer, the number of output images is equal to the number of input images times the number of fragments $p_x \times p_y \times p_z$. The increase in the batch size has an impact on the parallelization of subsequent layers. Simple max-pooling does not change the batch size.

Our CPU implementation loops over all the $f$ input images of each of $S$ inputs in a parallel for loop, and performs the max-pooling operation at each offset.

In the GPU implementation, for each valid offset $(x, y, z)$ we invoke the cuDNN max-pooling primitive to compute the max-pooling of all input images at that offset.

## 3.6   GPU-only or CPU-only inference

By stringing together the CPU (or GPU) layer primitives defined above, we can now construct CPU-only (or GPU-only) algorithms for ConvNet inference. For each layer, we have a choice between several primitives. Each *max–pooling* layer can be replaced by a *MPF* layer. The size of the input patch and the number of inputs in the batch should be chosen. These parameters and the primitives should be chosen to maximize throughput. Below we describe some theoretical considerations and empirical data about the optimal choice.

### 3.6.1   Maximizing throughput

The result of a network applied to an input $I$ is obtained by sequentially applying each primitive. The input to the first layer's primitive is $I$, and the input to every

subsequent primitive will be the output of the previous layer's primitive. The output of the last layer will be our desired result $I'$. Note that if *MPF* layers are used, the most significant dimension of the output can increase. For an input shape of $(S, f, x, y, z)$ the output shape will be of the form $(\alpha S, f', x', y', z')$. Where $\alpha$ value is depends on the amount of *MPF* layers used and their pooling window sizes. This output represents $S$ sets, each having $\alpha$ fragments which should be recombined to obtain the sliding–window result. [37, 36].

The throughput of the network is defined as:

$$\frac{\text{Size}(I')}{\sum_{1 \leq i \leq L} \text{Time}(Primitive_i, I_i)}$$

Where $I_i$ is the input of the $i^{th}$ layer's primitive. The output shape will depend on the shape of the input $I$ and the primitives chosen for each *max–pooling* layer. As the input shapes to each layer need to have integral sizes, not every combination of layer primitives and input shapes are allowed (see Table 3.1). Additional constraint is that the memory required for $i^{th}$ primitive to process input $I_i$ has to be smaller than the memory available to the system (either the CPU or the GPU).

In general case, the highest throughput network implementation can be found using an exhaustive search:

1. Loop over all possibilities for the *max–pooling* layers. This will introduce constraints on the allowable input shapes.

2. Loop over all allowed input shapes.

3. Determine the best implementation for each convolutional layer.

This is possible because for fixed choice of *max–pooling* or *MPF* of each pooling layer, and fixed input shape, the time and space required for each convolutional layer is uniquely determined. We pick the fastest one that satisfies the memory constrain.

In the empirical measurements below, it will turn out that for our networks, the highest throughput is obtained when all the *max–pooling* layers are replaced with *MPF*

85



(a)

(b)

Figure 3-4: Theoretical speedup of pooling networks using FFT–based convolution for different sizes of the inputs and different batch sizes for a network with 1 pooling layer (a) and 2 pooling layers (b).

layers, and when the input batch size is one ($S = 1$). Additionally, higher throughput is achieved for larger input sizes.

The fact that *MPF* layers outperform *max–pooling layers* is not surprising as it has been shown that using *MPF* layers reduces amount of operations required for computing a single output pixel [37, 36].

The fact that $S = 1$ produces better results is more surprising, and we attempt to give some theoretical intuition here. Increasing the batch size can greatly reduce the computational cost of FFT–based ConvNets by reusing the transforms of the kernels [34, 35]. However, when the batch size is larger, the memory requirement for each layer increases, thus effectively limiting the maximal size of the input. Increasing the batch size, as well as the input image size increase the memory requirements of the algorithm and lower the computational complexity when FFT based convolutions are used. In our case, increasing the image size had a stronger effect, which is not always the case.

On Fig. 3-4 we show the theoretical speedup achievable by using different batch sizes for two networks, using the computational cost of an FFT–based layer shown in Table 3.1. The theoretical speedup is defined as the ratio of operations required to



Figure 3-5: Maximal throughput achieved vs input image size using GPU–only and CPU–only primitives.

| Layer | F–maps | n337 | n537 | n726 | n926 |
|---|---|---|---|---|---|
| 1 | 80 | Conv $2^3$ | Conv $4^3$ | Conv $6^3$ | Conv $8^3$ |
| 2 | 80 | Pool $2^3$ | Pool $2^3$ | Pool $2^3$ | Pool $2^3$ |
| 3 | 80 | Conv $3^3$ | Conv $5^3$ | Conv $7^3$ | Conv $9^3$ |
| 4 | 80 | Pool $2^3$ | Pool $2^3$ | Pool $2^3$ | Pool $2^3$ |
| 5 | 80 | Conv $3^3$ | Conv $5^3$ | Conv $7^3$ | Conv $9^3$ |
| 6 | 80 | Pool $2^3$ | Pool $2^3$ | Conv $7^3$ | Pool $9^3$ |
| 7 | 80 | Conv $3^3$ | Conv $5^3$ | Conv $7^3$ | Conv $9^3$ |
| 8 | 80 | Conv $3^3$ | Conv $5^3$ | Conv $7^3$ | Conv $9^3$ |
| 9 | 80 | Conv $3^3$ | Conv $5^3$ | | |
| 10 | 3 | Conv $3^3$ | Conv $5^3$ | | |

Table 3.3: ConvNet architectures of the benchmarked networks.

compute a single output pixel of a naive approach (having input image equal to the field of view of the network – output equal to $1 \times 1 \times 1$, and a network using *MPF* with different input sizes. Instead of having the input size on the $x$ axis we display the memory required for such network.

We see that for a network with 2 pooling layers, having a batch size of 1 can achieve the highest theoretical speedup. As the networks we benchmark have 2 or more pooling layers our empirical results agree with the theoretical estimate. When optimizing the throughput of networks with only 1 pooling layer, one should consider larger batch sizes.

### 3.6.2   Empirical results

We expect that algorithm throughput will depend on ConvNet architecture. For benchmarking purposes, we chose to make the field of view fairly large. This was accomplished either by having more pooling layers or larger filters. Two architectures had seven convolutional and three pooling layers in the sequence CPCPCPCCCC. The networks had kernel sizes of $3 \times 3 \times 3$ and $5 \times 5 \times 5$. Two other architectures had 6 convolutional and 2 pooling layers (CPCPCCCC) with larger filter sizes of $7 \times 7 \times 7$ and $9 \times 9 \times 9$. The architectures of all four benchmarked networks are shown in Table 3.3. A rectified linear transfer function is applied after each convolutional layer. The complexity of the transfer function has little influence on computation time

|          | n337      | n537      | n726      | n926      |
|----------|-----------|-----------|-----------|-----------|
| Input size | $235^3$ | $217^3$ | $243^3$ | $253^3$ |
| Layer 1  | CuDNN1    | CuDNN1    | CuDNN1    | CuDNN1    |
| Layer 2  | MPF       | MPF       | MPF       | MPF       |
| Layer 3  | CuDNN2    | FFT       | FFT       | CuDNN1    |
| Layer 4  | MPF       | MPF       | MPF       | MPF       |
| Layer 5  | CuDNN2    | CuDNN2    | FFT       | FFT       |
| Layer 6  | MPF       | MPF       | FFT       | FFT       |
| Layer 7  | CuDNN2    | CuDNN2    | FFT       | FFT       |
| Layer 8  | CuDNN2    | CuDNN2    | FFT       | FFT       |
| Layer 9  | CuDNN2    | CuDNN2    |           |           |
| Layer 10 | CuDNN2    | CuDNN2    |           |           |

Table 3.4: Optimal choice for different layers.

as it represents only a small fraction of the overall computation.

The benchmarks are performed on two machines. The first machine is a 4-way Intel Xeon E7 8890v3 with total of 72 cores (144 hyper–threads), 256GB of RAM and a Titan X GPU (with 12GB on–board RAM). The second machine is an Amazon EC2 instance with 32 virtual cores and 244GB of RAM (r3.8xlarge). The second machine is included as it is more readily available.

Fig. 3-5 shows the throughput achieved on the four benchmarked networks (Table 3.3) with the batch size $S = 1$, and different image sizes.

It turns out that the optimal choice for primitives for the CPU is always the same regardless of the network choice. In all cases the first (convolutional) layer was optimized to data–parallel FFT–based algorithm, and the rest of the convolutional layers used the task–based algorithm. This is expected because of the much higher cache locality of our FFT implementations compared to direct convolution, which plays an important role on the CPU with very fast cache access and relatively slow RAM access.

The optimal use of primitives for the GPU have higher dependence on the ConvNet's architecture. The optimal choice of primitives for each network, as well as the optimal input image size is given in Table 3.4. Interestingly, the implementation for the first layer of all networks is the slower version of the cuDNN's primitive. Even though the



(a)                                    (b)

Figure 3-6: Decomposing a convolutional layer into multiple convolutional sub–layers.

primitive is slower, it is able to process larger input image, as it has lower memory requirement. There is a trade–off between the layer speed, and the maximal size of the input that a layer can process. In this case it was more beneficial to be able to process larger inputs.

## 3.7   GPU + host RAM and CPU–GPU inference

We saw that the throughput can highly depend on the size of the input image we are able to process by the network. For kernels of size $5^3$ or more CPU seems to outperform GPU due to these limits. For that reason we introduce another layer primitive, a layer whose data is stored in host RAM, and is partially uploaded to the GPU where the computation is performed.

### 3.7.1   GPU + host RAM convolutional layer

Consider a convolutional layer whose input is shape is $(S, f, x, y, z)$ and output shape $(S, f', x', y', z')$. The computation performed by the layer can be divided into $N$ sub–layers with input shapes of $(S_i, f_i, x, y, z)$ and output shape $(S_i, f'_i, x', y', z')$. Fig. 3-6 illustrates how the computation of a convolutional layer with $S = 1$, $f = 6$, and $f' = 4$ can be divided into $N = 4$ sub–layers, each having $S_i = 1$, $f_i = 3$ and $f'_i = 2$. The blue color represents the input images that have to be transferred to the GPU, the red

color represents the memory that has to be allocated on the GPU. The green color represent the results that have to be transferred back to the host. The computation of each sub–layer can be performed by any of the GPU–only primitives. The time required for processing the layer will equal to the sum of processing time of each sub–layer and the time required for memory transfers. Due to the GPU's memory limit, not all divisions are feasible.

Due to a large number of possible divisions, simple way to find the optimal division into sub–layers by considering all feasible divisions, and then picking the optimal primitive for each sub–layer might be very time consuming. The search can be pruned using the following two heuristics.

First, for small kernel sizes ($5^3$ or smaller), we consider only the cuDNN primitives based on direct–convolution; and for larger kernels we only consider our FFT–based primitive.

Second, when $S > 1$, we prefer the division into sub–layers such that $f_i = f$, $f_i' = f'$, and $S_i \leq S$. This, essentially divides the batches of the input into sub–batches that are processed on the GPU. In this case, each input will have to be transferred to the GPU exactly once, and each output will be transferred back to the host exactly once.

If there is no feasible division into sub–batches, we prefer sub–layers with $S_i = 1$, where most of the sub–layers have $f_i = f_\alpha \leq f$ and $f_i' = f_\alpha' \leq f'$. Some sub–layers will have to have a different input/output shape if $f$ or $f'$ are not divisible by $f_\alpha$ and $f_\alpha'$, respectively. As most of the sub–layers have the same input and output shape, the time required for the layer can be estimated by running only sub–layers with distinctive input shapes.

The two heuristics render the search for the optimal sub–division, and optimal choice for each sub–layer very fast.

The host memory requirement for this layer equals to the amount of memory required to store the input and the output tensor, and GPU on–board memory has to be large enough to facilitate each sub–layer.

