# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC. and ALEKSANDAR ZLATESKI,<br><br>   Defendants. | Civil Action No. 1:20-cv-10444-DJC |

## DECLARATION OF NICHOLAS WONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO NMI'S MOTION FOR PRELIMINARY INJUNCTION

I, Nicholas Wong, declare as follows:

1. I have been employed by Facebook, Inc. ("Facebook") since March 2019, as an eDiscovery and Litigation Case Manager. I am a member of the legal team which oversees legal matters for Facebook. As part of my job responsibilities, I have become familiar with Facebook and its organizational structure. As necessary, I have confirmed the facts below through my investigation of corporate records and discussions with individuals at Facebook. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify thereto.

2. Facebook is a technology company that was initially founded in February 2004 in Cambridge, Massachusetts.

3. Facebook is registered as a Delaware corporation with a headquarters and place of business in Menlo Park, California.

4. Facebook is widely known for its social networking platform, which connects billions of people across the globe every day.

5. Additionally, Facebook owns and operates subsidiaries such as Instagram, a widely-used photo-sharing, video-sharing, and social networking service, WhatsApp, a messaging application, and Facebook Technologies LLC, which manufactures Oculus virtual reality system, Portal video-calling devices and other products and services.

6. As of today, Facebook employs over 49,000 people in offices throughout the world. Over 12,000 of those employees are engineers.

7. Facebook's AI Research (FAIR) group includes over 400 employees.

8. In early 2019, Dr. Aleksandar Zlateski applied and subsequently interviewed for a

position in the FAIR group.

9. In March 2019, Facebook offered Dr. Zlateski a position as an Applied Research Scientist in the FAIR group. That offer included compensation commensurate with the compensation Facebook pays other employees in similar positions and with similar experience.

10. On March 12, 2019, Dr. Zlateski accepted Facebook's offer to join the company, and he started at Facebook in July 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2020.

/s/ Nicholas Wong
Nicholas Wong

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on April 23, 2020 to those identified as non-registered participants.

/s/ William J. Trach
William J. Trach