UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Facebook, Inc. and Dr. Aleksandar Zlateski hereby move to dismiss Counts III and VI in full, and Count V in part, of Plaintiff Neural Magic Inc.'s ("NMI") complaint, D.I. 1, for failure to state a claim upon which relief can be granted.

On March 4, 2020, NMI filed its complaint, asserting claims of trade secret misappropriation under the Massachusetts Uniform Trade Secrets Act ("MUTSA") (Count I) and Defend Trade Secrets Act (Count II).  D.I. 1.  NMI also asserted claims for a violation of Mass. Gen. L. c. 93A § 11 (Count III), unjust enrichment (Count VI), and tortious interference (Count V).  D.I. 1.  NMI's Chapter 93A, unjust enrichment, and tortious interference claims fail as a matter of law because they are preempted, in whole or in part, under the MUTSA, which "supersede[s] any conflicting laws of the commonwealth providing civil remedies for the misappropriation of a trade secret."  M.G.L. 93 § 42F(a).

In support of this motion, Defendants submit the accompanying memorandum and any further briefing and argument that may be permitted by the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request that the Court hold oral argument on this motion, as Defendants believe that oral argument will assist the Court.

| | |
|---|---|
| Dated:  May 11, 2020 | Respectfully submitted, |

 */s/ William J. Trach*
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
Nathanial McPherson (BBO No. 697666)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
nathanial.mcpherson@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com

*Attorneys for Defendant*
*Facebook, Inc.*

        */s/ Russell Beck*
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hanna Tso Joseph (BBO No. 688132)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617)500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com

*Attorneys for Defendant*
*Aleksandar Zlateski*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiff opposes the relief requested in this motion.

        */s/ William J. Trach*
William J. Trach

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system on May 11, 2020, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

        */s/ William J. Trach*
William J. Trach