UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

**DEFENDANTS' MOTION TO COMPEL AND FOR A PROTECTIVE ORDER**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Defendants Facebook, Inc. and Dr. Aleksandar Zlateski hereby move to compel Plaintiff Neural Magic Inc. ("NMI") to (i) supplement its Mass. G. L. c. 93 § 42D(b) trade secret identification, (ii) supplement its responses to Defendants' Interrogatories Nos. 1, 6, 8, and 13, and (iii) provide "a computation of each category of damages claimed" and "make available for inspection and copying . . . the documents or other evidentiary material . . . on which each computation is based," as required by Rule 26(a)(1)(A)(iii).  Defendants further move for a protective order staying discovery of Defendants' proprietary technical and commercial information until NMI adequately supplements these disclosures and discovery responses.

In support of this motion, Defendants submit the accompanying memorandum and any further briefing and argument that may be permitted by the Court.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request that the Court hold oral argument on this motion, as Defendants believe that oral argument will assist the Court.

Dated:  January 8, 2021                                  Respectfully submitted,

/s/ Christopher W. Henry
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
Nathanial McPherson (BBO No. 697666)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
nathanial.mcpherson@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
melanie.grindle@lw.com

*Attorneys for Defendant*
*Facebook, Inc.*

/s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hanna Tso Joseph (BBO No. 688132)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617)500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com

*Attorneys for Defendant*
*Aleksandar Zlateski*

## LOCAL RULES 7.1 & 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. More specifically, counsel for Facebook and Dr. Zlateski conferred via teleconference with counsel for Neural Magic on January 7, 2021, at noon EST, for approximately one hour. The telephonic discovery conference was attended by Christopher Henry and Melanie Grindle of Latham & Watkins LLP on behalf of Facebook; Stephen Riden of Beck Reed Riden LLP on behalf of Dr. Zlateski; and Stacylyn Doore, Patrick Curran, and Ryan Gorman of Quinn Emanuel Urquhart & Sullivan, LLP on behalf of Neural Magic. The parties were unable to resolve their disputes on the discovery conference or through subsequent correspondence. Plaintiff opposes the relief requested in this motion.

/s/ Christopher W. Henry
Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on January 8, 2021 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Christopher W. Henry
Christopher W. Henry