UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURALMAGIC, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>FACEBOOK, INC. AND ALEKSANDAR ZLATESKI<br><br>*Defendants.* | **Civil Action No. 20-CV-10444** |

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, Plaintiff NeuralMagic, Inc. ("Neural Magic") moves to compel Defendants Facebook, Inc. ("Facebook") and Aleksandar Zlateski ("Zlateski") to (i) identify relevant source code that is responsive to Neural Magic's Interrogatory No. 7, as outlined in the accompanying memorandum in support of this motion; and (ii) produce documents quantifying performance improvements and financial benefits related to Facebook's use of Neural Magic trade secrets and are referenced in Facebook's prior document productions.

In support of this motion to compel, Neural Magic submits the accompanying memorandum and any further briefing and argument that may be permitted by the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Neural Magic respectfully requests that the Court hold oral argument on this motion, as Neural Magic believes that oral argument may assist the Court in its resolution of these issues.

1

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel has conferred and attempted in good faith to resolve or narrow the issues raised in this motion.

                                                      Respectfully submitted,

Dated: August 6, 2021

*/s/ Patrick D. Curran*
Patrick D. Curran (BBO# 568701)
Steven Cherny (BBO# 706132) (*pro hac vice*)
Stacylyn M. Doore (BBO# 678449)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on this the 6th day of August, 2021.

*/s/ Patrick D. Curran*
Patrick D. Curran