UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. and ALEKSANDAR ZLATESKI, <br><br> Defendants. | Civil Action No. 1:20-cv-10444-DJC |

**JOINT MOTION TO EXTEND DEADLINES FOR FACT DISCOVERY, A STATUS CONFERENCE, EXPERT DISCOVERY, AND DISPOSITIVE MOTIONS**

Plaintiff Neural Magic, Inc., and Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Aleksandar Zlateski (collectively, the "Parties") jointly move to extend the deadlines for fact discovery, a status conference, expert discovery, and dispositive motions according to the table set forth below. The Parties also have agreed to a mutual December 8, 2021 deadline for service of the parties' second (and final) sets of requests for production. This is reflected in the table below as well. The Parties agree that this extension should not be used to argue for or against injunctive relief or any other form of relief in the future.

The Parties are actively engaged in fact discovery. Two depositions have been taken, including third-party depositions, and the parties are working to schedule and proceed with others. The Parties also are actively discussing their respective document productions, written discovery responses, and related issues and disputes. Third-party discovery is ongoing. The Parties submit that good cause exists to extend the deadline for fact discovery by approximately a month and a half to, among other things, allow the Parties sufficient time to complete remaining discovery and to accommodate preexisting trial and witness schedules. For example,

1

the requested extension will eliminate or reduce the likelihood that the Parties will need to seek the Court's permission to take one or more fact depositions after the current deadline for the close of fact discovery. Because subsequent deadlines for a status conference with the Court, expert discovery, and dispositive motions are keyed to the close of fact discovery, good cause exists to extend those deadlines by approximately the same amount.

| Event | Scheduling Orders (D.I. 106, 156, 157) | Current Schedule | Proposed Schedule |
|---|---|---|---|
| Deadline for Service of Second (And Final) Sets of Requests For Production | N/A | N/A | December 8, 2021 |
| Close of Fact Discovery | D.I. 106, Section 3(a); D.I. 156 | December 10, 2021 | January 31, 2022 |
| Status Conference | D.I. 106, Section 4; D.I. 156; D.I. 157 | December 13, 2021, at 2:15 pm ET | _____, 2022 at ____ pm ET[1] |
| Opening Expert Reports | D.I. 106, Section 5(a); D.I. 156 | January 17, 2022 | February 28, 2022 |
| Rebuttal Expert Reports | D.I. 106, Section 5(b); D.I. 156 | February 21, 2022 | March 28, 2022 |
| Deadline for Trial Expert Depositions | D.I. 106, Section 5(c); D.I. 156 | March 23, 2022 | April 15, 2022 |
| Opening SJ Motions[2] | D.I. 106, Section 6(a); D.I. 156 | April 8, 2022 | May 6, 2022 |

---

[1] To be set for a date and time convenient for the Court, after the close of fact discovery.

[2] The other requirements for summary judgment briefing set forth in the Court's November 17, 2020 scheduling order (D.I. 106) and the local rules still apply.

Dated:  November 12, 2021

 /s/ Stacylyn Doore
Steven Cherny (BBO No. 706132)
Patrick D. Curran (BBO No. 568701)
Stacylyn M. Doore (BBO No. 678449)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com

*Attorneys for Plaintiff*
*Neural Magic, Inc.*

Respectfully submitted,

 /s/ Christopher W. Henry
Christopher W. Henry (BBO No. 676033)
William J. Trach (BBO No. 661401)
David W. Rowe (BBO No. 695919)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
david.rowe@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
melanie.grindle@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

 /s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hannah Tso Joseph (BBO No. 688132)
Jillian E. Carson (BBO No. 698505)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com

*Attorneys for Defendant Aleksandar Zlateski*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court on November 12, 2021 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                      */s/ Christopher W. Henry*
                                                      Christopher W. Henry