UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

**DEFENDANTS' MOTION FOR IMPOUNDMENT**

Pursuant to Local Rule 7.1 and 7.2, Defendants Meta Platforms (f/k/a Facebook, Inc.) ("Meta") and Dr. Aleksandar Zlateski have moved for leave to submit a nine-page reply (the "Proposed Reply") in support of their Motion to Compel, dated November 17, 2021 (*see* D.I. 198; *see also* D.I. 191). The Proposed Reply contains and references information that Plaintiff Neural Magic Inc. ("NMI") and a third party have designated as confidential in this action, pursuant to the terms of the governing Stipulated Protective Order (D.I. 52), as well as information that was filed under seal in connection with Defendant's opening memorandum (D.I. 199). Accordingly, Defendants hereby move to impound the Proposed Reply, pursuant to Local Rule 7.1 and 7.2, should the Court grant Defendants leave to file these papers. Defendants move to seal pending NMI's review of their Proposed Reply to identify the information that NMI contends should be redacted because it constitutes allegedly confidential and proprietary information.

As was the case with Defendants' opening memorandum, Defendants are not in a position to identify the precise scope of the information that NMI considers to be its confidential

1

and proprietary information in the Proposed Reply.  Therefore, there is good cause to grant this motion for impoundment, to allow the parties the ability to confer and prepare redacted versions of Defendants' Proposed Reply for submission, as required by the Local Rules.

Defendants are providing an unredacted copy of the Proposed Reply via email to NMI pursuant to the terms of the Stipulated Protective Order.  In addition, an unredacted copy of the Proposed Reply will be submitted to the Court upon allowance of the instant motion.  To the extent permitted by the Court after decision on this motion, Defendants will file on the docket a redacted version of the Proposed Reply.

In advance of this filing, the morning of December 13, 2021, Defendants requested NMI's position as to whether it would oppose this motion; NMI did not respond before these papers were filed.

WHEREFORE, Defendants respectfully request that the Court grant this motion seeking leave to file their Proposed Reply under seal and impound same until further order of the Court.

Dated:  December 13, 2021

Respectfully submitted,

 /s/ Christopher W. Henry
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
Paul A. Weinand (BBO No. 708757)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
paul.weinand@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
patrick.justman@lw.com
melanie.grindle@lw.com
*Attorneys for Defendant Meta Platforms, Inc.*

 /s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hannah Tso Joseph (BBO No. 688132)
Jillian E. Carson (BBO No. 698505)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com
jcarson@beckreed.com
*Attorneys for Defendant Aleksandar Zlateski*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants alerted counsel for Plaintiff of Defendants' intent to file this motion, requested Plaintiff's position concerning same, and indicated Defendants' counsel's availability to further discuss; counsel for Plaintiff did not respond before these papers were filed.

                                                    */s/ Christopher W. Henry*
                                                    Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on December 13, 2021 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                    */s/ Christopher W. Henry*
                                                    Christopher W. Henry