## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NEURAL MAGIC, INC.,

     Plaintiff,

            v.

FACEBOOK, INC. and ALEKSANDAR
ZLATESKI,

     Defendants.

Civil Action No. 1:20-cv-10444-DJC

## DEFENDANTS' MOTION TO COMPEL
## A SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Defendants Meta Platforms (f/k/a Facebook, Inc.) ("Meta") and Dr. Aleksandar Zlateski hereby move to compel Plaintiff Neural Magic Inc. ("NMI") to supplement its responses to Defendants' Interrogatory No. 5 to state the basis—on an alleged trade-secret-by-trade-secret basis, and in full and complete detail—for any assertion that any allegedly misappropriated or otherwise misused trade secrets and/or items of Confidential Information at issue derived independent economic value from not being generally known to the public or any person who would benefit from its knowledge or disclosure and/or otherwise provided NMI with a competitive business advantage. This supplementation should include an explanation of why NMI contends that each of its alleged trade secrets derived independent economic value at the time of Defendants' alleged misappropriation, as well identifications of the documents on which NMI bases such contentions.

In support of this motion, Defendants will submit an accompanying memorandum, which Defendants have separately sought leave to file under seal, and Defendants will further submit any additional briefing and argument permitted by the Court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request that the Court hold oral argument on this motion, as Defendants believe that oral argument will assist the Court.


Dated:  January 4, 2022

Respectfully submitted,

/s/ Christopher W. Henry
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
Paul A. Weinand (BBO No. 708757)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
paul.weinand@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
patrick.justman@lw.com
melanie.grindle@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hannah Tso Joseph (BBO No. 688132)
Jillian E. Carson (BBO No. 698505)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com
jcarson@beckreed.com

*Attorneys for Defendant Aleksandar Zlateski*

## LOCAL RULES 7.1 & 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. More specifically, counsel for Facebook and Dr. Zlateski conferred via teleconference with counsel for Neural Magic on December 8, 2021, and through numerous, related emails. The telephonic conference was attended by Pat Justman and Paul Weinand of Latham & Watkins LLP on behalf of Meta; Stephen Riden of Beck Reed Riden LLP on behalf of Dr. Zlateski; and Stacylyn Doore of Quinn Emanuel Urquhart & Sullivan, LLP on behalf of Neural Magic. The parties have been unable to resolve the disputes addressed in Defendants' motion, including on January 4, when NMI belatedly promised, via an email sent at 3:54 pm ET, to provide yet another supplementation of its responses to Defendants' Interrogatory No. 5. As Defendants explained to NMI, in view of NMI's long-standing failure to adequately respond to that interrogatory, the impending close of fact discovery, and upcoming depositions, Defendants must file this motion now, to bring an end to NMI's delay. Defendants understand that Plaintiff opposes the relief requested in this motion.

/s/ Christopher W. Henry
Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on January 4, 2022 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Christopher W. Henry
Christopher W. Henry