UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>            v.<br><br>FACEBOOK, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

## DEFENDANTS' UNOPPOSED MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.1 and 7.2, Defendants Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Dr. Aleksandar Zlateski hereby move for leave to impound an unredacted version of their memorandum in support of their motion to compel a supplemental response to Defendants' Interrogatory No. 5 (the "Memorandum"), as well as the accompanying Declaration of Christopher W. Henry and that declaration's exhibits (collectively, the "Henry Declaration").

On April 27, 2020, this Court entered a Stipulated Protective Order governing the handling of confidential information and documents in this proceeding. D.I. 52. Pursuant to the terms of the Stipulated Protective Order, a party may designate certain materials provided in discovery as "Protected." The Stipulated Protective Order further provides: "Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material." D.I. 52 at § 14.4.

The Memorandum and the Henry Declaration contain and reference information that Plaintiff Neural Magic, Inc. ("NMI") has designated as Protected Material in this Action,

1

pursuant to the terms of the Stipulated Protective Order.  Defendants are not in a position to identify the precise scope of the information that NMI considers to be its confidential and proprietary information in these papers.  In addition, the Memorandum and the Henry Declaration contain and reference material that has previously been filed under seal or in redacted form in this case, as well as information that the parties have designated as "Protected Material."  Accordingly, there is good cause to grant this motion for impoundment, to allow the parties the ability to confer and prepare redacted versions of these papers for submission as required by the Local Rules.

      Defendants are providing unredacted copies of the Memorandum and the Henry Declaration via email to NMI pursuant to the terms of the Stipulated Protective Order.  In addition, unredacted copies of the Memorandum and the Henry Declaration will be submitted to the Court upon allowance of this motion.  To the extent permitted by the Court after decision on this motion, Defendants will file on the docket redacted versions of the Memorandum and the Henry Declaration.

      NMI does not oppose this motion.

      WHEREFORE, Defendants respectfully request that the Court grant this motion seeking leave to file said documents under seal and impound same until further order of the Court.

Dated:  January 4, 2022

Respectfully submitted,

/s/ Christopher W. Henry
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
Paul A. Weinand (BBO No. 708757)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com
paul.weinand@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
patrick.justman@lw.com
melanie.grindle@lw.com
*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hannah Tso Joseph (BBO No. 688132)
Jillian E. Carson (BBO No. 698505)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com
jcarson@beckreed.com
*Attorneys for Defendant Aleksandar Zlateski*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for all parties has conferred regarding the relief requested in this motion, and this motion is unopposed.

/s/ Christopher W. Henry
Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on January 4, 2022 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Christopher W. Henry
Christopher W. Henry