UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

**DEFENDANTS' MOTION TO AMEND CASE SCHEDULE**

Defendants Meta Platforms, Inc. ("Meta") and Dr. Aleksandar Zlateski move to amend the current case schedule in three limited respects, each of which will promote the efficient adjudication and resolution of this case. Specifically, Defendants request that the Court (i) allow 50-page limits for Defendants' opening summary judgment brief and the opposition of Plaintiff Neural Magic, Inc., (ii) order that *Daubert* motions be filed on the same schedule as summary judgment briefs, and (iii) permit Defendants 14 days to file a 20-page reply in support of their summary judgment motion.

In support of this motion, Defendants submit an accompanying memorandum and declaration, which Defendants are concurrently seeking leave to file under seal. Defendants will further submit any additional briefing and argument permitted or requested by the Court.

| | |
|---|---|
| Dated:  June 10, 2022 | Respectfully submitted, |

/s/ Christopher W. Henry  
William J. Trach ((BBO No. 661401)  
Christopher W. Henry (BBO No. 676033)  
Paul A. Weinand (BBO No. 708757)  
LATHAM & WATKINS LLP  
John Hancock Tower  
200 Clarendon Street, 27th Floor  
Boston, MA 02116  
(617) 948-6000 / (617) 948-6001 Fax  
william.trach@lw.com  
christopher.henry@lw.com  
paul.weinand@lw.com  

Douglas E. Lumish (*pro hac vice*)  
LATHAM & WATKINS LLP  
140 Scott Drive  
Menlo Park, CA 94025  
(650) 328-4600 / (650) 463-2600 Fax  
douglas.lumish@lw.com  

Jennifer L. Barry (*pro hac vice*)  
Patrick C. Justman (*pro hac vice*)  
Melanie J. Grindle (*pro hac vice*)  
LATHAM & WATKINS LLP  
12670 High Bluff Drive  
San Diego, CA 92130  
(858) 523-5400 / (858) 523-5450 Fax  
jennifer.barry@lw.com  
patrick.justman@lw.com  
melanie.grindle@lw.com  

*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Stephen D. Riden  
Russell Beck (BBO No. 561031)  
Stephen D. Riden (BBO No. 644451)  
Hannah Tso Joseph (BBO No. 688132)  
Jillian E. Carson (BBO No. 698505)  
BECK REED RIDEN LLP  
155 Federal Street, Suite 1302  
Boston, MA 02110  
(617) 500-8670 / (617) 500-8665 Fax  
rbeck@beckreed.com  
sriden@beckreed.com  
hjoseph@beckreed.com  
jcarson@beckreed.com  

*Attorneys for Defendant Aleksandar Zlateski*

## LOCAL RULES 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants has conferred with counsel for Plaintiff in a good faith effort to resolve or narrow issues raised in this motion. Plaintiff opposes this motion.

/s/ Christopher W. Henry
Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on June 10, 2022 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Christopher W. Henry
Christopher W. Henry