UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURALMAGIC, INC. )<br><br>*Plaintiff*, )<br> )<br>v. )<br> )<br>META PLATFORMS, INC. AND )<br>ALEKSANDAR ZLATESKI )<br> )<br>*Defendants*. )<br> )<br> )<br> ) | **Civil Action No. 20-CV-10444** |

## NEURAL MAGIC'S
## MOTION TO STRIKE EXPERT TESTIMONY OF DR. DAVID KAELI

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Local Rule 37.1, Plaintiff NeuralMagic, Inc. ("Neural Magic") moves to strike portions of the expert report and related testimony submitted by David Kaeli on behalf of Aleksandar Zlateski and Meta Platforms, Inc. As outlined in the accompanying memorandum in support of this motion, those portions of Dr. Kaeli's expert report and related testimony that Neural Magic seeks to strike pertain to untimely contentions Defendants failed to disclose in response to Neural Magic's interrogatories, raised for the first time in Dr. Kaeli's report.

In support of this motion to strike, Neural Magic submits the accompanying memorandum and exhibits attached thereto, as well as any further briefing and argument that may be permitted by the Court. Neural Magic's accompanying memorandum and exhibits will be filed under seal, with the Court's leave, which Neural Magic is seeking concurrent with the filing of this motion.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Neural Magic respectfully requests that the Court hold oral argument on this motion, as Neural Magic believes that oral argument may assist the Court in its resolution of these issues.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel has conferred and attempted in good faith to resolve or narrow the issues raised in this motion. Specifically, counsel for Neural Magic conferred extensively with Defendants on the subject matter of this motion, including over a June 7 teleconference and in subsequent email correspondence. Defendants oppose the relief requested in this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 23, 2022 | */s/ Patrick D. Curran* <br> Steven Cherny (BBO# 706132) (*pro hac vice*) <br> Patrick D. Curran (BBO# 568701) <br> Stacylyn M. Doore (BBO# 678449) <br> Ryan P. Gorman (BBO# 707239) (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 111 Huntington Avenue, Suite 520 <br> Boston, MA 02199 <br> Tel: (617) 712-7100 <br> stevencherny@quinnemanuel.com <br> patrickcurran@quinnemanuel.com <br> stacylyndoore@quinnemanuel.com <br> ryangorman@quinnemanuel.com <br><br> Jared W. Newton (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 1300 I Street, NW, Suite 900 <br> Washington, D.C. 20005 <br> Tel: (202) 538-8000 <br> jarednewton@quinnemanuel.com <br><br> Gyushik (Kevin) Jang (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Tel: (212) 849-7035 <br> kevinjang@quinnemanuel.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on this the 23rd day of June, 2022.

*/s/ Stacylyn M. Doore*
Stacylyn M. Doore