UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC. and ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Meta Platforms, Inc. and Dr. Aleksandar Zlateski respectfully move for summary judgment on Plaintiff Neural Magic, Inc.'s claims of trade secret misappropriation under the Massachusetts Uniform Trade Secrets Act and the Defend Trade Secrets Act (Counts I & II), Chapter 93A unfair competition (Count III), breach of contract (Count IV), and tortious interference (Count V).  Defendants additionally move for summary judgment on Plaintiff's diminution of enterprise value and reasonable royalty damages theories.

In support of this motion, Defendants submit an accompanying memorandum, their Local Rule 56.1 Statement of Material Facts, and supporting declarations, which Defendants are concurrently seeking leave to file under seal.  Defendants will further submit any additional briefing and argument permitted or requested by the Court.

| | |
|---|---|
| Dated:  July 15, 2022 | Respectfully submitted, |
| /s/ Christopher W. Henry | /s/ Stephen D. Riden |
| William J. Trach (BBO No. 661401)<br>Christopher W. Henry (BBO No. 676033)<br>Paul A. Weinand (BBO No. 708757)<br>LATHAM & WATKINS LLP<br>John Hancock Tower<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>(617) 948-6000 / (617) 948-6001 Fax<br>william.trach@lw.com<br>christopher.henry@lw.com<br>paul.weinand@lw.com | Russell Beck (BBO No. 561031)<br>Stephen D. Riden (BBO No. 644451)<br>Hannah Tso Joseph (BBO No. 688132)<br>Jillian E. Carson (BBO No. 698505)<br>BECK REED RIDEN LLP<br>155 Federal Street, Suite 1302<br>Boston, MA 02110<br>(617) 500-8670 / (617) 500-8665 Fax<br>rbeck@beckreed.com<br>sriden@beckreed.com<br>hjoseph@beckreed.com<br>jcarson@beckreed.com |
| Douglas E. Lumish (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 / (650) 463-2600 Fax<br>douglas.lumish@lw.com | *Attorneys for Defendant Aleksandar Zlateski* |
| Jennifer L. Barry (*pro hac vice*)<br>Patrick C. Justman (*pro hac vice*)<br>Melanie J. Grindle (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5400 / (858) 523-5450 Fax<br>jennifer.barry@lw.com<br>patrick.justman@lw.com<br>melanie.grindle@lw.com | |
| Matthew S. Salerno (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200 / (212) 751-4864 Fax<br>matthew.salerno@lw.com | |
| *Attorneys for Defendant Meta Platforms, Inc.* | |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants has conferred with counsel for Plaintiff in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiff opposes this motion.

*/s/ Christopher W. Henry*
Christopher W. Henry

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on July 15, 2022 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher W. Henry*
Christopher W. Henry