**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEURAL MAGIC, INC.,<br><br>    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC. and<br>ALEKSANDAR ZLATESKI,<br><br>    Defendants. | Civil Action No. 1:20-cv-10444-DJC |

**JOINT MOTION REGARDING DEADLINES FOR**
**SUMMARY JUDGMENT AND DAUBERT BRIEFING**

Plaintiff Neural Magic, Inc., and Defendants Meta Platforms, Inc. and Dr. Aleksandar Zlateski (collectively, the "Parties") jointly move to adjust and set certain deadlines for *Daubert* motion briefing, according to the table set forth below.

On July 15, 2022, Defendants filed a motion for summary judgment and four *Daubert* motions. *See* D.I. 303, 304, 305, 307, and 308. On July 19, 2022, Plaintiff requested an extension of time to respond to Defendants' *Daubert* motions and indicated that it intends to file its own *Daubert* motions. The Parties agree that good cause exists for the Court to adopt the schedule set out in the table below, to facilitate the Court's efficient and effective adjudication of Defendants' pending motions and Plaintiff's anticipated motions. The parties further agree that this jointly proposed briefing schedule will not affect the hearing set for September 29, 2022 at 3:00 pm ET.

| Event | Scheduling Order | Current Schedule | Proposed Schedule |
|---|---|---|---|
| Plaintiff's Opposition to Defendants' Motion For Summary Judgment | D.I. 251 | August 15, 2022 | No change |

| Event | Scheduling Order | Current Schedule | Proposed Schedule |
|---|---|---|---|
| (D.I. 303) | | | |
| Defendants' 15-page Reply In Support Of Their Motion For Summary Judgment | D.I. 311 | August 29, 2022 | No change |
| Plaintiff's Oppositions to Defendants' *Daubert* Motions (D.I. 304, 305, 307, 308) | L.R. 7.1(b)(2) | July 29, 2022 and August 1, 2022 | August 29, 2022 |
| Plaintiff's *Daubert* Motion(s) | N/A | N/A | August 29, 2022 |
| Defendants' 10-page Replies In Support Of Their *Daubert* Motions | N/A/ | N/A | September 12, 2022 |
| Summary Judgment Hearing | D.I. 251 | September 29, 2022, at 3:00 pm ET (in person) | No change |
| Defendants' Opposition(s) to Plaintiff's *Daubert* Motion(s) | N/A | N/A | October 13, 2022 |
| Plaintiff's 10-Page Reply(ies) In Support Of Its *Daubert* Motion(s) | N/A | N/A | October 27, 2022 |

Dated:  July 22, 2022

Respectfully submitted,

/s/ Stacylyn M. Doore
Steven Cherny (BBO No. 706132)
Patrick D. Curran (BBO No. 568701)
Stacylyn M. Doore (BBO No. 678449)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com

*Attorneys for Plaintiff*
*Neural Magic, Inc.*

/s/ Christopher W. Henry
William J. Trach (BBO No. 661401)
Christopher W. Henry (BBO No. 676033)
LATHAM & WATKINS LLP
John Hancock Tower
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 948-6000 / (617) 948-6001 Fax
william.trach@lw.com
christopher.henry@lw.com

Douglas E. Lumish (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
partick.justman@lw.com
melanie.grindle@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
Hannah Tso Joseph (BBO No. 688132)
Jillian E. Carson (BBO No. 698505)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com
hjoseph@beckreed.com
jcarson@beckreed.com

*Attorneys for Defendant Aleksandar Zlateski*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court on July 22, 2022 through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Christopher W. Henry
Christopher W. Henry