UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURALMAGIC, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>META PLATFORMS, INC. AND ALEKSANDAR ZLATESKI<br><br>*Defendants.* | **Civil Action No. 20-CV-10444** |

**PLAINTIFF'S MOTION TO DISQUALIFY AND EXCLUDE
MR. R. CUYLER ROBINSON'S OPINIONS AND TESTIMONY**

Plaintiff NeuralMagic, Inc. ("Neural Magic") respectfully moves to disqualify and exclude the opinions and testimony of Defendants' proffered expert witness Mr. R. Cuyler Robinson. In support of this motion, Neural Magic submits the accompanying memorandum and exhibits attached thereto, as well as any further briefing and argument that may be permitted by the Court. Neural Magic's accompanying memorandum and exhibits will be filed under seal, with the Court's leave, which Neural Magic is seeking concurrent with the filing of this motion.

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Neural Magic respectfully requests that the Court hold oral argument on this motion, as Neural Magic believes that oral argument may assist the Court in its resolution of these issues.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certify that counsel has conferred and attempted in good faith to resolve or narrow the issues raised in this motion. Specifically, counsel for Neural Magic conferred extensively with Defendants on the subject matter of this motion, including over a August 19, 2022 teleconference. Defendants oppose the relief requested in this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 29, 2022 | */s/ Patrick D. Curran* |

Steven Cherny (BBO# 706132) (*pro hac vice*)
Patrick D. Curran (BBO# 568701)
Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239) (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
jarednewton@quinnemanuel.com

Gyushik (Kevin) Jang (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (212) 849-7035
kevinjang@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2022.

                                                        */s/ Stacylyn M. Doore*
                                                        Stacylyn M. Doore