UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEURALMAGIC, INC.<br><br>               *Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC. AND ALEKSANDAR ZLATESKI<br><br>               *Defendants*. | **Civil Action No. 20-CV-10444** |

**MOTION FOR LEAVE TO FILE SUR-REPLY
IN FURTHER OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

On July 15, 2022, Meta Platforms, Inc. and Aleksandar Zlateski (collectively, "Defendants") filed a Motion for Summary Judgment ("Defendants' Motion") along with a memorandum in support of same. Dkt. 303, 318. Neural Magic opposed Defendants' Motion on August 15, 2022. Dkt. 332. Defendants submitted a 20-page reply in further support of Defendants' Motion on August 29, 2022. Dkt. 351.

Pursuant to Local Rule 7.1(b)(3), Neural Magic hereby seeks leave to submit a sur-reply brief of no more than 20 pages in response to Defendants' reply in support of their Motion. A sur-reply is necessary to correct several mischaracterizations made by Defendants in their reply

regarding the factual and legal disputes at issue, as well as to address arguments in support of their Motion that Defendants have raised for the first time in their reply.

Neural Magic's proposed sur-reply and accompanying exhibits reference information that has been previously filed under seal, as well as information that Defendants have designated as "Highly Confidential – Attorneys' Eyes Only" under the terms of the protective order in this case (Dkt. 52).  Neural Magic is separately filing a motion to impound Neural Magic's proposed sur-reply.  Neural Magic will submit an unredacted copy of its proposed sur-reply and accompanying materials to the Court via email, and serve an unredacted copy on Defendants via email after the filing of this motion.  To the extent permitted by the Court after decision on these motions, Neural Magic will file on the docket a redacted version of this briefing.

Defendants oppose this motion.

Accordingly, Neural Magic respectfully requests that the Court grant Neural Magic's motion for leave to file its proposed sur-reply.

| | |
|---|---|
| Dated: September 12, 2022 | */s/ Patrick D. Curran* |

Steven Cherny (BBO# 706132) (*pro hac vice*)
Patrick D. Curran (BBO# 568701)
Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239) (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
jarednewton@quinnemanuel.com

Gyushik (Kevin) Jang (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (212) 849-7035
 kevinjang@quinnemanuel.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION OF COMPLIANCE**

I hereby certify that Neural Magic has complied with the provisions of Local Rule 7.1 by conferring in good-faith with counsel for Defendants over email on September 12, 2022 regarding this motion. Defendants oppose Neural Magic's motion.

*/s/ Patrick D. Curran*
Patrick D. Curran

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2022.

*/s/ Stacylyn M. Doore*
Stacylyn M. Doore