UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEURALMAGIC, INC. ) ) *Plaintiff*, ) ) v. ) ) META PLATFORMS, INC. AND ) ALEKSANDAR ZLATESKI ) ) *Defendants*. ) ) ) | **Civil Action No. 20-CV-10444** |

## NEURAL MAGIC'S UNOPPOSED MOTION TO SEAL

Pursuant to Local Rules 7.1 and 7.2, Plaintiff NeuralMagic, Inc. ("Neural Magic") hereby moves to impound unredacted versions of the following materials (collectively, "Neural Magic's October 27 *Daubert* Filings"):

1. Neural Magic's Reply In Further Support of its Motion to Strike Mr. R. Cuyler Robinson's Opinions and Testimony, and accompanying materials;

2. Neural Magic's Reply In Further Support of its Motion to Strike Certain Opinions and Testimony of Mr. W. Christopher Bakewell, and accompanying materials.

Defendants do not oppose this motion.

Neural Magic's October 27 *Daubert* Filings contain and reference information that has been previously filed under seal, as well as information that both parties have designated as "Highly Confidential – Attorneys' Eyes Only" under the terms of the protective order in this case (Dkt. 52). Neural Magic is not in a position to identify the precise scope of the information that Defendants consider to be confidential. As such, there is good cause for the allowance of this

motion for impoundment, to allow the parties to meet and confer and prepare redacted versions of these papers for filing.

    Neural Magic is providing unredacted copies of these materials via email to Defendants today. Unredacted copies of these materials will also be provided to the Court via email today, to be placed under seal while awaiting a ruling on this motion. To the extent permitted by the Court after decision on this motion, Neural Magic will file on the docket a redacted version of this briefing.

Dated: October 27, 2022

*/s/ Patrick D. Curran*
Steven Cherny (BBO# 706132) (*pro hac vice*)
Patrick D. Curran (BBO# 568701)
Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239) (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
jarednewton@quinnemanuel.com

Gyushik (Kevin) Jang (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (212) 849-7035
kevinjang@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 27, 2022.

                                                    */s/ Stacylyn M. Doore*
                                                    Stacylyn M. Doore