## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEURALMAGIC, INC. | ) | |
| | ) | |
| *Plaintiff,* | ) | **Civil Action No. 20-CV-10444** |
| | ) | |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC. AND | ) | |
| ALEKSANDAR ZLATESKI | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff Neural Magic, Inc. ("Plaintiff"), and Defendants Meta Platforms, Inc. and Aleksandar Zlateski ("Defendants") (Plaintiff and Defendants are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. Plaintiff has resolved its claims against Defendants on confidential terms. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Joint Stipulation For Dismissal.

Dated:  August 8, 2023                              Respectfully submitted,

 *Patrick D. Curran*                                  *Christopher W. Henry*
Steven Cherny (BBO No. 706132)          William J. Trach (BBO No. 661401)
Patrick D. Curran (BBO No. 568701)      Christopher W. Henry (BBO No. 676033)
Stacylyn M. Doore (BBO No. 678449)     LATHAM & WATKINS LLP
Ryan P. Gorman (BBO No. 707239)        John Hancock Tower
QUINN EMANUEL URQUHART &            200 Clarendon Street, 27th Floor
SULLIVAN, LLP                                    Boston, MA 02116
111 Huntington Avenue, Suite 520          (617) 948-6000 / (617) 948-6001 Fax
Boston, MA 02199                                 william.trach@lw.com
Tel: (617) 712-7100                               christopher.henry@lw.com
stevencherny@quinnemanuel.com
patrickcurran@quinnemanuel.com
stacylyndoore@quinnemanuel.com           Douglas E. Lumish (*pro hac vice*)
ryangorman@quinnemanuel.com              LATHAM & WATKINS LLP
                                                        140 Scott Drive

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
jarednewton@quinnemanuel.com

Gyushik (Kevin) Jang (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (212) 849-7035
kevinjang@quinnemanuel.com

Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
douglas.lumish@lw.com

Jennifer L. Barry (*pro hac vice*)
Patrick C. Justman (*pro hac vice*)
Melanie J. Grindle (*pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
jennifer.barry@lw.com
patrick.justman@lw.com
melanie.grindle@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

Stephen D. Riden
Russell Beck (BBO No. 561031)
Stephen D. Riden (BBO No. 644451)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8670 / (617) 500-8665 Fax
rbeck@beckreed.com
sriden@beckreed.com

*Attorneys for Defendant Aleksandar Zlateski*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 8, 2023.

*/s/ Stacylyn M. Doore*
Stacylyn M. Doore