91



Figure 3-7: A network of form CPCPCCCC with the first half executed one layer at the time, and the second half one batch at the time. We pooling window size of the MPF layers is $2 \times 1 \times 1$.

## 3.7.2   GPU + host RAM ConvNet execution

Implementing GPU + host RAM MPF layer turned out to be impractical. Originally we implemented similar GPU + host RAM MPF layers. However, it turned out that it is better to compute the MPF layers on the CPU, even when very few cores are available. This is because of the expensive transfer to and from device and relative low computational complexity of the MPF layers.

The simplest way to execute a network using the GPU for computation and host RAM for storage is to use individually optimized GPU + host RAM layer described above for each convolutional layer, and the CPU implementation of a MPF layer for each pooling layer.

Turns out that, when using MPF layers for evaluating a max–pooling ConvNet we can achieve better performances by minimizing the data transferred to and from the GPU. To understand how we can improve the performances, we need to understand the following property of a ConvNet.

A ConvNet with input shape $I = (S, f, x, y, z)$ with $S > 1$, will have the batch size $S'$ of the output shape $I' = (S', f', x', y', z')$ always divisible by $S$. The values $I'(\frac{S'}{S}i : \frac{S'}{S}(i+1), :, :, :, :)$ will only depend on $I(i, :, :, :, :)$. This means that concatenating results of applying a layer on two inputs $I_1(S_1, f, x, y, z)$ and $I_2(S_2, f, x, y, z)$ will equal to the result of the concatenated input of size $(S_1 + S_2, f, x, y, z)$.

Consider the output shape of the first $\theta$ layers of a ConvNet. The computation of

the rest of the layers can be considered to be another ConvNet that takes the output of the $\theta^{th}$ layer as the input. If some of the first $\theta$ layers were MPF layers, the batch size of the $\theta^{th}$ layer output $S_\theta$ will be greater than 1. Instead processing one layer at the time for the rest of the layers, one might be able to process all remaining layers for a sub–batch $\hat{S}_\theta$ at the time using a GPU–only network. This will reduce the memory transfer overhead as no intermediate results have to be transferred back to the host. In Fig. 3-7 we illustrate the timeline of executing a network of the form CPCPCCCC by having the first four layers executed one layer at the time, and the rest one batch at the time.

We illustrate the stragety through the follwing example. Assume we are given a ConvNet architecture in the form CPCPCCCC, where each layer has 3 input and 3 output images, except for the first layer that has 1 input image and the last that has 1 output image. Let the sizes of the pooling window be $2 \times 1 \times 1$, this means that when *MPF* layers is used, for each input tuple a *MPF* layer will produce 2 fragments of the same size. Mainly the most significant dimension of the input tensor to the layer will double. If the batch size $S$ of the network input was 1, the output of the second *MPF* layer will have the batch size of 4. At this point we might be able to process the rest of the network for a single input tuple (or multiple) using the GPU–only approach, thus only having to upload the input to the GPU once, and fetch the final result once. Processing the first four layers of the network using the GPU + host RAM and MPF layers and the rest of the layers with the GPU–only approach for the rest of the ConvNet is illustrated in Fig. 3-7. Here we process the first four layers, one layer at the time, and the last four layers one batch at the time.

Finding the optimal network execution strategy for such execution becomes more complex. The first additional parameter we have is $\theta$, $(0 \leq \theta \leq L)$, where $L$ is the number of layers of the given ConvNet. This parameters represent the number of layers that will be processed one at the time using the GPU + host RAM or CPU-MPF layer at the time. The rest of the network is then executed one (or more) batches at the time using the GPU–only primitives.

For a given value of $\theta$ and a given input size, this approach has two limitations.

Firstly, $\theta$ layers have to fit on the host RAM. Secondly, there has to exist a GPU–only network that can process the latter layers on the GPU.

In order to find an optimal implementation we, consider any valid input shape and any valid $\theta$ that are convolutional to use GPU + host RAM primitive, and separately optimize the rest of the GPU–only network

### 3.7.3   CPU–GPU ConvNet execution

Finally, inference can be done by utilizing both CPU and GPU. As in the GPU + host RAM approach, the network layers are divided into two groups. For the first $\theta$ layers, we use the optimal CPU implementation as defined in Section VI, and for the rest of the layers we use the optimal GPU implementation as defined in the previous section.

The CPU and the GPU form a producer–consumer pipeline. The CPU produces by computing the first $\theta$ layers for a given input image, and queuing the result. The GPU consumes the data on the queue, taking as input the output of the $\theta^{th}$ layer, and yields the final output of the last layer.

This approach can generate huge memory overhead if the CPU produces data much faster than the GPU can consume. For that reason, the CPU is not allowed to start working on the next input until the queue is empty – until the GPU had picked up and started executing the rest of the network for all the data on the queue. This essentially limits the queue to a maximal size of one.

For a given value of $\theta$ and a given input size the GPU will operate on the output of the $\theta^{th}$ layer producing the final output. Hence the output of the $\theta^{th}$ layer has to be stored in the host RAM, along with memory allocated for the network output. As both the CPUs and GPUs can do work only when the queue is empty, the rest of the host RAM is available to the CPUs.

Finding the optimal implementation through an exhaustive search resembles the one in the previous section. For each valid input shape, we loop over all valid values of $\theta$, and for each such division of the ConvNet, we separately optimize the first $\theta$ CPU-only layers and the rest of the GPU-only layers, having the memory limitations in mind.



Figure 3-8: Maximal throughput achieved vs memory consumption using GPU–only, CPU–only, CPU + host RAM and CPU–GPU implementations for different image sizes.

Fig. 3-8 shows the throughput achieved on the four benchmarked networks (Table 3.3) with the batch size $S = 1$, and different image sizes obtained during the exhaustive search for the highest throughput. Instead of showing the input image size on the $x$ axis, we decide to show the memory required by the implementation, as it allows us to analyze how the memory available to the system influences the maximal possible throughput. The memory consumed is calculated as $\max\{M_{CPU}, M_{GPU}\}$.

## 3.8   Comparison to other algorithms

We compare our 4 approaches (GPU–only, CPU–only, GPU + host RAM and GPU–CPU) with other publicly available implementations and show the results in the Table 3.5. All benchmarks are performed on the same hardware, the 4–way Intel Xeon E7—8890 v3 machine with 256GB of RAM and a Titan X GPU.

The results of our approaches are based on the optimizations described in the previous sections. For the other approaches, we varied the input sizes and measured the throughput, we reported the highest value of throughput obtained, which was always correlated with the size of the input we were able to process.

| Competitors | Baseline (cuDNN) | Caffe | ELEKTRONN | ZNN |
|---|---|---|---|---|
| n337 | $22,934.8$ | $1.348$ | $122,668$ | $34,334.8$ |
| n537 | $1,048.68$ | $-$ | $-$ | $9,494.5$ |
| n726 | $13,520.4$ | $-$ | $6,122$ | $31,354.8$ |
| n926 | $2,667.86$ | $-$ | $-$ | $20,908.6$ |

| ZNN$i$ | GPU-Only | CPU-Only | GPU + host RAM | GPU-CPU |
|---|---|---|---|---|
| n337 | $671,782$ | $262,131$ | $727,103$ | $1,059,910$ |
| n537 | $29,352.1$ | $194,683$ | $147,965$ | $334,163$ |
| n726 | $97,257.2$ | $300,312$ | $148,194$ | $470,166$ |
| n926 | $35,051.3$ | $249,190$ | $104,946$ | $375,295$ |

Table 3.5: Comparisons to other methods.

The baseline (cuDNN) approach consists of calling the cuDNN [53] primitives for convolution and max–pooling. Unlike other approaches, this is not a general framework – it requires the user to write some code for calling into the cuDNN primitives, for

calculating the input/output shapes and some minimal memory management. We expect that a user with minimal programming experience could implement the above. Our implementation was done in C++, however one could use cuDNN bindings for other languages.

Caffe [30] is another GPU ConvNet framework. We benchmarked a version that implements sliding window ConvNets using "strided kernels" [65]. The implementation is also optimized for training and seems to have a huge memory overhead as we were only able to run the smallest of the networks.

ELEKTRONN [66] was the only competitor that provides inference optimization for 3D sliding window ConvNets using *MPF*. The package also uses cuDNN convolutional primitives. However, it was able only to process two of our four networks.

ZNN [Chap. 2] is a framework optimized for training sliding window 3D ConvNets on multi–core and many–core CPUs using "max–filtering" followed by FFT–based "sparse convolution". ZNN was the best competitor for networks with filters of $5 \times 5 \times 5$ or larger.

Our CPU-only, GPU-only, GPU + host RAM, and CPU-GPU implementations outperform all competitors. For the smallest ConvNet architecture, 237 with the kernel sizes of $3^3$, the next best competitor was ELEKTRONN with approximately a tenth of the speed of our CPU–GPU approach. For all the other ConvNets, the next best competitor was ZNN with approximately $15 \times$ lower throughput.

## 3.9   Summary and conclusions

ZNN*i* achieves high throughput by providing and combining various primitives for different layer types. Generally, increasing the input to the network increases the throughput. For that reason each primitive is designed to have minimal memory overhead. Each primitive comes with specific trade–offs in

- Memory overhead.

- Computational complexity.

- Parallelization potential.

The optimal choice of primitives can be found by doing an exhaustive search of all possibilities. Some rules of thumb can be used to narrow the search, but are not necessary. We believe that any time spent searching for the optimal choice of layers and/or the input size will be amortized out when large amount of data is processed.

High throughput inference can have additional benefits. Consider the ConvNet described in [11]. Using combined CPU–GPU approach, it achieves 30 Mvoxels/s throughput. This correspond to processing around 30 Mbytes/s of input images and generating 360 Mbytes/s of output affinity graph (The network described has 3 outputs, each output is a 4–byte floating point number). 360 Mbytes/s exceeds reading speed of most modern hard drives. In this case it might be more beneficial to store input images on disk, and process images in real–time. This will also reduce the total amount of storage required by a factor of $12\times$.

We focused on throughput (number of output voxels per unit time) as the performance metric. However, one might want to optimize for alternative metrics, such as minimizing energy consumption (watts/voxel) or minimizing the price required to produce a voxel ($/voxel). The price includes the amortized cost of the hardware, as well as the cost of the energy consumed. When processing extremely large sets of inputs, the two metrics become equivalent, as the cost of electricity will dominate.

For fixed architecture (CPU or GPU or both), minimizing electricity consumption will is equivalent to maximizing the throughput. As the throughput is correlated with both the input size and the processing power of the CPUs/GPUs. Based on the work in this chapter, to minimize energy consumption, one should consider increasing the amount of RAM available before adding more CPUs or GPUs to the machine.

# Chapter 4

# Watershed Segmentation of Edge–Weighted Graphs and Size–Dependent Single Linkage Clustering

In this chapter we discuss watershed segmentation of an edge–weighted undirected graphs. We present an algorithm that computes a directed graph that defines a unique direction of steepest ascent for every vertex, and then finds the basins of attraction of this steepest ascent dynamics. The algorithm is similar to "watershed cuts," except that it divides non-maximal plateaus more evenly [18, 21, 22].

The resulting watershed basins constitute a flat segmentation of the affinity graph. Applying single linkage clustering to the watershed basins yields a hierarchy of segmentations. We prove that this is a "natural" definition of hierarchy, in the sense that each level is equivalent to the flat watershed segmentation of some upper thresholding of the edge–weighted graph. The time complexity scales quasilinearly with the number of edges, making our algorithm practical even for very large graphs.

## 4.1   Introduction

Many interesting computational problems can be formulated as the partitioning or segmentation of the vertices of an edge-weighted undirected graph. The weight of an edge between two vertices represents their "affinity" for each other, so we will use the term "affinity graph." A common approach to segmentation is to formulate an objective function favoring placement of high affinity vertex pairs in the same segment, and low affinity pairs in different segments. Then an optimization algorithm is applied to obtain a segmentation [19, 20]. These algorithms typically run in polynomial time, but the exponent is larger than one, limiting their applicability to very large graphs.

On the other hand, the family of watershed algorithms achieves linear time complexity, and is therefore practical for large graphs. Roughly speaking, these algorithms find the basins of attraction of a steepest ascent dynamics on the graph. The basins are in one–to–one correspondence with the regional maxima of the graph. The definition becomes subtle in regions of the graph that are "flat" but not regional maxima. In such "non-maximal plateaus," the direction of steepest ascent is not uniquely defined.

Here we propose a new definition for watershed segmentation that is similar to the previously proposed "watershed cuts" [18, 21], except that non-maximal plateaus are divided more evenly. The steepest ascent path from any plateau vertex is defined as the unique path that exits the plateau in the shortest possible time. This idea was previously proposed for watershed segmentation of images [26, 27]. We propose a similar approach for edge-weighted graphs. We also provide an algorithm that computes the watershed segmentation in linear time.

Watershed algorithms generally give rise to severe oversegmentation, because noise creates many regional maxima, and every regional maximum corresponds to a watershed basin. If prior knowledge enables the placement of one "marker" in each object, then marker-based watershed algorithms can be applied to divide the graph into one region per marker [79, 80]. However, no such prior knowledge exists in most interesting cases. Then two methods are commonly used to reduce oversegmentation – smoothing and agglomeration. Smoothing the graph reduces noise and hence reduces

the number of regional maxima, after which the watershed algorithm can be applied. Agglomeration of watershed basins yields a fine-to-coarse hierarchy of segmentations with progressively fewer and larger regions.

Here we focus attention on agglomeration by single linkage clustering. This method is not expected to produce performance superior to more sophisticated agglomeration methods [81]. However, we feel that this method is "natural" because it is equivalent to another method of reducing oversegmentation based on smoothing. Namely, single linkage clustering is equivalent to smoothing the affinity graph via upper thresholding, i.e., setting all affinities above a threshold $\theta$ to infinity. We will prove that varying $\theta$ yields exactly the same hierarchy of segmentations as single linkage clustering of the watershed basins of the original affinity graph.

We also show how to modify single linkage clustering by making it depend not only on edge weights but also on cluster size. The modification is useful when there is prior knowledge about the size of true segments, and is shown to have an efficient implementation because size is a property that is guaranteed to increase with each agglomerative step. The runtime of single linkage clustering is quasi–linear in the number of edges in the watershed basin graph.

Felzenszwalb et al. [2] and Guimaraes at al. [82] have proposed efficient image segmentation methods that are quasilinear in the number of edges in the affinity graph. We show that our method produces superior results to that of [2] for the segmentation of neural images from serial electron microscopy.

For the sake of concreteness, the text and figures will often consider the case of an affinity graph in which the vertices are image pixels or voxels, and the edges are between nearest neighbor voxels. However, the definitions and algorithms are actually applicable to arbitrary affinity graphs.

Finally, we provide a `C++` implementation for the special case of affinity graphs in which vertices represent the voxels of 3D images, and edges represent nearest neighbor pairs of voxels. The results of the algorithm are illustrated by segmenting images from 3D electron microscopy.

## 4.2   Flat watershed segmentation

Consider a connected graph $G = (V, E)$ with non-negative edge weights. An edge $\{u, v\}$ is *locally maximal* for $u$ if there is no other edge incident to $u$ with higher weight. A *steepest ascent path* $\langle v_0, e_0, v_1, e_1, v_2, \ldots \rangle$ is one for which every edge $e_i$ is locally maximal with respect to $v_i$.

A *regional maximum* $M$ is a connected subgraph of $G$ such that there is a steepest ascent path between any pair of vertices in $M$, and every steepest ascent path starting in $M$ will stay within $M$. A vertex $v$ belongs to the *basin of attraction* of a regional maximum $M$ if there exists a steepest ascent path from $v$ to some vertex in $M$.

In the special case where all edge weights take on unique values, the locally maximal edge is uniquely defined for each vertex, and hence the steepest ascent path is also uniquely defined. It follows that every vertex belongs to exactly one basin of attraction.[1] The basins constitute a segmentation of the graph.

More generally, a locally maximal edge for a vertex may not be unique, because of the possibility of ties. It follows that a steepest ascent path starting from a vertex may not be unique, and that a vertex may belong to more than one basin of attraction. Furthermore, there may exist steepest ascent paths that never converge to a regional maximum but remain stuck on non-maximal "plateaus." In this case, the definition of the watershed transform is more subtle.

The "watershed cuts" algorithm [18, 21] alternates between depth first search (DFS) and breadth first search (BFS) for a regional maximum. It starts with DFS, switches to BFS when it enters a plateau, switches back to DFS when it exits a plateau, and continues alternating in this way until a regional maximum is found. This solution to the plateau problem is reasonable, but has no guarantee of dividing plateaus evenly.

Our algorithm splits the search process into several passes through the affinity graph. The first pass explicitly computes a steepest ascent graph. The second pass eliminates more edges from the steepest ascent graph so that all plateau paths exit in

---

[1] Every basin consists of two vertices, and the steepest ascent path within a basin cycles between the two vertices.



(a)                                              (b)

(c)                                              (d)

Figure 4-1: The plateau division problem. (a) Affinity graph; (b) Retaining only maximal edges for each vertex yields this steepest ascent graph; (c) locally maximal plateaus (black), non-maximal plateau (dark gray), saddle vertex (S), plateau corners (C); (d) the two basins of attractions and border vertices (dark gray)

the shortest possible time (our definition of "even" plateau division). The third pass finds the watershed basins by computing the connected components of the steepest ascent graph.

## 4.2.1   Steepest ascent graph, version 1

The starting point is an edge-weighted undirected graph $G$. Replace each edge of $G$ by edges in both directions between the same vertices (Fig. 1a). Then for every vertex retain outgoing edges with maximal weight and eliminate other outgoing edges. The resulting graph, called $S_1$ is directed and unweighted.

By construction, any (directed) path in $S_1$ is a path of steepest ascent in $G$. If a pair of vertices has edges in both directions, they are represented by a single "bidirectional



Figure 4-2: Watershed algorithm that divides plateaus evenly. (a) existence of a vertex ordering is assumed; (b) Every plateau vertex is labeled by its graph distance to the nearest plateau corner; (c) the steepest ascent graph defines unique paths; (d) final watershed segmentation

edge" in Fig. 1b. Therefore, the edges of any vertex in $S_1$ can be classified as incoming, outgoing, and bidirectional.

## 4.2.2   Steepest ascent graph, versions 2 and 3

If a vertex of $S_1$ has

1. more than one outgoing edge,

2. both outgoing and bidirectional edges,

3. or more than one bidirectional edge,

then more than one path exists from that vertex. We will modify $S_1$ in a way that eliminates all vertices of categories (1) and (2) and some vertices of category (3). Note that the three categories may overlap. Also "elimination" of a vertex from a category does not mean removal of the vertex from the graph, but modifying its edges so that it no longer falls into that category.

### Elimination of saddle vertices and identification of plateau exits

In addition to the affinity graph $G$, the algorithm is assumed to receive another input, an ordering of the vertices of $G$ that is used for tie-breaking.

For all vertices, we perform the following. If we encounter a vertex with multiple outgoing edges (category 1 above), we identify the "winning" edge as the one pointing to the vertex that comes first in the ordering. We retain the "winning" edge and remove the others. If a vertex has both outgoing and bidirectional edges, it is identified as category 2. This procedure yields $S_2$, the second version of the steepest ascent graph, and a list of category 2 vertices.

### Division of non-maximal plateaus

Using the category 2 vertices as starting points, we perform breadth first search (BFS) for bidirectional edges. For each vertex reached by the search, we convert all bidirectional edges to incoming edges. At each depth of the search, we use the same ordering of the vertices as before. The output of this procedure is $S_3$, the third version of the steepest ascent graph.

The difference between $S_2$ and $S_3$ can be described as follows. A *plateau* is defined as a connected component of the subgraph of $S_2$ containing only bidirectional edges. A category 2 vertex is a plateau vertex, given that it has bidirectional edges. It also has an outgoing edge, through which a path can leave the plateau. Therefore we refer to a category 2 vertex in $S_2$ as a *plateau exit*. As saddle vertices are eliminated, the *plateau exit* will have exactly one outgoing edge.

Plateaus can be classified based on the presence or absence of exits.

A *non-maximal* plateau contains one or more exits. This type of plateau is explored

by the BFS procedure, which starts from plateau exits. If a directed path in $S_2$ enters a non-maximal plateau, it may either (1) remain within the plateau for all time, or (2) leave through an exit. The BFS procedure eliminates the first possibility, so that all directed paths are guaranteed to leave the plateau. Furthermore, a directed path is guaranteed to reach an exit in the shortest possible time. In other words, from each vertex in the plateau, a unique directed path leads to the nearest exit, where nearest is defined based on graph distance. If there is a tie between exits, it is resolved using the same vertex ordering as before.

*Regionally maximal* plateaus contain no exits; they are equivalent to regional maxima of the original graph. This type of plateau is not explored by the BFS procedure. Therefore $S_3$ is no different from $S_2$ in regionally maximal plateaus. On the other hand, $S_3$ differs from $S_2$ in non-maximal plateaus, where all bidirectional edges are converted to unidirectional edges.

The BFS is implemented as follows. We initialize a global FIFO queue $Q$, mark all the corner vertices as visited and insert them into $Q$ in increasing order of their index. While $Q$ is not empty we remove the vertex $v$ from the front of the queue, and loop over all its bidirectional edges $\{v, u\}$. If $u$ has not yet been visited, we mark it as visited, insert it to the back of the queue, and change the edge from bidirectional to incoming ($v \leftarrow u$). If $u$ has already been visited, we remove the bidirectional edge $\{v, u\}$ completely.

### 4.2.3   Connected components

To summarize the dynamics of the third and final steepest ascent graph $S_3$, all paths eventually converge to regionally maximal plateaus. Every path is unique until it reaches a regionally maximal plateau. Once a path enters a regionally maximal plateau, it remains within the plateau for all future time and may become nonunique. On the way to a locally maximal plateau, if a path enters a non-maximal plateau, it will exit in the shortest possible time (Fig. 4-2c).

Since the path from any vertex to its corresponding regional maximum is unique, $S_3$ can be segmented into the basins of attraction of the dynamics. This is done

by regarding $S_3$ as an undirected graph and computing its connected components, for example by depth first search. The resulting connected components are called *watershed basins*, and are the output of watershed segmentation. The non-maximal plateaus will be evenly divided, in the sense that every plateau vertex will belong to the same watershed basin as its nearest plateau exit.

### 4.2.4   Time complexity

As we operate on a connected graph we assume $O(|E|) \geq O(|V|)$. To create $S_1$, we visit each edge a constant number of times. To create $S_2$, we visit each vertex at most once, and edges incident to it a constant number of times. The complexity of connected components is $O(|E|)$. Therefore the overall complexity is $O(|E|)$.

### 4.2.5   Properties of watershed segmentation

The basins are in one-to-one correspondence with regional maxima, meaning that the total number of segments will be equal to the number of regional maxima, where regionally maximal plateaus also count as a regional maxima. The algorithm will produce an optimal partitioning as defined in [18], that is, it will compute the maximal spanning forest with exactly $N$ trees, where $N$ is the number of regional maxima.

## 4.3   Reducing oversegmentation by merging

The watershed segmentation is typically fragmented into an overly large number of small basins. This is because the basins are in one–to–one correspondence with local maxima of the graph, and noise in the affinities can give rise to a large number of local maxima. To reduce oversegmentation, one approach is to define a new affinity graph in which vertices represent basins, and apply some segmentation algorithm to this "basin affinity graph." Typically, an edge exists in the basin affinity graph if and only if there exists an edge between the two basins in the original affinity graph. The basin affinities can be defined in many ways, and this definition is left unspecified for

the time being.

A particularly simple algorithm for segmenting a graph is to find its connected components after lower thresholding at $\theta$.

**Definition 1.** *Lower thresholding a graph at $\theta$. Removing all edges with weights less than $\theta$.*

Applying this algorithm for multiple values of $\theta$ yields a family of segmentations, where larger $\theta$ means a finer segmentation. The family is hierarchical, meaning that if $\theta_2 > \theta_1$, then segmentation $S_{\theta_2}$ is a refinement of $S_{\theta_1}$, i.e., every segment in $S_{\theta_1}$ is equal to the union of one or more segments of $S_{\theta_2}$.

If we would like to be able to quickly compute the connected components for any value of $\theta$, we can precompute the maximal spanning tree (MST) of the basin affinity graph (or maximal spanning forest if the graph is not connected). The connected components of the MST after lower thresholding are the same as those of the basin affinity graph after lower thresholding.

The MST can be computed by sorting the edges of the graph in order of decreasing affinity. Then apply Kruskal's algorithm to find the MST. The time complexity is dominated by the sort, and is $O(E_{basin} \log E_{basin})$, where $E_{basin}$ is the number of edges in the basin affinity graph.

The sequence of merge operations can be represented by a tree called a *dendrogram*. If we view the dendrogram as the output (rather than the MST), Kruskal's algorithm is equivalent to single linkage clustering (SLC) starting from the watershed basins. The leaves of the dendrogram represent the basins. Each internal vertex is the root of a subtree, and represents an "agglomerated cluster," one generated by all the merging all the basins in the subtree. The height of the internal vertex represents the affinity at which the last merge operation in the subtree occurs.

The MST contains similar but different information than the dendrogram. Internal vertices of the dendrogram represent agglomerated clusters, while vertices of the MST are leaf clusters. Each edge of the MST corresponds to the merge operation that makes its leaf clusters belong to the same agglomerated cluster.



Figure 4-3: Relationship between MST and dendrogram. (a) Watershed transform of an affinity graph, (b) basin affinity graph, (c) MST of the basin affinity graph, and (d) resulting dendrogram.

The equivalence of all the above methods of segmenting a graph is not specific to watershed basins, and is summarized by the following Lemma generally applicable to any affinity graph.

**Lemma 1.** *The connected components of an*

1. *affinity graph after lower thresholding at $\theta$,*

2. *its MST after lower thresholding at $\theta$,*

3. *and its SLC dendrogram after removing vertices with height greater than or equal to $\theta$*

*are equivalent.*

Proofs are omitted as they are simple and the equivalence is well-known.

## 4.4   Reducing oversegmentation by smoothing

The previous section concerned the basin affinity graph, which was constructed from the watershed basins derived from the original affinity graph. To avoid confusion, we will henceforth refer to the original affinity graph as the "voxel affinity graph." Although this term comes from the specific application to 3D image segmentation, the mathematics is generally applicable to any kind of affinity graph. We will refer to the edge weights in the basin graph as "basin affinities" if there is risk of confusion with the original "voxel affinities." For short we will say "affinities" if it is clear from the context whether we are discussing basins or voxels.

In the previous section, the definition of basin affinities was left unspecified. We now specialize to a particular definition.

**Theorem 1.** *Define the affinity of two basins to be the maximum affinity of edges between the two basins in the voxel affinity graph. Then the following are equivalent:*

1. *Connected components of the basin affinity graph after lower thresholding at $\theta$.*

2. *Watershed basins of the voxel affinity graph after upper thresholding at $\theta$.*

The Theorem makes use of another thresholding operation for a graph.

**Definition 2.** *Upper thresholding a graph at $\theta$. Replacing all weights larger than $\theta$ by $\theta$.*

When applied to an affinity graph, upper thresholding can be viewed as a kind of "smoothing" operation. It will tend to reduce the number of local maxima by creating maximal plateaus, and hence reduce oversegmentation. The implication of the Theorem is that smoothing before watershed can be equivalent to merging basins after watershed, as a method of reducing oversegmentation.

Upper thresholding reduces computational cost, measured in both time and memory. This comes at the expense of losing the ability to compute the finer segmentations in the hierarchy.

*Proof.* Let $G(\theta)$ be the result of upper thresholding the voxel affinity graph $G$ at $\theta$. Let $W$ and $W(\theta)$ be the watershed segmentations of $G$ and $G(\theta)$, respectively. We would like to show that $W(\theta)$ is equivalent to the connected components of the $W$-basin affinity graph after lower thresholding at $\theta$.

Let $S_2$ and $S_2(\theta)$ be the (version 2) steepest ascent graphs obtained from $G$ and $G(\theta)$, respectively. Vertices of $S_2$ not incident to any edge with affinity smaller than $\theta$ will stay unmodified, even after plateau division. All other vertices of $S_2$ will become part of a regionally maximal plateau of $S_2(\theta)$. All locally maximal edges of $S_2$ will stay locally maximal. Therefore the only effect of the affinity threshold is to introduce bidirectional edges. It follows that a connected component of $S_2$ must be a subset of a connected component of $S_2(\theta)$. In other words, every $W$-basin is a subset of some $W_\theta$-basin. Since the $W$-basins are a segmentation of the graph, it follows that every $W_\theta$-basin is a union of $W$-basins. It only remains to be shown that this union is a connected component of the $W$-basin affinity graph after lower thresholding at $\theta$.

This is the case, because the following statements are equivalent:

1. Two $W$-basins are contained in the same $W_\theta$-basin.

2. The two regional maxima in $G$ corresponding to the $W$-basins are contained in the regional maximum of $G_\theta$ corresponding to the $W_\theta$-basin.

3. There is a path between the two regional maxima in $G$ with all affinities greater than $\theta$.

4. There is a path between the two $W$-basins in the basin graph after lower thresholding at $\theta$.

$\square$

We'll refer to $\theta$ as the high threshold, as it inherently disregards all the edges with the affinity higher than $\theta$ replacing them with some common high value $(\infty)$ in the original affinity graph.

## 4.5   Connected components of the voxel affinity graph

As discussed above, a simple algorithm for segmenting the basin affinity graph is to find the connected components after lower thresholding. This simple algorithm could also be applied directly to the voxel affinity graph, rather than the watershed algorithm. The relationship between these two segmentations is

**Theorem 2.** *Define the affinity of two basins to be the maximum affinity of edges between the two basins in the voxel affinity graph. Then any connected component of the voxel affinity graph after lower thresholding at $\theta$ is contained in a connected component of the basin affinity graph after lower thresholding at $\theta$.*

Many connected components of the voxel affinity graph will resemble "shrunken" versions of connected components of the basin affinity graph. They are shrunken because

*Proof.* Suppose that two voxels $v_1$ and $v_2$ belong to the same connected component of the voxel affinity graph after lower thresholding at $\theta$, and suppose that $v_1$ and $v_2$ belong to basins $b_1$ and $b_2$. There exists a path between $v_1$ and $v_2$ in the voxel affinity graph with all affinities greater than $\theta$. Some of the edges of this path cross between basins. For each pair of basins, it follows that the affinity is greater than $\theta$. Therefore there exists a path in the basin affinity graph from $b_1$ to $b_2$ with all affinities greater

112

than $\theta$. It follows that $b_1$ and $b_2$ (and $v_1$ and $v_2$) must belong to the same connected component of the basin affinity graph. □

## 4.6  Watershed transform of lower thresholded affinity graph

A main property of the watershed algorithm is that it segments every voxel of the affinity graph, regardless of the affinities of the incident edges. Sometimes, it is desired to have unsegmented voxels – voxels not belonging to any segment. Those are typically voxels in the affinity graph whose all incident edges have very low affinity. "Natural" interpretation of such cases is that they don't belong to the same component as any of the incident voxels.

As in the previous section, where the segmentation is obtained by finding the connected components of the affinity graph after lower thresholding at $\theta$, we could also find the watershed transform of the graph after lower thresholding at $\epsilon$.

Lower thresholding a graph can introduce singleton vertices as well as make the graph disconnected. In this case, the singleton vertices are assumed to be unsegmented, and the watershed is computed for each connected component separately.

We'll refer to $\epsilon$ as the low threshold, as it disregards all the edges with the affinity lower than $\epsilon$ removing them from the affinity graph.

## 4.7  Post–processing by size dependent single–linkage clustering of the basin affinity graph

We show how to modify single linkage clustering by making it depend not only on edge weights but also on cluster size. The modification is useful when there is prior knowledge about the size of true segments, and is shown to have an efficient implementation because size is a property that is guaranteed to increase with each agglomerative step. The runtime of single linkage clustering is quasi–linear in the

number of edges in the watershed basin graph.

Felzenszwalb et al. [2] and Guimaraes at al. [82] have proposed efficient image segmentation methods that are quasilinear in the number of edges in the affinity graph. We show that our method produces superior results to that of [2] for the segmentation of neural images from serial electron microscopy.

Our post-processing starts by examining the new graph on the basins of the watershed transform, in which the edge connecting two basins is assigned the same weight as the minimal edge connecting the basins in the original affinity graph. Then single linkage clustering yields a hierarchical segmentation in which the lowest level consists of the watershed basins. Each level of single linkage clustering is a flat segmentation in which some of the basins are merged.

Consider an undirected graph and let $w_{ij}$ be the weight of the edge between vertices $i$ and $j$. We will refer to $w_{ij}$ as the affinity of the two vertices. We define the affinity of two clusters as the maximal *affinity* of any pair of vertices in the clusters:

$$w\left(C_1, C_2\right) = \max_{i \in C_1, j \in C_2} w_{ij} \tag{4.1}$$

(It is understood that the maximum is only over vertex pairs for which the corresponding edge exists.) This is the definition used by single linkage clustering. In Kruskal's algorithm, the edges are sorted so that their weights are in a non–increasing order. In the starting clustering, every vertex of the graph as a cluster. In a single pass through the edge list, if the edge connects a pair of distinct clusters, the clusters are merged. The sequence of clusterings constitutes a hierarchical clustering of the graph vertices.

Let $C_1$ and $C_2$ be sets of graph vertices ("clusters"), and let $\Lambda\left(C_1, C_2\right)$ be a predicate on pairs of clusters, i.e., function taking on values in $\{0, 1\}$. The predicate is assumed to be symmetric under interchange of $C_1$ and $C_2$. Using the predicate, we define Algorithm 8, a modification of Kruskal's algorithm. In the special case that the predicate is always false, Algorithm 8 reduces to single linkage clustering.

**Definition 3.** *The predicate* $\Lambda\left(C_1, C_2\right)$ *is said to be* monotone *if, for all* $C_1 \subseteq C_1'$

114

---

**Algorithm 8** Modification of Kruskal's algorithm.

---

SIZE-DEPENDENT-SLC($G = (V, E)$)
1   $S^0 = \{\{1\}, \{2\}, \ldots, \{|V|\}\}$
2   $i = 0$
3   **for** $e \in E$ in a non–increasing order
4        $C_1, C_2 =$ clusters connected in $S^i$ by $e$
5        **if** $C_1 \neq C_2$  &  $\Lambda(C_1, C_2)$ is false.
6             $S^{i+1} =$ result of merging $C_1$ and $C_2$ in $S^i$
7        **else** $S^{i+1} = S^i$
8        $i = i + 1$
9   **return** $\{S^0, S^1, \ldots, S^i\}$

---

and $C_2 \subseteq C_2'$ such that $w(C_1, C_2) = w(C_1', C_2')$, the inequality $\Lambda(C_1, C_2) \leq \Lambda(C_1', C_2')$ holds.

**Theorem 3.** If the predicate $\Lambda$ is monotone, it is satisfied for all pairs of clusters in the final clustering produced by Algorithm 8.

*Proof.* Between any pair of clusters $C_i^{|E|}$ and $C_j^{|E|}$ in the final clustering, there exists an edge $e$ between the clusters with weight equal to $w\left(C_i^{|E|}, C_j^{|E|}\right)$. Without loss of generality, assume $e$ was examined at the $(k+1)$-th step of the algorithm, at which point it connected $C_p^k$ and $C_q^k$. Since the edges are examined so that weights are non-increasing, the weight of $e$ must equal $w\left(C_p^k, C_q^k\right)$ so we have $w\left(C_p^k, C_q^k\right) = w\left(C_i^{|E|}, C_j^{|E|}\right)$. The predicate $\Lambda\left(C_p^k, C_q^k\right)$ must have been satisfied, or $C_i^{|E|}$ and $C_j^{|E|}$ could not remain distinct in the final clustering. As $C_p^k \subseteq C_i^n$ and $C_q^k \subseteq C_j^n$ it follows from monotonicity that $\Lambda\left(C_p^k, C_q^k\right) \leq \Lambda\left(C_i^{|E|}, C_j^{|E|}\right)$ and hence $\Lambda\left(C_i^{|E|}, C_j^{|E|}\right)$ must be satisfied. □

**Theorem 4.** The complexity of the algorithm is $|E_W| \log |E_W|$.

*Proof.* Assuming real values of the weights, the complexity of the algorithm is dominated by sorting the edges of $E_W$. If we use *union-find* data structure, an iteration of the step 4. takes $O(u(n))$, where $n$ is the number of basins and $u$ is the inverse Ackermann function. □

**Theorem 5.** If the algorithm iterates over the edges of the maximum spanning tree, the resulting hierarchical clustering will be the same as iterating over all edges.

*Proof.* Let $E_T$ be the set of MST edges. Assume we run the previous algorithm considering only edges in $E_T$. We want to prove that $\Lambda$ will be satisfied for all pairs of the clusters at the highest level. Again, assume $\Lambda(C_i^n, C_j^n)$ is not satisfied for some pair of clusters, $w\left(C_i^n, C_j^n\right) < \tau(\min\{S(C_i^n), S(C_j^n)\})$. That means there exist an edge $e \in E_W$ with the weight equal to $w\left(C_i^n, C_j^n\right)$. If $e \in E_T$, then $e$ was examined in the algorithm. We follow the same steps as above to show that when $e$ was examined the predicate must have been unsatisfied meaning that $C_i^n$ and $C_j^n$ can't be two different clusters. If $e = \{p, q\}$ is not on the MST, then there is a path in the graph from $p$ to $q$ where all the edges on the path have the weight less or equal to the weight of $e$. Without losing generality, assume $S(C_i^n) \leq S(C_j^n)$ and $p \in C_i^n$. Then $\tau(S(C_j^n)) > w(e)$. Let $e_x = \{a, b\}$ be an edge on the path from $p$ to $q$ in the MST such that $a \in C_i^n$ and $b \notin C_i^n$. Such edge must exist, otherwise $p$ and $q$ would be part of the same cluster. As $e_x$ is in the MST, it was examined in the algorithm. When $e_x$ was examined the size of the cluster $C$ that $B_a$ was part of was smaller or equal than $S(C_j^n)$. Hence $\tau(S(C)) \geq \tau(S(C_j^n)) > w(e) \geq w(e_x)$. Therefore $e_x$ can't exist, and $p$ and $q$ have to be part of the same component. Contradiction. $\qquad\square$

### 4.7.1   Example predicates

Consider the predicate

$$\Lambda(C_1, C_2) = \begin{cases} 1, & \text{if } w\left(C_1, C_2\right) \leq \tau\left(\min\left\{S(C_1), S(C_2)\right\}\right) \\ 0, & \text{otherwise} \end{cases} \tag{4.2}$$

where $S(C)$ is the size of cluster $C$ (e.g. number of vertices in the cluster). The predicate is useful if we have prior knowledge about the sizes of the true clusters. We will assume that the threshold $\tau$ is a non-decreasing function, so that higher affinity is required for merging larger clusters.

**Lemma 2.** *The predicate of Eq. (1) is monotone.*

*Proof.* For the sake of contradiction, suppose that $\Lambda(C_i^n, C_j^n)$ is false, i.e.,

$$w\left(C_i^n, C_j^n\right) > \tau(\min\{S(C_i^n), S(C_j^n)\})$$

Then there exists an edge with weight equal to $w\left(C_i^n, C_j^n\right)$. Without loss of generality, assume $e$ was examined at the $(k+1)$-th step of the algorithm and the following predicate was satisfied:

$$w\left(C_p^k, C_q^k\right) \le \tau(\min\{S(C_p^k), S(C_q^k)\})$$

As $C_p^k \subseteq C_i^n$ and $C_q^k \subseteq C_j^n$ then

$$\min\{S(C_p^k), S(C_q^k)\} \le \min\{S(C_i^n), S(C_j^n)\}$$

and

$$\tau(\min\{S(C_p^k), S(C_q^k)\}) \le \tau(\min\{S(C_i^n), S(C_j^n)\}) < w\left(C_i^n, C_j^n\right) = w\left(C_p^k, C_q^k\right)$$

$\square$

With a slight modification of the predicate we could allow for an arbitrary threshold function (changing the condition to $w\left(C_1, C_2\right) \ge \min\{\tau(S(C_1)), \tau(S(C_2))\}$).

However, restricting the function to be non-increasing allows us to design a more efficient algorithm. It is also more intuitive to allow higher *saliency* for merging small clusters and require lower *saliency* as the sizes of the clusters grow.

As $\tau$ is required to be non-increasing, we can find a non-decreasing function $\omega$ such that when (2) is satisfied $\omega(w\left(C_1, C_2\right)) \le \min\{S(C_1), S(C_2)\}$ is satisfied. This allows us to either specify either $\tau$ or $\omega$ used for the predicate. For example, when $\omega$ is constant the algorithm will tend to aggressively merge segments smaller than the given constant.

117



(a)    (b)    (c)    (d)

(e)    (f)    (g)    (h)

Figure 4-4: Segmentation of a $256^3$ EM image by our method and that of [2]: (a) slice of the raw image; (b) slice of nearest neighbor affinity graph, with $xyz$ affinities represented with RGB; (c) watershed transform of the affinity graph; (d) watershed transform after low thresholding with with $\epsilon = 0.01$ and high thresholding with $\theta = 0.9$ ; (e) post-processing with size-dependent single linkage clustering using $\omega(w) = 3000\,(1 - w)$; (f, g) results of the method proposed by [2] with $k = 0.5$ yields severe oversegmentation while $k = 10$ merges neurons. (h) ground truth segmentation from human expert.

## 4.8   Results

We applied our methods to 3D electron microscopic brain images [83] (Fig. 4-4a). Affinity graphs were computed using convolutional networks described in [11] (Fig. 4-4b). The watershed transform produced severe oversegmentation (Fig. 4-4c), which was reduced by pre-processing the affinity graph with upper and lower thresholds (Fig. 4-4d). Size-dependent single linkage clustering further reduced oversegmentation (Fig. 4-4e). The first function enforced all the segments to be at least some minimal size. The second and the third functions require the minimal size of the segment to be proportional to the affinity (or the square of affinity).



Figure 4-5: Scores of our method and that of relative to the ground truth segmentation (a) Our method with several threshold functions, versus that of applied to affinity graph and to watershed basin graph. Upper right is better, lower left is worse; (b) Segmentation obtained by our method with $\omega(w) = 3000(1 - w)$

### 4.8.1   Measuring the quality of the segmentations

We evaluated the segmentations by comparing to the ground truth generated by a human expert. Split and merge scores were computed by

$$V_{\text{split}} = \frac{\sum_{ij} p_{ij}^2}{\sum_k t_k^2} \text{ and } V_{\text{merge}} = \frac{\sum_{ij} p_{ij}^2}{\sum_k s_k^2} \qquad (4.3)$$

where $p_{ij}$ is the probability that a randomly chosen voxel belongs to segment $i$ in the proposed segmentation and segment $j$ in the ground truth, $s_i$ and $t_j$ are probabilities of a randomly chosen voxel belonging to predicted segment $i$ and ground truth segment $j$ respectively. The scores are similar to the Rand index, a well-known metric for clustering [84], except that they distinguish between split and merge errors. Higher scores mean fewer errors. Scoring was restricted to the foreground voxels in the ground truth. We tested our method with several threshold functions, and also applied the method of [2] to the affinity graph and to the *watershed basin graph*. Our method achieved superior scores (Fig. 4-4). The parameter $k$ in both methods determines the trade-off between the amount of mergers and splits. When $k$ in the method of [2] is optimized to have approximately the same amount of mergers as our method, large amount of splits are introduced (Fig. 4-4f) and vice versa (Fig. 4-4g).

## 4.9   Summary and conclusions

To show confidence about high values of *affinities*, and in order to allow for unsegmented voxels, we introduce two thresholds for

1. Low thresholding the affinity graph ($\epsilon$).

2. High thresholding the affinity graph ($\theta$).

The singleton vertices are not assigned to any watershed basin and are considered background, which is often a desired result. Like watershed cuts, our algorithm has linear time complexity.

The use of multiple passes makes it possible to divide plateaus evenly. A second motivation for our algorithm is that it separates the computation into two passes that are parallelizable versus two passes that are not. A parallel variant of our algorithm will be described in a future paper.

The runtime of our size dependent single linkage clustering used for post–processing makes it very suitable for segmenting very large images. It greatly outperforms other methods similar in runtime complexity. Our method can greatly reduce the oversegmentation while introducing virtually no mergers.

The watershed transform is commonly used to reduce the number of segments before applying more sophisticated segment agglomeration methods. The main benefits of the transform are its computational complexity (linear) and its conservative nature – it produces very few, or none false merges. However, the transform comes with some down–sides, with the three major ones being:

1. It is extremely susceptible to noise.

2. Produces severe over–segmentation. Even though the number of segments is typically much smaller than the number of original voxels, the segment count might be to large for the computationally expensive agglomeration algorithms.

3. It doesn't allow for unsegmented voxels.

Except for increasing the complexity (from linear to quasi–linear), our modified watershed transform combined with our single–linkage clustering has all the benefits of the watershed transform, while addressing all the down–sides.

When a 100% correct segmentation is required the computer generated segmentation is proof read by a human. Our algorithms can be used for computer–assisted proof reading, where a user can tweak the algorithm parameters ($\epsilon$, $\theta$ and the agglomeration predicate) while getting the result in real time. This can greatly reduce the work required to proof read large volumes.

Greatly reducing the number segments, while still being conservative allows for proof–reading by simply selecting and merging segments to obtain true segmentation. For that reason, our approach has been used for crowdsourcing the proof–reading [29]. Non–experts proof–read the segmentation by playing an online game, which is similar to a 3D coloring book.

# Chapter 5

# Conclusions and Future Directions

In this thesis we have proposed novel algorithms for ConvNet training and inference. We have studied the theoretical properties of the watershed transform of edge–weighted graphs, and proposed modifications and additions to the algorithm.

Our ConvNet training algorithms are suited for multi–core and many–core CPUs. We showed how to minimize the computational complexity by using FFT–based convolution with memoization. A custom scheduling algorithm and a novel wait–free summation algorithm allowed us to achieve high scalability. We show that, for wide enough networks, our algorithm achieves linear speedup in the number of cores available. The memory available to the CPU allowed our algorithm to train much larger ConvNets compared to other currently available methods. We showed that depending on the ConvNet architecture and kernel sizes, our approach can be sometimes slower and sometimes faster than the alternatives.

To maximize ConvNet inference throughput we have proposed a set of primitives for different ConvNet layer types, for both the CPU and the GPU. We also showed that the ConvNet throughput highly depends on the size of the image processed by the ConvNet. Combining our primitives with the ones of cuDNN [53], we showed how to achieve extremely high throughput. Comparing our methods against other state of the art methods, on sample 3D ConvNets, achieved an astonishing $10\times$ speedup in the worst case, and more than $15\times$ on average.

We also studied the theoretical properties and proposed a linear–time algorithm

for the watershed transform on the edge–weighted graphs. We showed how the prior knowledge about the true segments can be used to modify the input graph in order to achieve better segmentation. The knowledge of the true segment sizes was also used for our size–dependent single linkage clustering. We showed that this quasi–linear agglomerative clustering algorithm can greatly reduce the over–segmentation without introducing false mergers

## 5.1   Possible improvements to ZNN and ZNN*i*

There are two major differences between ZNN and ZNN*i* capabilities. First, ZNN is capable of training a ConvNet of an arbitrary topology, whereas ZNN*i* can only operate on layered networks. Future research should include modifying ZNN*i* so that it can also operate on an arbitrary topology ConvNets. On the other side, ZNN*i* can utilize both multi–core CPUs and GPUs. We showed that this approach can be really effective. We believe that this approach can also be applied to ConvNet training, and should be studied in future.

When FFT–based convolutions are used, training a ConvNet using ZNN spends approximately 66% of the time doing FFTs. For inference using FFT–based convolutions ZNN*i* (on the CPU) spends only 10% of the time on the FFTs. This is due to our highly optimized pruned FFTs. Using ZNN*i*'s pruned FFTs in ZNN is not straight–forward, as ZNN uses sparse kernels. Designing an algorithm for pruned FFTs of sparse kernels can greatly improve the training speed of ZNN and should be considered in future.

Finally, the scheduling algorithm for the CPU–based convolutional layer of ZNN*i* utilizes the information about the distribution of the cores among different physical chips in order to increase cache locality. Such approach should be considered for ZNN as well.

## 5.2 Parallel watershed transform and size–dependent single–linkage clustering

Finally, the multi–pass linear algorithm of the watershed transform on edge–weighted graphs separates the procedure into trivially parallelizable steps, and ones that need special handling when parallelized.

Partial work on both parallelizing and distributing the watershed transform and the size–dependent single linkage clustering has already been done by the author, with promising results. We expect a separate publication in future that will describe the details of the algorithm, and analyze the scalability of the algorithm.

# Chapter 6

# Summary and Reflections

> If you're walking down the right path and you're willing to keep walking, eventually you'll make progress.
>
> Barack Obama

Universal approximation theorem states that a neural network with a single hidden layer and finite number of neurons can, arbitrary closely, approximate any continuous function [85, 86]. Hence, it can also approximate a neural network with multiple hidden layers. This fact, combined with the high computational cost of training deep networks, kept neural networks on the dark side for a long time.

It was not until the rise of graphics hardware (GPUs) that the force awakened and neural networks became a popular research topic under a new brand – "deep learning". In 2012, Krizhevsky at al. [43] published an architecture of a deep ConvNet named ImageNet, demonstrating that deep convolutional networks can achieve superior results in image classification. Soon after, their package for training deep neural networks on GPUs – Cuda-convnet [87] became extremely popular. The ConvNet research resurrected, achieving state of the art results in many machine vision problems.

I can't help but notice that impatience is a huge deterrent among researches (this is probably a trait of non–researches as well). GPUs were not necessary for

ImageNet. Training ImageNet with ordinary hardware would just take longer, but would essentially produce identical results. Moreover, large kernel sizes in ImageNet allowed for efficient CPU implementation (using FFTs) as well. However, using direct convolution on GPUs just seemed more natural.

I'm scared that the past might be repeating again. Even though recent work on training ConvNets on GPUs such as Caffe [30], Theano [32] and cuDNN [53] have revolutionized the field, they have also introduced a new set of limitations.

Nearly all modern ConvNets have layered structure and are being trained using batch gradient descent. Moreover, they typically have small filters and large number of down–sampling layers. Alternative approaches are avoided mostly because they can not efficiently utilize the GPU, thus requiring long training time. 3D ConvNets became a bit more popular as the GPUs started having more RAM, however, most researcher still prefer 2D networks as they are faster to train. This forces seem so powerful, that even when the CPUs started catching up with the computational power of the GPUs, CPU training algorithms [39, 40] were nearly just ports of their GPU counterparts, keeping all the limitations. This was neither necessary nor an optimal way to utilize CPUs which have far less restrictions than the GPUs.

This is where the work presented in this thesis is trying to *shake* the field. ZNN and ZNN*i* try to break–up from the popular approach of having the hardware drive the advances in ConvNet research. ZNN focused on lifting restrictions on the size and topology of ConvNets while still achieving high training speed. The goal was to make as little compromises as possible, and for that reason multi–core CPUs were chosen over GPUs because of their more flexible programming model.

At this time, multi–chip multi–core CPU systems have nearly the same computational power as the most powerful GPUs, while having more flexible programming model and access to more RAM. This, however will probably change in future. CPUs are getting wider SIMD registered, and fully utilizing their computational power becomes more complicated. This limits the set of algorithms that can achieve full utilization. Also, as number of chips on a single system increase, NUMA [1] induces

---

[1]non–uniform memory access

even more limitations to the algorithm designs. On the other side GPUs are getting more RAM, and by allowing different *streams* to execute different code are getting closer to the CPUs multi–threaded programming model. What ZNN is meant to teach, is that the problem should drive the choice of hardware, which happened to be CPUs at this point of time, but might be something else in the future.

While ZNN is designed to be as flexible as possible, ZNN$i$ is trying to solve a specific problem of maximizing throughput of layered 3D ConvNets. It is a disconnect from the popular "one fits them all" approach – where the same algorithm is used for training and inference. Unlike ZNN, for which there was a clear choice on which architecture to use, ZNN$i$ deferred that to run–time. The natural way of decomposing the inference algorithm into sub–tasks allows for optimization of each task independently. It is not likely that, in future, either CPUs or GPUs will perform strictly better than the alternative for all ConvNet architectures. ZNN$i$ approach of combining primitives is here to stay, while providing optimized primitives for new generations of hardware to come.

Just a couple of years ago, the cost of inference of a peta–voxel dataset on AWS could machines, using ConvNet described in [11] and publicly available ConvNet packages was estimated to about \$250,000. Moreover, the computation would either require months or a design of a sophisticated distributed system for parallel processing. Our novel approach – ZNN$i$ combined with the slight improvement of hardware speed in the past two years greatly lowers this cost to only a couple of thousand dollars for hardware and less than \$1,000 for consumed electricity. Additionally, the ConvNet inference can be done in real–time, it can keep up with the speed of image acquisition.

Traditionally the ConvNet processing was considered to be the bottleneck of the connectomics pipeline, both in time and cost. The work in this thesis shows that this is not the case anymore. Not counting the price of the microscope, the major cost is currently data storage.

I suspect that, in future, the cost bottleneck will be oscillating between storage and ConvNet processing. As described in the introduction, the segmentation obtained

by the pipeline is expected to be perfect, or nearly perfect. As the time and cost of data processing gets lower, the time bottleneck switches to the final, proof–reading stage. The time spent proof–reading is inversely proportional to the accuracy of the automatically obtained segmentation. To improve the accuracy, larger ConvNet architectures are used [55, 33]. This lowers the time required for proof–reading, but at the same time increases the computational complexity of the ConvNet inference; thus increasing the processing time and cost. New hardware and algorithms will then eventually catch up, shifting the time bottleneck to the proof–reading stage once again.

Having extremely accurate and real–time segmentation for the connectomics pipeline is definitely something that is highly desirable, but is not by any means critical. With lower accuracy, the proof–reading stage might take longer, but will eventually produce the correct segmentation. On the other hand, the speed and/or accuracy of ConvNets applied to other vision problems might be an absolute must. Probably the most popular example is the self–driving car and/or self–flying drone. To avoid fatal accidents, images/videos collected by vehicles' cameras must be processed in real time, and with very high accuracy. Other applications, such as disease detection from CT images might not require real–time processing, but would require an extremely high accuracy.

The number of vision problems that can benefit from ConvNets is limitless. I believe that for **each imaging device, and each device with a camera**, there are number of vision applications to which ConvNets can be applied. Each such device would greatly benefit from having an attached hardware that can efficiently perform ConvNet computation. The efficiency here might mean speed, power usage, etc... In my opinion, this ever–increasing number of ConvNet applications will create a demand for custom ConvNet hardware. It is just a matter of time when CNNPUs (Convolutional Neural Network Processing Unites) will appear on the market.

By teaching us how to efficiently leverage currently available and future general purpose computing hardware, I hope that the work presented in this thesis will help bridge the gap until such specialized hardware becomes a norm.

# Appendix A

# Sample pipeline implementation and results

We present results of a sample pipeline that uses the algorithms described in this thesis. The results presented in this chapter are results of a joint efforts and have been partially published in [55, 56].

## A.1   Data

The datasets used was acquired from the piriform cortex of an adult mouse prepared with aldehyde fixation and reduced osmium staining [1]. The tissue was sectioned using the automatic tape collecting ultramicrotome (ATUM) [9] and sections were imaged on a Zeiss field emission scanning electron microscope [88]. The 2D images were assembled into 3D stacks using custom MATLAB routines and TrakEM2. The full dataset had size of $300 \times 300 \times 60$ um. The imaging resolution was $7 \times 7 \times 40$ nm per voxel, yielding a volume with the size of $71500 \times 71500 \times 1500$ voxels (approximately 7 teravoxels). 10 stacks were segmented by hand using VAST [9], out of which 7 were used for training and 1 for validation and 2 for test purposes. One training and one test volume is shown on Figure A-1



(a)          (b)

Figure A-1: A (a) training volume and (b) test volume.

## A.2   ConvNet architecture

The ConvNet architecture used for the first stage of the pipeline is described in Table A.1. It consists of 16 layers, 14 of which are convolutional and 4 max–pooling. All but the last of the convolutional layers had 'rectified linear" activation functions. The last layer had "logistics" activation function. The ConvNet had total of $353,695$ trainable parameters, and a modest field of view of $73 \times 73 \times 7$.

## A.3   Training procedure

The ConvNet was trained using ZNN (Chapter 2) on an Amazon Web Services machine of c4.8xlarge. A patch based training was performed [55] with the output patch size of $70 \times 70 \times 5$ (corresponding to an input patch of $142 \times 142 \times 11$). The training consisted of $25,000$ iterations of the backpropagation algorithm with "binomial cross-entropy" loss function. Each iteration took approximately 3.7 seconds, yielding a total training time of approximately 26 hours. The "Conv5b" layer had a "dropout" rate of 50%, a method used to prevent ConvNets from over–fitting described in [57] and implemented as a part of ZNN.

The evolution of the loss and the classification errors during the training are shown

| Layer | Width | Type | Filter size | Filter stride | Transfer Fn. | # Params |
|-------|-------|------|-------------|---------------|--------------|----------|
| Conv1a | 24 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | 240 |
| Conv2a | 24 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | $5,208$ |
| Conv3a | 24 | Conv | $2 \times 2 \times 1$ | $1 \times 1 \times 1$ | ReLU | $2,328$ |
| Pool1 | 24 | Pool | $2 \times 2 \times 1$ | $2 \times 2 \times 1$ | - | - |
| Conv2a | 36 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | $7,812$ |
| Conv2b | 36 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | $11,700$ |
| Pool2 | 36 | Pool | $2 \times 2 \times 1$ | $2 \times 2 \times 1$ | - | - |
| Conv3a | 48 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | $15,600$ |
| Conv3b | 48 | Conv | $3 \times 3 \times 1$ | $1 \times 1 \times 1$ | ReLU | $20,784$ |
| Pool3 | 48 | Pool | $2 \times 2 \times 2$ | $1 \times 1 \times 1$ | - | - |
| Conv4a | 60 | Conv | $3 \times 3 \times 2$ | $1 \times 1 \times 1$ | ReLU | $51,900$ |
| Conv4b | 60 | Conv | $3 \times 3 \times 2$ | $1 \times 1 \times 1$ | ReLU | $64,860$ |
| Pool4 | 60 | Pool | $2 \times 2 \times 2$ | $1 \times 1 \times 1$ | - | - |
| Conv5a | 60 | Conv | $3 \times 3 \times 2$ | $1 \times 1 \times 1$ | ReLU | $64,860$ |
| Conv5b | 100 | Conv | $3 \times 3 \times 2$ | $1 \times 1 \times 1$ | ReLU | $108,100$ |
| Output | 3 | Conv | $1 \times 1 \times 1$ | $1 \times 1 \times 1$ | Logistics | 303 |

Table A.1: ConvNet used for the first stage of the pipeline.



(a)                                      (b)

Figure A-2: The evolution of the (a) loss and (b) classification error during the training procedure.



(a)                                             (b)

Figure A-3: Results generated by the trained Convnet: (a) affinity graph; (b) watershed transform of the affinity graph.

in Figure A-2.

## A.4   Results

We examine results on one of the test volumes. The size of the resulting affinity graph was $468 \times 468 \times 165 \times 3$.

Figure A-3 shows the affinity graph generated by the trained ConvNet, and the result of applying the watershed algorithm described in (Chapter 4). The presence of severe over–segmentation is clearly visible.

### A.4.1   Post–processing

We used post–processing methods described in Chapter 4. First, the affinity graph was low thresholded at $\epsilon = 0.3$ and high thresholded at $\theta = 0.999$. The choice of the values for $\epsilon$ and $\theta$ were empirically determined. The result is shown in Fig. A-4a. Even though the number of segments is greatly reduced, there is still some over–segmentation present.

Size dependent single–linkage clustering 4.7 is then applied to the result obtained. The predicate used was



(a)

(b)

(c)

Figure A-4: Watershed of low/high thresholded affinity graph shown in (a). Result after post–processing with size dependent single–linkage clustering shown in (b). Ground truth is shown in (c).



Figure A-5: Rand split score vs Rand merge scores for the two post–processing results. Top right is better.

$$\Lambda(C_1, C_2) = \begin{cases} 1, & \text{if } w\left(C_1, C_2\right) \leq \tau\left(\min\left\{S(C_1), S(C_2)\right\}\right) \\ 0, & \text{otherwise} \end{cases} \tag{A.1}$$

With

$$\tau(s) = \begin{cases} w_{\min}, & \text{if } s < S_{\min} \\ 1, & \text{otherwise} \end{cases} \tag{A.2}$$

This predicate be false if and only if one of the $C_1$ or $C_2$ has a size smaller than $S_{\min}$ and $w(C_1, C_2)$ is higher than $w_{\min}$. In other words, we want to merge segments until each one has size of at least $S_{\min}$, but allow merging only when $w(C_1, C_2)$ is greater than $w_{\min}$. We chose $w_{\min} = 0.3$, and the optimal value for $S_{\min} = 8192$ was obtained by grid search. Fig. A-4b shows the result of the post–processing.

Both the watershed transform of the thresholded affinity graph, and the size dependent single–linkage clustering create a flat segmentation. A hierarchical segmentation is then obtained as described in Chapter 4. On Figure A-5 we show the values of the Rand split score and the Rand merge score for each level of the hierarchy. The

Rand split score and Rand merge score were computed by the method explained in Section 4.8.1, and were restricted to the foreground voxels in the ground truth.

It should be noted that the Rand score of the final segmentation should not be used as a metric for evaluating ConvNet performances. ConvNets are trained to optimize provided "loss function" A-2.

Perfect ConvNet performances will indeed yield a perfect Rand score, however there is no guarantee that the Rand score would increase as the ConvNet error rates decrease. For these reason, Rand split and Rand merge scores in Fig. A-5 show the relative improvement of the final segmentation when using our size–dependent single–linkage clustering, rather than absolute performances of the proposed methods.

Loss functions such as MALIS [89] are designed to maximize the Rand score when simple single linkage clustering of the produced affinity graph is used. Future work should include design of a loss function that minimizes the Rand score of the watershed transform of the affinity graph.

# Bibliography

[1] J. C. Tapia, N. Kasthuri, K. J. Hayworth, R. Schalek, J. W. Lichtman, S. J. Smith, and J. Buchanan, "High-contrast en bloc staining of neuronal tissue for field emission scanning electron microscopy," *Nature protocols*, vol. 7, no. 2, pp. 193–206, 2012.

[2] P. F. Felzenszwalb and D. P. Huttenlocher, "Efficient graph-based image segmentation," *International Journal of Computer Vision*, vol. 59, pp. 167–181, 2004.

[3] J. White, E. Southgate, J. Thomson, and S. Brenner, "The structure of the nervous system of the nematode caenorhabditis elegans: the mind of a worm," *Phil. Trans. R. Soc. Lond*, vol. 314, pp. 1–340, 1986.

[4] V. Marx, "Neurobiology: brain mapping in high resolution," *Nature*, vol. 503, no. 7474, pp. 147–152, 2013.

[5] R. Tomer, K. Khairy, F. Amat, and P. J. Keller, "Quantitative high-speed imaging of entire developing embryos with simultaneous multiview light-sheet microscopy," *Nature methods*, vol. 9, no. 7, pp. 755–763, 2012.

[6] S. M. Plaza and S. E. Berg, "Large-scale electron microscopy image segmentation in spark," *arXiv preprint arXiv:1604.00385*, 2016.

[7] V. Kaynig, A. Vazquez-Reina, S. Knowles-Barley, M. Roberts, T. R. Jones, N. Kasthuri, E. Miller, J. Lichtman, and H. Pfister, "Large-scale automatic reconstruction of neuronal processes from electron microscopy images," *Medical image analysis*, vol. 22, no. 1, pp. 77–88, 2015.

[8] W. R. G. Roncal, D. M. Kleissas, J. T. Vogelstein, P. Manavalan, K. Lillaney, M. Pekala, R. Burns, R. J. Vogelstein, C. E. Priebe, M. A. Chevillet, *et al.*, "An automated images-to-graphs framework for high resolution connectomics," *Frontiers in neuroinformatics*, vol. 9, 2015.

[9] N. Kasthuri, K. J. Hayworth, D. R. Berger, R. L. Schalek, J. A. Conchello, S. Knowles-Barley, D. Lee, A. Vázquez-Reina, V. Kaynig, T. R. Jones, *et al.*, "Saturated reconstruction of a volume of neocortex," *Cell*, vol. 162, no. 3, pp. 648–661, 2015.

[10] J. S. Kim, M. J. Greene, A. Zlateski, K. Lee, M. Richardson, S. C. Turaga, M. Purcaro, M. Balkam, A. Robinson, B. F. Behabadi, *et al.*, "Space-time wiring specificity supports direction selectivity in the retina," *Nature*, vol. 509, no. 7500, p. 331, 2014.

[11] M. Helmstaedter, K. L. Briggman, S. C. Turaga, V. Jain, H. S. Seung, and W. Denk, "Connectomic reconstruction of the inner plexiform layer in the mouse retina," *Nature*, vol. 500, no. 7461, pp. 168–174, 2013.

[12] S. C. Turaga, J. F. Murray, V. Jain, F. Roth, M. Helmstaedter, K. Briggman, W. Denk, and H. S. Seung, "Convolutional networks can learn to generate affinity graphs for image segmentation," *Neural computation*, vol. 22, no. 2, pp. 511–538, 2010.

[13] "Imagej plugin for morphological data mining."

[14] L. Vincent and P. Soille, "Watersheds in digital spaces: an efficient algorithm based on immersion simulations," *IEEE Transactions on Pattern Analysis & Machine Intelligence*, no. 6, pp. 583–598, 1991.

[15] J. B. Roerdink and A. Meijster, "The watershed transform: Definitions, algorithms and parallelization strategies," *Fundamenta informaticae*, vol. 41, no. 1, 2, pp. 187–228, 2000.

[16] V. Grau, A. Mewes, M. Alcaniz, R. Kikinis, and S. K. Warfield, "Improved watershed transform for medical image segmentation using prior information," *Medical Imaging, IEEE Transactions on*, vol. 23, no. 4, pp. 447–458, 2004.

[17] V. Grau, R. Kikinis, M. Alcaniz, and S. K. Warfield, "Cortical gray matter segmentation using an improved watershed-transform," in *Engineering in Medicine and Biology Society, 2003. Proceedings of the 25th Annual International Conference of the IEEE*, vol. 1, pp. 618–621, IEEE, 2003.

[18] J. Cousty, G. Bertrand, L. Najman, and M. Couprie, "Watershed cuts: Minimum spanning forests and the drop of water principle," *IEEE Transactions on Pattern Analysis and Machine Intelligence*, vol. 31, pp. 1362–1374, 2009.

[19] J. Shi and J. Malik, "Normalized cuts and image segmentation," *Pattern Analysis and Machine Intelligence, IEEE Transactions on*, vol. 22, no. 8, pp. 888–905, 2000.

[20] V. Kolmogorov and R. Zabih, "What energy functions can be minimized via graph cuts?," in *Computer Vision—ECCV 2002*, pp. 65–81, Springer, 2002.

[21] J. Cousty, G. Bertrand, L. Najman, and M. Couprie, "Watershed cuts: Thinnings, shortest path forests, and topological watersheds," *IEEE Transactions on Pattern Analysis and Machine Intelligence*, vol. 32, no. 5, pp. 925–939, 2010.

[22] J. Cousty and L. Najman, "Incremental algorithm for hierarchical minimum spanning forests and saliency of watershed cuts," *Lecture Notes in Computer Science (including subseries Lecture Notes in Artificial Intelligence and Lecture Notes in Bioinformatics)*, vol. 6671 LNCS, pp. 272–283, 2011.

[23] V. Jain, B. Bollmann, M. Richardson, D. R. Berger, M. N. Helmstaedter, K. L. Briggman, W. Denk, J. B. Bowden, J. M. Mendenhall, W. C. Abraham, *et al.*, "Boundary learning by optimization with topological constraints," in *Computer Vision and Pattern Recognition (CVPR), 2010 IEEE Conference on*, pp. 2488–2495, IEEE, 2010.

[24] V. Jain, S. C. Turaga, K. Briggman, M. N. Helmstaedter, W. Denk, and H. S. Seung, "Learning to agglomerate superpixel hierarchies," in *Advances in Neural Information Processing Systems*, pp. 648–656, 2011.

[25] M. G. Uzunbaş, C. Chen, and D. Metaxsas, "Optree: a learning-based adaptive watershed algorithm for neuron segmentation," in *Medical Image Computing and Computer-Assisted Intervention–MICCAI 2014*, pp. 97–105, Springer, 2014.

[26] J. Nikodem, "Plateau problem in the watershed transform," *Computing and Informatics*, vol. 28, no. 2, pp. 195–207, 2012.

[27] F. Meyer, "Topographic distance and watershed lines," *Signal processing*, vol. 38, no. 1, pp. 113–125, 1994.

[28] "Snemi3d challenge: 3d segmentation of neurites in em images." http://brainiac2.mit.edu/SNEMI3D/leaders-board, 2013.

[29] H. Seung and L. Burnes, "Eyewire," *Available a t eyewire. org*, 2012.

[30] Y. Jia, E. Shelhamer, J. Donahue, S. Karayev, J. Long, R. Girshick, S. Guadarrama, and T. Darrell, "Caffe: Convolutional architecture for fast feature embedding," in *Proceedings of the ACM International Conference on Multimedia*, pp. 675–678, ACM, 2014.

[31] R. Collobert, K. Kavukcuoglu, and C. Farabet, "Torch7: A matlab-like environment for machine learning," in *BigLearn, NIPS Workshop*, no. EPFL-CONF-192376, 2011.

[32] J. Bergstra, O. Breuleux, F. Bastien, P. Lamblin, R. Pascanu, G. Desjardins, J. Turian, D. Warde-Farley, and Y. Bengio, "Theano: a cpu and gpu math expression compiler," in *Proceedings of the Python for scientific computing conference (SciPy)*, vol. 4, p. 3, Austin, TX, 2010.

[33] J. Dean, G. Corrado, R. Monga, K. Chen, M. Devin, M. Mao, A. Senior, P. Tucker, K. Yang, Q. V. Le, *et al.*, "Large scale distributed deep networks," in *Advances in Neural Information Processing Systems*, pp. 1223–1231, 2012.

[34] M. Mathieu, M. Henaff, and Y. LeCun, "Fast training of convolutional networks through ffts," in *International Conference on Learning Representations (ICLR2014)*, CBLS, April 2014.

[35] N. Vasilache, J. Johnson, M. Mathieu, S. Chintala, S. Piantino, and Y. LeCun, "Fast convolutional nets with fbfft: A gpu performance evaluation," *arXiv preprint arXiv:1412.7580*, 2014.

[36] J. Masci, A. Giusti, D. Ciresan, G. Fricout, and J. Schmidhuber, "A fast learning algorithm for image segmentation with max-pooling convolutional networks," in *Image Processing (ICIP), 2013 20th IEEE International Conference on*, pp. 2713–2717, IEEE, 2013.

[37] A. Giusti, D. C. Cireşan, J. Masci, L. M. Gambardella, and J. Schmidhuber, "Fast image scanning with deep max-pooling convolutional neural networks," *arXiv preprint arXiv:1302.1700*, 2013.

[38] P. Sermanet, D. Eigen, X. Zhang, M. Mathieu, R. Fergus, and Y. LeCun, "Overfeat: Integrated recognition, localization and detection using convolutional networks," *arXiv preprint arXiv:1312.6229*, 2013.

[39] A. Viebke and S. Pllana, "The potential of the intel xeon phi for supervised deep learning," *arXiv preprint arXiv:1506.09067*, 2015.

[40] J. Liu, H. Wang, D. Wang, Y. Gao, and Z. Li, "Parallelizing convolutional neural networks on intelˆ{\ textregistered} many integrated core architecture," in *Architecture of Computing Systems–ARCS 2015*, pp. 71–82, Springer, 2015.

[41] L. Jin, Z. Wang, R. Gu, C. Yuan, and Y. Huang, "Training large scale deep neural networks on the intel xeon phi many-core coprocessor," in *Proceedings of the 2014 IEEE International Parallel & Distributed Processing Symposium Workshops*, IPDPSW '14, (Washington, DC, USA), pp. 1622–1630, IEEE Computer Society, 2014.

[42] A. A. Huqqani, E. Schikuta, S. Ye, and P. Chen, "Multicore and gpu parallelization of neural networks for face recognition," *Procedia Computer Science*, vol. 18, pp. 349–358, 2013.

[43] A. Krizhevsky, I. Sutskever, and G. E. Hinton, "Imagenet classification with deep convolutional neural networks," in *Advances in neural information processing systems*, pp. 1097–1105, 2012.

[44] D. Ciresan, A. Giusti, L. M. Gambardella, and J. Schmidhuber, "Deep neural networks segment neuronal membranes in electron microscopy images," in *Advances in neural information processing systems*, pp. 2843–2851, 2012.

[45] J. Long, E. Shelhamer, and T. Darrell, "Fully convolutional networks for semantic segmentation," in *The IEEE Conference on Computer Vision and Pattern Recognition (CVPR)*, June 2015.

[46] A. Kanazawa, A. Sharma, and D. W. Jacobs, "Locally scale-invariant convolutional neural networks," *arXiv preprint arXiv:1412.5104*, 2014.

[47] P. Sermanet and Y. LeCun, "Traffic sign recognition with multi-scale convolutional networks," in *Neural Networks (IJCNN), The 2011 International Joint Conference on*, pp. 2809–2813, IEEE, 2011.

[48] J. Gustafson, "Brent's theorem," in *Encyclopedia of Parallel Computing* (D. Padua, ed.), pp. 182–185, Springer US, 2011.

[49] M. M. Michael and M. L. Scott, "Simple, fast, and practical non-blocking and blocking concurrent queue algorithms," in *Proceedings of the fifteenth annual ACM symposium on Principles of distributed computing*, pp. 267–275, ACM, 1996.

[50] T. Blechmann, "Boost lockfree library." http://www.boost.org/libs/lockfree/, 2008.

[51] J. Evans, "A scalable concurrent malloc (3) implementation for freebsd," in *Proc. of the BSDCan Conference, Ottawa, Canada*, 2006.

[52] J. Evans, "Scalable memory allocation using jemalloc." https://www.facebook.com/notes/facebook-engineering/scalable-memory-allocation-using-jemalloc/480222803919, 2011.

[53] S. Chetlur, C. Woolley, P. Vandermersch, J. Cohen, J. Tran, B. Catanzaro, and E. Shelhamer, "cudnn: Efficient primitives for deep learning," *arXiv preprint arXiv:1410.0759*, 2014.

[54] R. D. Blumofe and C. E. Leiserson, "Scheduling multithreaded computations by work stealing," *Journal of the ACM (JACM)*, vol. 46, no. 5, pp. 720–748, 1999.

[55] K. Lee, A. Zlateski, A. Vishwanathan, and H. S. Seung, "Recursive training of 2d-3d convolutional networks for neuronal boundary detection," *arXiv preprint arXiv:1508.04843*, 2015.

[56] U. Sümbül, A. Zlateski, A. Vishwanathan, R. H. Masland, and H. S. Seung, "Automated computation of arbor densities: a step toward identifying neuronal cell types," *Frontiers in neuroanatomy*, vol. 8, 2014.

[57] N. Srivastava, G. Hinton, A. Krizhevsky, I. Sutskever, and R. Salakhutdinov, "Dropout: A simple way to prevent neural networks from overfitting," *The Journal of Machine Learning Research*, vol. 15, no. 1, pp. 1929–1958, 2014.

[58] K. Chellapilla, S. Puri, and P. Simard, "High performance convolutional neural networks for document processing," in *Tenth International Workshop on Frontiers in Handwriting Recognition*, Suvisoft, 2006.

[59] D. Scherer, H. Schulz, and S. Behnke, "Accelerating large-scale convolutional neural networks with parallel graphics multiprocessors," in *Artificial Neural Networks–ICANN 2010*, pp. 82–91, Springer, 2010.

[60] D. Strigl, K. Kofler, and S. Podlipnig, "Performance and scalability of gpu-based convolutional neural networks," in *2010 18th Euromicro Conference on Parallel, Distributed and Network-based Processing*, pp. 317–324, IEEE, 2010.

[61] D. C. Ciresan, U. Meier, J. Masci, L. Maria Gambardella, and J. Schmidhuber, "Flexible, high performance convolutional neural networks for image classification," in *IJCAI Proceedings-International Joint Conference on Artificial Intelligence*, vol. 22, p. 1237, 2011.

[62] M. Meeker, "Internet trends 2014." `http://www.kpcb.com/blog/2014-internet-trends`, 2014 (accessed April 9, 2016).

[63] "Youtube changes at a rate of 33% a year."

[64] J. W. Lichtman, H. Pfister, and N. Shavit, "The big data challenges of connectomics," *Nature neuroscience*, vol. 17, no. 11, pp. 1448–1454, 2014.

[65] F. Tschopp, "Efficient convolutional neural networks for pixelwise classification on heterogeneous hardware systems," *arXiv preprint arXiv:1509.03371*, 2015.

[66] M. P. I. F. M. Research, "ELEKTRONN a neural network toolkit," 2015.

[67] O. Matan, C. J. Burges, Y. LeCun, and J. S. Denker, "Multi-digit recognition using a space displacement neural network," in *NIPS*, pp. 488–495, Citeseer, 1991.

[68] V. Jain, J. F. Murray, F. Roth, S. Turaga, V. Zhigulin, K. L. Briggman, M. N. Helmstaedter, W. Denk, and H. S. Seung, "Supervised learning of image restoration with convolutional networks," in *Computer Vision, 2007. ICCV 2007. IEEE 11th International Conference on*, pp. 1–8, IEEE, 2007.

[69] F. Ning, D. Delhomme, Y. LeCun, F. Piano, L. Bottou, and P. E. Barbano, "Toward automatic phenotyping of developing embryos from videos," *Image Processing, IEEE Transactions on*, vol. 14, no. 9, pp. 1360–1371, 2005.

[70] F. Yu and V. Koltun, "Multi-scale context aggregation by dilated convolutions," *arXiv preprint arXiv:1511.07122*, 2015.

[71] M. Frigo and S. G. Johnson, "Fftw user's manual," *Massachusetts Institute of Technology*, 1999.

[72] M. Frigo and S. G. Johnson, "Fftw: An adaptive software architecture for the fft," in *Acoustics, Speech and Signal Processing, 1998. Proceedings of the 1998 IEEE International Conference on*, vol. 3, pp. 1381–1384, IEEE, 1998.

[73] C. Nvidia, "Cufft library," 2010.

[74] H. S. Warren, *Hacker's delight*. Pearson Education, 2013.

[75] N. Bell and J. Hoberock, "Thrust: A 2 6," *GPU Computing Gems Jade Edition*, p. 359, 2011.

[76] J. Jeffers and J. Reinders, *High Performance Parallelism Pearls Volume Two: Multicore and Many-core Programming Approaches.* Morgan Kaufmann, 2015.

[77] J. Reinders, *Intel threading building blocks: outfitting C++ for multi-core processor parallelism.* " O'Reilly Media, Inc.", 2007.

[78] T. Willhalm and N. Popovici, "Putting intel® threading building blocks to work," in *Proceedings of the 1st international workshop on Multicore software engineering*, pp. 3–4, ACM, 2008.

[79] P. Salembier and M. Pardas, "Hierarchical morphological segmentation for image sequence coding," *Image Processing, IEEE Transactions on*, vol. 3, no. 5, pp. 639–651, 1994.

[80] H. Gao, W.-C. Siu, and C.-H. Hou, "Improved techniques for automatic image segmentation," *Circuits and Systems for Video Technology, IEEE Transactions on*, vol. 11, no. 12, pp. 1273–1280, 2001.

[81] S. Beucher, "Watershed, hierarchical segmentation and waterfall algorithm," in *Mathematical morphology and its applications to image processing*, pp. 69–76, Springer, 1994.

[82] S. J. F. Guimarães, J. Cousty, Y. Kenmochi, and L. Najman, "A Hierarchical Image Segmentation Algorithm Based on an Observation Scale," pp. 116–125, 2012.

[83] K. L. Briggman, M. Helmstaedter, and W. Denk, "Wiring specificity in the direction-selectivity circuit of the retina," *Nature*, vol. 471, no. 7337, pp. 183–188, 2011.

[84] W. M. Rand, "Objective criteria for the evaluation of clustering methods," *Journal of the American Statistical association*, vol. 66, no. 336, pp. 846–850, 1971.

[85] G. Cybenko, "Approximation by superpositions of a sigmoidal function," *Mathematics of control, signals and systems*, vol. 2, no. 4, pp. 303–314, 1989.

[86] K. Hornik, "Approximation capabilities of multilayer feedforward networks," *Neural networks*, vol. 4, no. 2, pp. 251–257, 1991.

[87] A. Krizhevsky, "Cuda-convnet," 2012.

[88] K. J. Hayworth, J. L. Morgan, R. Schalek, D. R. Berger, D. G. Hildebrand, and J. W. Lichtman, "Imaging atum ultrathin section libraries with wafermapper: a multi-scale approach to em reconstruction of neural circuits," 2014.

[89] S. Turaga and K. Briggman, "Maximin affinity learning of image segmentation," *arXiv preprint arXiv: . . .*, pp. 1–9, 2009.